UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>Defendants. | NO. 18-cv-00910 RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADINGS DEADLINE** |

BEFORE THE COURT is Defendants' Stipulated Motion to Extend Responsive Pleadings Deadline. The Parties have stipulated to extend the deadline for Defendants to file responsive pleadings in this matter. The Court is of the opinion that this Motion should be GRANTED. Defendants' deadline to file any responsive pleadings is Monday, July 30, 2018.

IT IS SO ORDERED.

DATED this 16th day of July, 2018.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOTION TO EXTEND RESPONSIVE
PLEADINGS DEADLINE (18-cv-00910 RSM - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

PRESENTED BY:

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Christopher I. Brain*
Christopher I. Brain, WSBA #5054
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992
Email: cbrain@tousley.com

GLASER WEIL FINK HOWARD AVCHEN
& SHAPIRO LLP

Cynthia M. Cohen (admitted *pro hac vice*)
333 South Hope Street, Suite 2610
Los Angeles, CA 90071
Telephone: 310.553.3000
Email: ccohen@glaserweil.com

*Attorneys for Defendants ORA Talus 90, LLC and Resmark Equity Partners, LLC*

SKELLENGER BENDER, P.S.

By: *s/ Terence J. Scanlan*
Terence J. Scanlan, WSBA #19498
Patricia A. Robert, WSBA # 46716
1301 – 5th Avenue, Suite 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-447-1973

*Attorneys for Plaintiff City of Issaquah*

ORDER GRANTING AGREED MOTION TO EXTEND RESPONSIVE
PLEADINGS DEADLINE (18-cv-00910 RSM - 2