UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company<br><br>Defendant. | Case No.: 18-cv-00910 RSM<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to LCR 83.2(b)(1), all parties stipulate and agree that the law firm of Tousley Brain Stephens LLP, should be withdrawn as counsel to the defendants in this action, and that the law firm of Harrigan Leyh Farmer & Thomsen LLP, through attorneys Arthur W. Harrigan, Jr., Tyler L. Farmer, and Kristin E. Ballinger, should be substituted in as counsel to the defendants, working with Cynthia M. Cohen of Glaser Weil Fink Howard Avchen & Shapiro LLP (admitted pro hac vice), which remains counsel to the defendants.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Mr. Harrigan, Mr. Farmer, and Ms. Ballinger state that they are authorized and will be prepared to handle this matter, including trial, in the event that Cynthia M. Cohen of Glaser Weil Fink Howard Avchen & Shapiro LLP (admitted pro hac vice) is unable to be present upon any date assigned by the court.

DATED this 20th day of July, 2018

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: *s/ Cynthia M. Cohen*
    Cynthia M. Cohen
    333 South Hope Street, Suite 2610
    Los Angeles, CA 90071
    Email: Ccohen@glaserweil.com

*Counsel for Defendants*

TOUSLEY BRAIN STEPHENS LLP

By: *s/ Christopher I. Brain*
    Christopher I. Brain, WSBA #5054
    1700 Seventh Ave Suite 2200
    Seattle, WA 98101
    Email: Cbrain@tousley.com

*Withdrawing Counsel for Defendants*

SKELLENGER BENDER, P.S.

By: *s/ Terence J. Scanlan*
By: *s/ Patricia A. Robert*
    Terence J. Scanlan, WSBA #19498
    Patricia A. Robert, WSBA # 46716
    1301 – 5th Avenue, Suite 3401
    Seattle, WA 98101-2605
    Telephone: 206-623-6501
    Facsimile: 206-447-1973
    Email: tscanlan@skellengerbender.com
    Email: probert@skellengerbender.com

*Counsel for Plaintiff City of Issaquah*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
    Arthur W. Harrigan, Jr. WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Phone: (206) 623-1700
    Fax: (206) 623-8717
    Email: Arthurh@harriganleyh.com
    Email: Tylerf@harriganleyh.com
    Email: Kristinb@harriganleyh.com

*Substituting Counsel for Defendants*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**PROPOSED ORDER**

IT IS SO ORDERED.

DATED this 23rd day of July, 2018.

                                        *[signature]*
                               RICARDO S. MARTINEZ
                               CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP


By: *s/Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
    Arthur W. Harrigan, Jr. WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Phone: (206) 623-1700
    Fax: (206) 623-8717
    Email: Arthurh@harriganleyh.com
    Email: Tylerf@harriganleyh.com
    Email: Kristinb@harriganleyh.com

*Substituting Counsel for Defendants*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717