# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITY OF ISSAQUAH, a municipal corporation,

    Plaintiff,

v.

ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company

    Defendant.

Case No.: 18-cv-00910 RSM

**STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES**

In order to conserve resources, accommodate an imminent scheduling conflict[1], and to facilitate the orderly management of this case, the parties respectfully submit this joint request for an Order to Extend Certain Deadlines pursuant to LCR 16(b)(5).

Counsel for the defendants have advised plaintiff's counsel of their intent to file an amended answer and counterclaim and to bring additional parties into the case by way of a third-party complaint and as additional defendants on the counterclaim. Based upon the

---

[1] Plaintiff's counsel has agreed to the request which arises in part from Defendants' counsel's pre-existing conflicts in other matters, including an appellate filing and a complex mediation and briefing.

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 1 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

existing deadlines and other obligations, the parties jointly request that the Court extend certain of the case deadlines, which will allow the parties to conduct the Rule 26(f) conference, serve Initial Disclosures, and submit a Joint Status Report once all parties have appeared in the case.

Accordingly, the parties seek extension of the following deadlines:

**Service of Summons and Complaint on a Nonparty by Defendants**

Current deadline: August 6, 2018 (*see* Fed. R. Civ. P. 14(a)(1))

Requested deadline: September 6, 2018

**Service and Filing of an Amended Answer and Counterclaim by Defendants**

Current deadline: August 13, 2018 (*see* Fed. R. Civ. P. 15(a)(1))

Requested deadline: September 6, 2018

**Fed. R. Civ. P. 26(f) Conference**

Current deadline: August 3, 2018 (*see* Dkt. # 7)

Requested deadline: September 20, 2018

**Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)**

Current deadline: August 10, 2018 (*see* Dkt. # 7)

Requested deadline: September 27, 2018

**Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f)**

Current deadline: August 3, 2018 (*see* Dkt. # 7)

Requested deadline: September 20, 2018

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

The parties respectfully request the foregoing relief.

DATED this 1st day of August, 2018

| SKELLENGER BENDER, P.S. | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/Terence J. Scanlan*<br>By: *s/Patricia A. Robert*<br>   Terence J. Scanlan, WSBA #19498<br>   Patricia A. Robert, WSBA # 46716<br>   1301 – 5th Avenue, Suite 3401<br>   Seattle, WA 98101-2605<br>   Telephone: 206-623-6501<br>   Facsimile: 206-447-1973<br>   Email: tscanlan@skellengerbender.com<br>   Email: probert@skellengerbender.com<br><br>Attorneys for Plaintiff City of Issaquah | By: *s/Arthur W. Harrigan, Jr.*<br>By: *s/Tyler L. Farmer*<br>By: *s/Kristin E. Ballinger*<br>   Arthur W. Harrigan, Jr. WSBA #1751<br>   Tyler L. Farmer, WSBA #39912<br>   Kristin E. Ballinger, WSBA #28253<br>   999 Third Avenue, Suite 4400<br>   Seattle, WA 98104<br>   Telephone: (206) 623-1700<br>   Facsimile: (206) 623-8717<br>   Email: arthurh@harriganleyh.com<br>   Email: tylerf@harriganleyh.com<br>   Email: kristinb@harriganleyh.com<br><br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br><br>By: *s/Cynthia M. Cohen*<br>   Cynthia M. Cohen, Admitted Pro Hac Vice<br>   333 S. Hope Street, Suite 2610<br>   Los Angeles, CA 90071<br>   Telephone: (310) 553-3000<br>   Facsimile: (310) 556-2920<br>   Email: ccohen@glaserweil.com<br><br>Attorneys for Defendants ORA Talus 90, LLC and Resmark Equity Partners, LLC |

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES - 3 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# ORDER

IT IS SO ORDERED.

DATED this 2nd day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| SKELLENGER BENDER, P.S. | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/Terence J. Scanlan* | By: *s/Arthur W. Harrigan, Jr.* |
| By: *s/Patricia A. Robert* | By: *s/Tyler L. Farmer* |
|    Terence J. Scanlan, WSBA #19498 | By: *s/Kristin E. Ballinger* |
|    Patricia A. Robert, WSBA # 46716 |    Arthur W. Harrigan, Jr. WSBA #1751 |
|    1301 – 5th Avenue, Suite 3401 |    Tyler L. Farmer, WSBA #39912 |
|    Seattle, WA 98101-2605 |    Kristin E. Ballinger, WSBA #28253 |
|    Telephone: 206-623-6501 |    999 Third Avenue, Suite 4400 |
|    Facsimile: 206-447-1973 |    Seattle, WA 98104 |
|    Email: |    Telephone: (206) 623-1700 |
|    tscanlan@skellengerbender.com |    Facsimile: (206) 623-8717 |
|    Email: |    Email: arthurh@harriganleyh.com |
|    probert@skellengerbender.com |    Email: tylerf@harriganleyh.com |
| |    Email: kristinb@harriganleyh.com |
| Attorneys for Plaintiff City of Issaquah | |
| | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| | |
| | By: *s/Cynthia M. Cohen* |
| |    Cynthia M. Cohen, Admitted Pro Hac Vice |
| |    333 S. Hope Street, Suite 2610 |
| |    Los Angeles, CA 90071 |
| |    Telephone: (310) 553-3000 |
| |    Facsimile: (310) 556-2920 |
| |    Email: ccohen@glaserweil.com |
| | |
| | Attorneys for Defendants ORA Talus 90, LLC and Resmark Equity Partners, LLC |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 4 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717