UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company<br><br>Defendant. | Case No.: C18-910 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES** |

The parties respectfully submit this joint request for an Order to Extend Certain Deadlines pursuant to LCR 16(b)(5).

The parties have agreed to mediate all issues in dispute between the parties to this lawsuit and third parties who will be brought into the case before Christopher J. Soelling on October 24, 2018. The parties believe that it would be most efficient to extend certain deadlines so that they may focus on the mediation rather than the demands of initial disclosures and the discovery conference. In addition, the defendants seek more time to file their amended answer,

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 1 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

third-party complaint, and counterclaim in order to coordinate that filing with certain other third parties that have subrogation rights.

Accordingly, the parties seek extension of the following deadlines:

**Service of Summons and Complaint on a Nonparty by Defendants**

<u>Current deadline</u>:     September 6, 2018

<u>Requested deadline</u>:     September 26, 2018

**Service and Filing of an Amended Answer and Counterclaim by Defendants**

<u>Current deadline</u>:     September 6, 2018

<u>Requested deadline</u>:     September 26, 2018

**Fed. R. Civ. P. 26(f) Conference**

<u>Current deadline</u>:     September 20, 2018

<u>Requested deadline</u>:     October 31, 2018

**Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)**

<u>Current deadline</u>:     September 27, 2018

<u>Requested deadline</u>:     November 7, 2018

**Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f)**

<u>Current deadline</u>:     September 20, 2018

<u>Requested deadline</u>:     October 31, 2018

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 2 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

The parties respectfully request the foregoing relief.

DATED this 28th day of August, 2018

| SKELLENGER BENDER, P.S. | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/Terence J. Scanlan* <br> By: *s/Patricia A. Robert* <br> Terence J. Scanlan, WSBA #19498 <br> Patricia A. Robert, WSBA # 46716 <br> 1301 – 5th Avenue, Suite 3401 <br> Seattle, WA 98101-2605 <br> Telephone: 206-623-6501 <br> Facsimile: 206-447-1973 <br> Email: tscanlan@skellengerbender.com <br> Email: probert@skellengerbender.com <br><br> Attorneys for Plaintiff City of Issaquah | By: *s/Arthur W. Harrigan, Jr.* <br> By: *s/Tyler L. Farmer* <br> By: *s/Kristin E. Ballinger* <br> Arthur W. Harrigan, Jr. WSBA #1751 <br> Tyler L. Farmer, WSBA #39912 <br> Kristin E. Ballinger, WSBA #28253 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Telephone: (206) 623-1700 <br> Facsimile: (206) 623-8717 <br> Email: arthurh@harriganleyh.com <br> Email: tylerf@harriganleyh.com <br> Email: kristinb@harriganleyh.com <br><br> GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP <br><br> By: *s/Cynthia M. Cohen* <br> Cynthia M. Cohen, Admitted Pro Hac Vice <br> 333 S. Hope Street, Suite 2610 <br> Los Angeles, CA 90071 <br> Telephone: (310) 553-3000 <br> Facsimile: (310) 556-2920 <br> Email: ccohen@glaserweil.com <br><br> Attorneys for Defendants ORA Talus 90, LLC and Resmark Equity Partners, LLC |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 3 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# **ORDER**

IT IS SO ORDERED this 29th day of August 2018.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| SKELLENGER BENDER, P.S. | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/Terence J. Scanlan* | By: *s/Arthur W. Harrigan, Jr.* |
| By: *s/Patricia A. Robert* | By: *s/Tyler L. Farmer* |
| Terence J. Scanlan, WSBA #19498 | By: *s/Kristin E. Ballinger* |
| Patricia A. Robert, WSBA # 46716 | Arthur W. Harrigan, Jr. WSBA #1751 |
| 1301 – 5th Avenue, Suite 3401 | Tyler L. Farmer, WSBA #39912 |
| Seattle, WA 98101-2605 | Kristin E. Ballinger, WSBA #28253 |
| Telephone: 206-623-6501 | 999 Third Avenue, Suite 4400 |
| Facsimile: 206-447-1973 | Seattle, WA 98104 |
| Email: tscanlan@skellengerbender.com | Telephone: (206) 623-1700 |
| Email: probert@skellengerbender.com | Facsimile: (206) 623-8717 |
| | Email: arthurh@harriganleyh.com |
| | Email: tylerf@harriganleyh.com |
| | Email: kristinb@harriganleyh.com |
| Attorneys for Plaintiff City of Issaquah | |

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: *s/Cynthia M. Cohen*
   Cynthia M. Cohen, Admitted Pro Hac Vice
   333 S. Hope Street, Suite 2610
   Los Angeles, CA 90071
   Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
   Email: ccohen@glaserweil.com

Attorneys for Defendants ORA Talus 90, LLC and Resmark Equity Partners, LLC


STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES - 4 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717