UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company<br><br>Defendant. | Case No.: 18-cv-00910 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES** |

The parties respectfully submit this joint request for an Order to Extend Certain Deadlines pursuant to LCR 16(b)(5). The defendants seek an additional three business days to file their amended answer, third-party complaint, and counterclaim in order to coordinate that filing with certain other third parties that have subrogation rights.

Accordingly, the parties seek extension of the following deadlines:

**Service of Summons and Complaint on a Nonparty by Defendants**

<u>Current deadline</u>:     September 26, 2018

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 1 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Requested deadline:    October 1, 2018

**Service and Filing of an Amended Answer and Counterclaim by Defendants**

Current deadline:    September 26, 2018

Requested deadline:    October 1, 2018

The parties respectfully request the foregoing relief.

DATED this 25th day of September, 2018

| SKELLENGER BENDER, P.S. | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: s/Terence J. Scanlan<br>By: s/Patricia A. Robert<br>   Terence J. Scanlan, WSBA #19498<br>   Patricia A. Robert, WSBA # 46716<br>   1301 – 5th Avenue, Suite 3401<br>   Seattle, WA 98101-2605<br>   Telephone: 206-623-6501<br>   Facsimile: 206-447-1973<br>   Email: tscanlan@skellengerbender.com<br>   Email: probert@skellengerbender.com<br><br>Attorneys for Plaintiff City of Issaquah | By: s/Arthur W. Harrigan, Jr.<br>By: s/Tyler L. Farmer<br>By: s/Kristin E. Ballinger<br>   Arthur W. Harrigan, Jr. WSBA #1751<br>   Tyler L. Farmer, WSBA #39912<br>   Kristin E. Ballinger, WSBA #28253<br>   999 Third Avenue, Suite 4400<br>   Seattle, WA 98104<br>   Telephone: (206) 623-1700<br>   Facsimile: (206) 623-8717<br>   Email: arthurh@harriganleyh.com<br>   Email: tylerf@harriganleyh.com<br>   Email: kristinb@harriganleyh.com<br><br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br><br>By: s/Cynthia M. Cohen<br>   Cynthia M. Cohen, Admitted Pro Hac Vice<br>   333 S. Hope Street, Suite 2610<br>   Los Angeles, CA 90071<br>   Telephone: (310) 553-3000<br>   Facsimile: (310) 556-2920<br>   Email: ccohen@glaserweil.com<br><br>Attorneys for Defendants ORA Talus 90, LLC and Resmark Equity Partners, LLC |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 2 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# **ORDER**

IT IS SO ORDERED this 26th day of September 2018.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| SKELLENGER BENDER, P.S. | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: _s/Terence J. Scanlan_<br>By: _s/Patricia A. Robert_<br>　Terence J. Scanlan, WSBA #19498<br>　Patricia A. Robert, WSBA # 46716<br>　1301 – 5th Avenue, Suite 3401<br>　Seattle, WA 98101-2605<br>　Telephone: 206-623-6501<br>　Facsimile: 206-447-1973<br>　Email: tscanlan@skellengerbender.com<br>　Email: probert@skellengerbender.com<br><br>Attorneys for Plaintiff City of Issaquah | By: _s/Arthur W. Harrigan, Jr._<br>By: _s/Tyler L. Farmer_<br>By: _s/Kristin E. Ballinger_<br>　Arthur W. Harrigan, Jr. WSBA #1751<br>　Tyler L. Farmer, WSBA #39912<br>　Kristin E. Ballinger, WSBA #28253<br>　999 Third Avenue, Suite 4400<br>　Seattle, WA 98104<br>　Telephone: (206) 623-1700<br>　Facsimile: (206) 623-8717<br>　Email: arthurh@harriganleyh.com<br>　Email: tylerf@harriganleyh.com<br>　Email: kristinb@harriganleyh.com<br><br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br><br>By: _s/Cynthia M. Cohen_<br>　Cynthia M. Cohen, Admitted Pro Hac Vice<br>　333 S. Hope Street, Suite 2610<br>　Los Angeles, CA 90071<br>　Telephone: (310) 553-3000<br>　Facsimile: (310) 556-2920<br>　Email: ccohen@glaserweil.com<br><br>Attorneys for Defendants ORA Talus 90, LLC and Resmark Equity Partners, LLC |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN DEADLINES - 3 (18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700　FAX, (206) 623-8717