# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH,<br><br>        Plaintiff,<br><br>v.<br><br>ORA TALUS 90, LLC, et al.<br><br>        Defendants. | Case No.: C18-910 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES** |
| ORA TALUS 90, LLC, et al.<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>TERRA TALUS LLC, et al.,<br><br>        Third-Party Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The parties respectfully submit this joint request for an Order to Extend Certain Deadlines pursuant to LCR 16(b)(5). Since the Court's August 29, 2018, order extending deadlines (Dkt. # 17), a third-party complaint has been filed, adding additional parties who have been served and have appeared. In addition, a mediation session occurred on October 24, 2018, and the parties may propose an ADR process as a result.

Given these circumstances, all parties seek extension of the following deadlines:

**Fed. R. Civ. P. 26(f) Conference**

STIPULATED MOTION AND
ORDER TO EXTEND CERTAIN DEADLINES - 1
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Current deadline: October 31, 2018

Requested deadline: November 21, 2018

**Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)**

Current deadline: November 7, 2018

Requested deadline: December 5, 2018

**Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f)**

Current deadline: October 31, 2018[1]

Requested deadline: December 12, 2018

DATED this 30th day of October, 2018.

| | |
|---|---|
| SKELLENGER BENDER, P.S. | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/Terence J. Scanlan* | By: *s/Arthur W. Harrigan, Jr.* |
| By: *s/Patricia A. Robert* | By: *s/ Tyler L. Farmer* |
|    Terence J. Scanlan, WSBA #19498 | By: *s/ Kristin E. Ballinger* |
|    Patricia A. Robért, WSBA # 46716 |    Arthur W. Harrigan, Jr. WSBA #1751 |
|    1301 – 5th Avenue, Suite 3401 |    Tyler L. Farmer, WSBA #39912 |
|    Seattle, WA 98101-2605 |    Kristin E. Ballinger, WSBA #28253 |
|    Telephone: 206-623-6501 |    999 Third Avenue, Suite 4400 |
|    Facsimile: 206-447-1973 |    Seattle, WA 98104 |
|    Email: tscanlan@skellengerbender.com |    Phone: (206) 623-1700 |
|    Email: probert@skellengerbender.com |    Fax: (206) 623-8717 |
| |    Email: arthurh@harriganleyh.com |
| *Attorneys for the City of Issaquah* |    Email: tylerf@harriganleyh.com |
| |    Email: kristinb@harriganleyh.com |
| | SAMINI COHEN SPANOS LLP |
| | By: *s/ Cynthia M. Cohen* |
| |    Cynthia M. Cohen, Admitted Pro Hac Vice |
| |    333 S. Hope Street, 35th Floor |
| |    Los Angeles, CA 90071 |
| |    Telephone: (213) 863-0080 |

---

[1] A scrivener's error set this deadline on the date of the Rule 26(f) conference instead of one week after the initial disclosures are due, as is custom.

STIPULATED MOTION AND
ORDER TO EXTEND CERTAIN DEADLINES - 2
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| FOSTER PEPPER PLLC | Fax: (2130 863-0751<br>Email: cynthiacohen@saminicohen.com |
| By: *s/Patrick Mullaney.*<br>   Patrick Mullaney, WSBA #21982<br>   111 Third Avenue, Suite 3000<br>   Seattle, WA 98101<br>   Telephone: 206-447-2815<br>   Facsimile: 206-749-2058<br>   Email: patrick.mullaney@foster.com | *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |
| *Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* | |
| FORSBERG & UMLAUF, P.S. | WILLIAMS, KASTNER & GIBBS PLLC |
| By: *s/A. Grant Lingg*<br>By: *s/Vicky L. Strada*<br>   A. Grant Lingg, WSBA #24227<br>   Vicky L. Strada, WSBA #34559<br>   901 Fifth Avenue, Suite 1400<br>   Telephone: 206-689-8500<br>   Email: glingg@foum.law<br>   Email: vstrada@foum.law | By: *s/Dean G. von Kallenbach*<br>By: *s/Theresa Rava*<br>   Dean G. von Kallenbach, WSBA #12870<br>   Theresa Rava, WSBA #53159<br>   601 Union Street, Suite 4100<br>   Seattle, WA 98101-2380<br>   Telephone: 206-628-6600<br>   Fax: 206-628-6611<br>   Email: dvonkallenbach@williamskastner.com<br>   Email: trava@williamskastner.com |
| *Attorneys for Terra Associates, Inc.* | *Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed* |

## **ORDER**

IT IS SO ORDERED this 1st day of November 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
SKELLENGER BENDER, P.S.                               HARRIGAN LEYH FARMER & THOMSEN LLP

STIPULATED MOTION AND
ORDER TO EXTEND CERTAIN DEADLINES - 3
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| By: *s/Terence J. Scanlan* | By: *s/Arthur W. Harrigan, Jr.* |
| By: *s/Patricia A. Robert* | By: *s/ Tyler L. Farmer* |
| | By: *s/ Kristin E. Ballinger* |
| Terence J. Scanlan, WSBA #19498 | Arthur W. Harrigan, Jr. WSBA #1751 |
| Patricia A. Robért, WSBA # 46716 | Tyler L. Farmer, WSBA #39912 |
| 1301 – 5th Avenue, Suite 3401 | Kristin E. Ballinger, WSBA #28253 |
| Seattle, WA 98101-2605 | 999 Third Avenue, Suite 4400 |
| Telephone: 206-623-6501 | Seattle, WA 98104 |
| Facsimile: 206-447-1973 | Phone: (206) 623-1700 |
| Email: tscanlan@skellengerbender.com | Fax: (206) 623-8717 |
| Email: probert@skellengerbender.com | Email: arthurh@harriganleyh.com |
| | Email: tylerf@harriganleyh.com |
| *Attorneys for the City of Issaquah* | Email: kristinb@harriganleyh.com |

FOSTER PEPPER PLLC

SAMINI COHEN SPANOS LLP

By: *s/Patrick Mullaney.*
   Patrick Mullaney, WSBA #21982
   111 Third Avenue, Suite 3000
   Seattle, WA 98101
   Telephone: 206-447-2815
   Facsimile: 206-749-2058
   Email: patrick.mullaney@foster.com

By: *s/ Cynthia M. Cohen*
   Cynthia M. Cohen, Admitted Pro Hac Vice
   333 S. Hope Street, 35th Floor
   Los Angeles, CA 90071
   Telephone: (213) 863-0080
   Fax: (2130 863-0751
   Email: cynthiacohen@saminicohen.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

FORSBERG & UMLAUF, P.S.

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/A. Grant Lingg*
By: *s/Vicky L. Strada*
   A. Grant Lingg, WSBA #24227
   Vicky L. Strada, WSBA #34559
   901 Fifth Avenue, Suite 1400
   Telephone: 206-689-8500
   Email: glingg@foum.law
   Email: vstrada@foum.law

By: *s/Dean G. von Kallenbach*
By: *s/Theresa Rava*
   Dean G. von Kallenbach, WSBA #12870
   Theresa Rava, WSBA #53159
   601 Union Street, Suite 4100
   Seattle, WA 98101-2380
   Telephone: 206-628-6600
   Fax: 206-628-6611
   Email: dvonkallenbach@williamskastner.com
   Email: trava@williamskastner.com

*Attorneys for Terra Associates, Inc.*

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

STIPULATED MOTION AND
ORDER TO EXTEND CERTAIN DEADLINES - 4
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700    FAX (206) 623-8717