1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF ISSAQUAH,

                Plaintiff,

      v.

ORA TALUS 90, LLC, et al.

                Defendants.

AND RELATED COUNTERCLAIMS,
CROSS-CLAIMS AND THIRD PARTY
CLAIMS

Case No.: C18-910 RSM

**STIPULATED MOTION AND ORDER
TO EXTEND CERTAIN DEADLINES**

The parties respectfully submit this joint request for an Order to Extend Certain

Deadlines pursuant to LCR 16(b)(5). Since the Court's November 1, 2018, order extending

deadlines (Dkt. # 44), the parties have continued to negotiate an ADR process. If the parties

reach agreement, the parties will propose a stipulated order to the Court to reflect the agreement.

Given these circumstances, all parties seek extension of the following deadlines:

**Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)**

Current deadline:     December 5, 2018

Requested deadline:   December 20, 2018

**Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P.
26(f) and Local Civil Rule 26(f)**

Current deadline:     December 12, 2018

Requested deadline:   January 3, 2019

STIPULATED MOTION AND
ORDER RE ADR - 1
(Case No.: 18-cv-00910 RSM)

1    DATED this 5th day of December, 2018.

2    SKELLENGER BENDER, P.S.          HARRIGAN LEYH FARMER & THOMSEN LLP

3    By: s/Terence J. Scanlan          By: s/Arthur W. Harrigan, Jr.
     By: s/Patricia A. Robert          By: s/ Tyler L. Farmer
4         Terence J. Scanlan, WSBA #19498   By: s/ Kristin E. Ballinger
          Patricia A. Robert, WSBA # 46716      Arthur W. Harrigan, Jr. WSBA #1751
5         1301 – 5th Avenue, Suite 3401         Tyler L. Farmer, WSBA #39912
          Seattle, WA 98101-2605                Kristin E. Ballinger, WSBA #28253
6         Telephone: 206-623-6501               999 Third Avenue, Suite 4400
          Facsimile: 206-447-1973               Seattle, WA  98104
7         Email: tscanlan@skellengerbender.com  Phone: (206) 623-1700
          Email: probert@skellengerbender.com   Fax: (206) 623-8717
8                                               Email:  arthurh@harriganleyh.com
                                                Email:  tylerf@harriganleyh.com
9    KEATING, BUCKLIN &                         Email:  kristinb@harriganleyh.com
     MCCORMACH, INC., P.S.
10
     By: s/Michael C. Walter               SAMINI COHEN SPANOS LLP
11        Michael C. Walter, WSBA #15044
          801 Second Avenue, Suite 1210     By: s/ Cynthia M. Cohen
12        Seattle, WA 98104                     Cynthia M. Cohen, Admitted Pro Hac Vice
          Telephone: 206-623-8861               333 S. Hope Street, 35th Floor
13        Email: mwalter@kbmlawyers.com         Los Angeles, CA  90071
                                                Telephone: (213) 863-0080
14   Attorneys for the City of Issaquah         Fax: (2130 863-0751
                                                Email: cynthiacohen@saminicohen.com
15
16                                          Attorneys for ORA Talus 90, LLC and Resmark
                                            Equity Partners, LLC
17   FOSTER PEPPER PLLC

18   By: s/Patrick Mullaney.
19        Patrick Mullaney, WSBA #21982
          111 Third Avenue, Suite 3000
20        Seattle, WA 98101
          Telephone: 206-447-2815
21        Facsimile: 206-749-2058
          Email: patrick.mullaney@foster.com
22
     Attorneys for J.R. Hayes & Sons, Inc, Talus
23   7 & 8, LLC, and Talus Management
     Services LLC
24
25
     FORSBERG & UMLAUF, P.S.            WILLIAMS, KASTNER & GIBBS PLLC

STIPULATED MOTION AND
ORDER RE ADR - 2
(Case No.: 18-cv-00910 RSM)

By: *s/A. Grant Lingg*

By: *s/Vicky L. Strada*

    A. Grant Lingg, WSBA #24227

    Vicky L. Strada, WSBA #34559

    901 Fifth Avenue, Suite 1400

    Telephone: 206-689-8500

    Email: glingg@foum.law

    Email: vstrada@foum.law

*Attorneys for Terra Associates, Inc.*

By: *s/Dean G. von Kallenbach*

By: *s/Theresa Rava*

    Dean G. von Kallenbach, WSBA #12870

    Theresa Rava, WSBA #53159

    601 Union Street, Suite 4100

    Seattle, WA 98101-2380

    Telephone: 206-628-6600

    Fax: 206-628-6611

    Email: dvonkallenbach@williamskastner.com

    Email: trava@williamskastner.com

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

OLES MORRISON RINKER & BAKER LLP

By: *s/Bradley L. Powell*

    Bradley L. Powell, WSBA #11158

    701 Pike Street, Suite 1700

    Seattle, WA 98101

    Telephone: 206-623-3427

    Email: powell@oles.com

*Attorney for Kulchin Foundation Drilling Company*

FLOYD PFLUEGER & RINGER, P.S.

