UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF ISSAQUAH,

              Plaintiff,

v.

ORA TALUS 90, LLC, et al.

              Defendants.

AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS

Case No.: C18-910 RSM

**JOINT RESPONSE TO ORDER TO SHOW CAUSE, STIPULATED MOTION, AND ORDER VACATING DEADLINE TO FILE A JOINT STATUS REPORT AND DISCOVERY PLAN**

       The parties had intended to file this stipulated motion and proposed order prior to receiving the Court's order to show cause (Dkt. # 71) and regret not doing so sooner.

       In response to that order, and pursuant to LCR 16(a) and (d), the parties hereby notify the Court that they have concluded that an ADR procedure would have a significant possibility of fostering an early and efficient resolution of the case. This is why the parties have not yet submitted a joint status report and discovery plan. The parties have been working to determine the timing of that process and will submit a further stipulated motion and proposed order if they reach agreement or a joint status report if they do not. In order to allow the parties to focus their efforts on ADR, the parties respectfully request that the Court vacate the January 3, 2019, deadline to file a Joint Status Report and Discovery Plan.

       DATED this 8th day of February, 2019.

RESPONSE TO ORDER TO SHOW CAUSE, STIPULATED MOTION, AND ORDER VACATING DEADLINE - 1
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| SKELLENGER BENDER, P.S.<br><br>By: _s/Terence J. Scanlan_<br>By: _s/Patricia A. Laughman_<br>   Terence J. Scanlan, WSBA #19498<br>   Patricia A. Laughman, WSBA # 46716<br>   1301 – 5th Avenue, Suite 3401<br>   Seattle, WA 98101-2605<br>   Telephone: 206-623-6501<br>   Facsimile: 206-447-1973<br>   Email: tscanlan@skellengerbender.com<br>   Email: plaughman@skellengerbender.com<br><br>KEATING, BUCKLIN & MCCORMACH, INC., P.S.<br><br>By: _s/Michael C. Walter_<br>   Michael C. Walter, WSBA #15044<br>   801 Second Avenue, Suite 1210<br>   Seattle, WA 98104<br>   Telephone: 206-623-8861<br>   Email: mwalter@kbmlawyers.com<br><br>*Attorneys for the City of Issaquah* | SAMINI COHEN SPANOS LLP<br><br>By: _s/ Cynthia M. Cohen_<br>   Cynthia M. Cohen, Admitted Pro Hac Vice<br>   333 S. Hope Street, 35th Floor<br>   Los Angeles, CA 90071<br>   Telephone: (213) 863-0080<br>   Fax: (2130 863-0751<br>   Email: cynthiacohen@saminicohen.com<br><br>HARRIGAN LEYH FARMER & THOMSEN LLP<br><br>By: _s/Arthur W. Harrigan, Jr._<br>By: _s/ Tyler L. Farmer_<br>By: _s/ Kristin E. Ballinger_<br>   Arthur W. Harrigan, Jr. WSBA #1751<br>   Tyler L. Farmer, WSBA #39912<br>   Kristin E. Ballinger, WSBA #28253<br>   999 Third Avenue, Suite 4400<br>   Seattle, WA 98104<br>   Phone: (206) 623-1700<br>   Fax: (206) 623-8717<br>   Email: arthurh@harriganleyh.com<br>   Email: tylerf@harriganleyh.com<br>   Email: kristinb@harriganleyh.com<br><br>*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |

RESPONSE TO ORDER TO SHOW CAUSE, STIPULATED MOTION, AND ORDER VACATING DEADLINE - 2
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

FOSTER PEPPER PLLC

By: *s/Patrick Mullaney*
    Patrick Mullaney, WSBA #21982
    111 Third Avenue, Suite 3000
    Seattle, WA 98101
    Telephone: 206-447-2815
    Facsimile: 206-749-2058
    Email: patrick.mullaney@foster.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/Dean G. von Kallenbach*
By: *s/Theresa Rava*
    Dean G. von Kallenbach, WSBA #12870
    Theresa Rava, WSBA #53159
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: 206-628-6600
    Fax: 206-628-6611
    Email: dvonkallenbach@williamskastner.com
    Email: trava@williamskastner.com

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

FORSBERG & UMLAUF, P.S.

By: *s/A. Grant Lingg*
By: *s/Vicky L. Strada*
    A. Grant Lingg, WSBA #24227
    Vicky L. Strada, WSBA #34559
    901 Fifth Avenue, Suite 1400
    Telephone: 206-689-8500
    Email: glingg@foum.law
    Email: vstrada@foum.law

*Attorneys for Terra Associates, Inc.*

FLOYD PFLUEGER & RINGER, P.S.