By: *s/Douglas K. Weigel*

By: *s/Amanda D. Daylong*

    Douglas K. Weigel, WSBA #27192

    Amanda D. Daylong, WSBA #48013

    200 W. Thomas Street, Suite 500

    Seattle, WA 98119

    Telephone: 206-441-4455

    Email: dweigel@floyd-ringer.com

    Email: adaylong@floyd-ringer.com

*Attorney for Big Mountain Enterprises*

STIPULATED MOTION AND
ORDER RE ADR - 3
(Case No.: 18-cv-00910 RSM)

**ORDER**

IT IS SO ORDERED this 6th day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SKELLENGER BENDER, P.S.

By: *s/Terence J. Scanlan*
By: *s/Patricia A. Robert*
    Terence J. Scanlan, WSBA #19498
    Patricia A. Robert, WSBA # 46716
    1301 – 5th Avenue, Suite 3401
    Seattle, WA 98101-2605
    Telephone: 206-623-6501
    Facsimile: 206-447-1973
    Email: tscanlan@skellengerbender.com
    Email: probert@skellengerbender.com

KEATING, BUCKLIN & MCCORMACH, INC., P.S.

By: *s/Michael C. Walter*
    Michael C. Walter, WSBA #15044
    801 Second Avenue, Suite 1210
    Seattle, WA 98104
    Telephone: 206-623-8861
    Email: mwalter@kbmlawyers.com

*Attorneys for the City of Issaquah*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Arthur W. Harrigan, Jr.*
By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
    Arthur W. Harrigan, Jr. WSBA #1751
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Phone: (206) 623-1700
    Fax: (206) 623-8717
    Email: arthurh@harriganleyh.com
    Email: tylerf@harriganleyh.com
    Email: kristinb@harriganleyh.com

SAMINI COHEN SPANOS LLP

By: *s/ Cynthia M. Cohen*
    Cynthia M. Cohen, Admitted Pro Hac Vice
    333 S. Hope Street, 35th Floor
    Los Angeles, CA 90071
    Telephone: (213) 863-0080
    Fax: (2130 863-0751
    Email: cynthiacohen@saminicohen.com

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

STIPULATED MOTION AND
ORDER RE ADR - 1
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

FOSTER PEPPER PLLC

By: _s/Patrick Mullaney_
   Patrick Mullaney, WSBA #21982
   111 Third Avenue, Suite 3000
   Seattle, WA 98101
   Telephone: 206-447-2815
   Facsimile: 206-749-2058
   Email: patrick.mullaney@foster.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

FORSBERG & UMLAUF, P.S.

By: _s/ A. Grant Lingg_
By: _s/Vicky L. Strada_
   A. Grant Lingg, WSBA #24227
   Vicky L. Strada, WSBA #34559
   901 Fifth Avenue, Suite 1400
   Telephone: 206-689-8500
   Email: glingg@foum.law
   Email: vstrada@foum.law

*Attorneys for Terra Associates, Inc.*

WILLIAMS, KASTNER & GIBBS PLLC

By: _s/Dean G. von Kallenbach_
By: _s/Theresa Rava_
   Dean G. von Kallenbach, WSBA #12870
   Theresa Rava, WSBA #53159
   601 Union Street, Suite 4100
   Seattle, WA 98101-2380
   Telephone: 206-628-6600
   Fax: 206-628-6611
   Email: dvonkallenbach@williamskastner.com
   Email: trava@williamskastner.com

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

OLES MORRISON RINKER & BAKER LLP

By: _s/Bradley L. Powell_
   Bradley L. Powell, WSBA #11158
   701 Pike Street, Suite 1700
   Seattle, WA 98101
   Telephone: 206-623-3427
   Email: powell@oles.com

*Attorney for Kulchin Foundation Drilling Company*

FLOYD PFLUEGER & RINGER, P.S.

By: _s/Douglas K. Weigel_
By: _s/Amanda D. Daylong_
   Douglas K. Weigel, WSBA #27192
   Amanda D. Daylong, WSBA #48013
   200 W. Thomas Street, Suite 500
   Seattle, WA 98119
   Telephone: 206-441-4455
   Email: dweigel@floyd-ringer.com
   Email: adaylong@floyd-ringer.com

*Attorney for Big Mountain Enterprises*

STIPULATED MOTION AND
ORDER RE ADR - 2
(Case No.: 18-cv-00910 RSM)