By: *s/Douglas K. Weigel*
By: *s/Amanda D. Daylong*
    Douglas K. Weigel, WSBA #27192
    Amanda D. Daylong, WSBA #48013
    200 W. Thomas Street, Suite 500
    Seattle, WA 98119
    Telephone: 206-441-4455
    Email: dweigel@floyd-ringer.com
    Email: adaylong@floyd-ringer.com

*Attorney for Big Mountain Enterprises*

OLES MORRISON RINKER & BAKER LLP

By: *s/Bradley L. Powell*
    Bradley L. Powell, WSBA #11158
    701 Pike Street, Suite 1700
    Seattle, WA 98101
    Telephone: 206-623-3427
    Email: powell@oles.com

*Attorney for Kulchin Foundation Drilling Company*

RESPONSE TO ORDER TO SHOW CAUSE, STIPULATED MOTION, AND ORDER VACATING DEADLINE - 3
(Case No.: 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

**ORDER**

1. The deadline for a Joint Status Report and Discovery Plan is vacated.

2. Absent further order from the Court, the parties shall file a Joint Status Report by April 1, 2019.

DATED this 13th day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| SKELLENGER BENDER, P.S. | SAMINI COHEN SPANOS LLP |
| By: *s/Terence J. Scanlan* | By: *s/ Cynthia M. Cohen* |
| By: *s/Patricia A. Laughman* | Cynthia M. Cohen, Admitted Pro Hac Vice |
| Terence J. Scanlan, WSBA #19498 | 333 S. Hope Street, 35th Floor |
| Patricia A. Laughman, WSBA # 46716 | Los Angeles, CA 90071 |
| 1301 – 5th Avenue, Suite 3401 | Telephone: (213) 863-0080 |
| Seattle, WA 98101-2605 | Fax: (2130 863-0751 |
| Telephone: 206-623-6501 | Email: cynthiacohen@saminicohen.com |
| Facsimile: 206-447-1973 | |
| Email: tscanlan@skellengerbender.com | HARRIGAN LEYH FARMER & THOMSEN LLP |
| Email: plaughman@skellengerbender.com | |
| | By: *s/Arthur W. Harrigan, Jr.* |
| KEATING, BUCKLIN & | By: *s/ Tyler L. Farmer* |
| MCCORMACH, INC., P.S. | By: *s/ Kristin E. Ballinger* |
| | Arthur W. Harrigan, Jr. WSBA #1751 |
| By: *s/Michael C. Walter* | Tyler L. Farmer, WSBA #39912 |
| Michael C. Walter, WSBA #15044 | Kristin E. Ballinger, WSBA #28253 |
| 801 Second Avenue, Suite 1210 | 999 Third Avenue, Suite 4400 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| Telephone: 206-623-8861 | Phone: (206) 623-1700 |
| Email: mwalter@kbmlawyers.com | Fax: (206) 623-8717 |
| | Email: arthurh@harriganleyh.com |
| *Attorneys for the City of Issaquah* | Email: tylerf@harriganleyh.com |
| | Email: kristinb@harriganleyh.com |
| | *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |

RESPONSE TO ORDER TO SHOW CAUSE, STIPULATED MOTION, AND ORDER VACATING DEADLINE - 4
(Case No.: 18-cv-00910 RSM)

| | |
|---|---|
| FOSTER PEPPER PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
| By: *s/Patrick Mullaney* <br> Patrick Mullaney, WSBA #21982 <br> 111 Third Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Telephone: 206-447-2815 <br> Facsimile: 206-749-2058 <br> Email: patrick.mullaney@foster.com <br><br> *Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* | By: *s/Dean G. von Kallenbach* <br> By: *s/Theresa Rava* <br> Dean G. von Kallenbach, WSBA #12870 <br> Theresa Rava, WSBA #53159 <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101-2380 <br> Telephone: 206-628-6600 <br> Fax: 206-628-6611 <br> Email: dvonkallenbach@williamskastner.com <br> Email: trava@williamskastner.com <br><br> *Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed* |
| FORSBERG & UMLAUF, P.S. | FLOYD PFLUEGER & RINGER, P.S. |
| By: *s/A. Grant Lingg* <br> By: *s/Vicky L. Strada* <br> A. Grant Lingg, WSBA #24227 <br> Vicky L. Strada, WSBA #34559 <br> 901 Fifth Avenue, Suite 1400 <br> Telephone: 206-689-8500 <br> Email: glingg@foum.law <br> Email: vstrada@foum.law <br><br> *Attorneys for Terra Associates, Inc.* | By: *s/Douglas K. Weigel* <br> By: *s/Amanda D. Daylong* <br> Douglas K. Weigel, WSBA #27192 <br> Amanda D. Daylong, WSBA #48013 <br> 200 W. Thomas Street, Suite 500 <br> Seattle, WA 98119 <br> Telephone: 206-441-4455 <br> Email: dweigel@floyd-ringer.com <br> Email: adaylong@floyd-ringer.com <br><br> *Attorney for Big Mountain Enterprises* |
| OLES MORRISON RINKER & BAKER LLP <br><br> By: *s/Bradley L. Powell* <br> Bradley L. Powell, WSBA #11158 <br> 701 Pike Street, Suite 1700 <br> Seattle, WA 98101 <br> Telephone: 206-623-3427 <br> Email: powell@oles.com <br><br> *Attorney for Kulchin Foundation Drilling Company* | |

RESPONSE TO ORDER TO SHOW CAUSE, STIPULATED MOTION, AND ORDER VACATING DEADLINE - 5
(Case No.: 18-cv-00910 RSM)