UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>     Plaintiff,<br><br> v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>     Defendants. | Case No.: 18-cv-00910 RSM<br><br>STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES |
| AND RELATED COUNTERCLAIMS, CROSSCLAIMS, AND THIRD-PARTY CLAIMS | |

   The parties respectfully submit this joint request for an Order to Extend Certain

Deadlines pursuant to LCR 16(b)(6). Due the number of parties, the complexity of the facts and

issues involved in the case, and the number of fact witness depositions that the parties anticipate

completing (some of which are anticipated to require depositions being taken out of state), the

parties will need additional time to complete both lay witness and expert discovery. The parties

are cooperating in good faith to complete the anticipated discovery in a timely and efficient manner

and coordinating with each other to schedule the fact depositions to be completed on or before the date proposed below.

Given these circumstances, all parties seek extension of the following deadlines (Dkt. Nos. 84, 85):

**Motions related to discovery filing deadline**

<u>Current deadline</u>: January 16, 2020

<u>Requested deadline</u>: March 19, 2020

**Lay discovery completed by**

<u>Current deadline</u>: February 14, 2020

<u>Requested deadline</u>: April 14, 2020

**Expert Disclosures pursuant to FRCP 26(a)(2)**

<u>Current deadline</u>: March 27, 2020

<u>Requested deadline</u>: May 1, 2020

**Service of Expert Rebuttal Reports pursuant to FRCP 26(a)(2)**

<u>Current deadline</u>: April 28, 2020

<u>Requested deadline</u>: May 29, 2020

**Commencement of expert depositions**

<u>Current deadline</u>: May 26, 2020

<u>Requested deadline</u>: June 5, 2020

**Expert discovery completed by**

<u>Current deadline</u>: July 17, 2020

<u>Requested deadline</u>: July 22, 2020

**All dispositive motions and motions challenging experts must be filed by**

<u>Current deadline</u>: July 30, 2020

<u>Requested deadline</u>: August 7, 2020

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 16th day of January, 2020.

CAIRNCROSS & HEMPELMANN, P.S.

By: _s/Terence J. Scanlan_
By: _s/Patricia A. Laughman_
 Terence J. Scanlan, WSBA #19498
 Patricia A. Laughman, WSBA # 46716
 524 Second Avenue, Suite 500
 Seattle, WA 98104-2323
 Telephone: 206-623-6501
 Facsimile: 206-447-1973
 Email: tscanlan@cairncross.com
 Email: plaughman@cairncross.com

*Attorneys for the City of Issaquah*

BROWN WHITE & OSBORN LLP

By: _s/Cynthia M. Cohen_
 Cynthia M. Cohen, Admitted Pro Hac Vice
 333 S. Hope Street, Suite 4000
 Los Angeles, CA 90071
 Tel: 213.613.0500
 Fax: 213.613.0550
 E-Mail: ccohen@brownwhitelaw.com

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

FOSTER GARVEY PC

By: _s/Jack P. Zahner_
 Jack P. Zahner, WSBA #24505
 1111 Third Avenue, Suite 3000
 Seattle, WA 98101
 Telephone: 206-689-8500
 Email: jack.zahner@foster.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus*

KEATING, BUCKLIN & MCCORMACH, INC., P.S.

By: _s/Michael C. Walter_
 Michael C. Walter, WSBA #15044
 801 Second Avenue, Suite 1210
 Seattle, WA 98104
 Telephone: 206-623-8861
 Email: mwalter@kbmlawyers.com

*Attorneys for the City of Issaquah*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Tyler L. Farmer_
By: _s/ Kristin E. Ballinger_
 Tyler L. Farmer, WSBA #39912
 Kristin E. Ballinger, WSBA #28253
 999 Third Avenue, Suite 4400
 Seattle, WA 98104
 Telephone: (206) 623-1700
 Fax: (206) 623-8717
 Email: tylerf@harriganleyh.com
 Email: kristinb@harriganleyh.com

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

STOEL RIVES LLP

By: _s/Patrick Mullaney_
 Patrick Mullaney, WSBA #21982
 600 University Street, Suite 3600
 Seattle, WA 98101
 Telephone: (206) 624.0900
 Fax: (206) 386.7500
 Email: Patrick.mullaney@stoel.com

*7 & 8, LLC, and Talus Management Services LLC*

PREG O'DONNELL & GILLETT PLLC

By: *s/John K. Butler*
By: *s/Stephanie Ballard*
    John K. Butler, WSBA #28528
    Stephanie Ballard, WSBA #49268
    901 5th Avenue, Suite 3400
    Seattle WA 98164
    Telephone: 206-287-1775
    Email: jbutler@pregodonnell.com
    Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc.*

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/Dean G. von Kallenbach*
By: *s/Theresa Rava*
    Dean G. von Kallenbach, WSBA #12870
    Theresa Rava, WSBA #53159
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: 206-628-6600
    Fax: 206-628-6611
    Email:dvonkallenbach@williamskastner.com
    Email: trava@williamskastner.com

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

FORSBERG & UMLAUF, P.S.

By: *s/A. Grant Lingg*
By: *s/Vicky L. Strada*
    A. Grant Lingg, WSBA #24227
    Vicky L. Strada, WSBA #34559
    901 Fifth Avenue, Suite 1400
    Telephone: 206-689-8500
    Email: glingg@foum.law
    Email: vstrada@foum.law

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

CLEMENT & DROTZ, PLLC

By: *s/W. Scott Clement*
By: *s/Brent Hardy*
    W. Scott Clement, WSBA #16243
    Brent Hardy, WSBA #45405
    100 W. Harrison Street, Suite N350
    Seattle, WA 98119
    Telephone: 206-448-2565
    Fax: 206-448-2235
    Email: sclement@clementdrotz.com
    Email: bhardy@clementdrotz.com

*Attorneys for Joshua Freed*

WILSON SMITH COCHRAN DICKERSON

By: *s/Whitney L.C. Smith*
By: *s/Gabriella Wagner*
By: *s/Brian Buron*
    Whitney L.C. Smith, WSBA #21159
    Gabriella Wagner, WSBA #42898
    Brian Buron, WSBA #27206
    901 5th Ave., Suite 1700
    Seattle, WA 98164-2050

*Attorneys for Terra Associates, Inc.*

Telephone: 206-623-4100
Fax: 206-623-9273
Email: smithw@wscd.com
Email: wagner@wscd.com
Email: buron@wscd.com

*Attorneys Terra Talus, LLC*

OLES MORRISON RINKER & BAKER
LLP

By: *s/Bradley L. Powell*
    Bradley L. Powell, WSBA #11158
    701 Pike Street, Suite 1700
    Seattle, WA 98101
    Telephone: 206-623-3427
    Email: powell@oles.com

*Attorneys for Kulchin Foundation Drilling
Company*

FLOYD PFLUEGER & RINGER, P.S.

By: *s/Douglas K. Weigel*
By: *s/Amanda D. Daylong*
    Douglas K. Weigel, WSBA #27192
    Amanda D. Daylong, WSBA #48013
    200 W. Thomas Street, Suite 500
    Seattle, WA 98119
    Telephone: 206-441-4455
    Email: dweigel@floyd-ringer.com
    Email: adaylong@floyd-ringer.com

*Attorneys for Big Mountain Enterprises*

PURSUANT TO STIPULATION, IT IS SO ORDERED this 17th day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

By: *s/Terence J. Scanlan*
By: *s/Patricia A. Laughman*
    Terence J. Scanlan, WSBA #19498
    Patricia A. Laughman, WSBA # 46716
    524 Second Avenue, Suite 500
    Seattle, WA 98104-2323
    Telephone: 206-623-6501
    Facsimile: 206-447-1973
    Email: tscanlan@cairncross.com
    Email: plaughman@cairncross.com

*Attorneys for the City of Issaquah*

KEATING, BUCKLIN & MCCORMACH, INC., P.S.

By: *s/Michael C. Walter*
    Michael C. Walter, WSBA #15044
    801 Second Avenue, Suite 1210
    Seattle, WA 98104
    Telephone: 206-623-8861
    Email: mwalter@kbmlawyers.com

*Attorneys for the City of Issaquah*

BROWN WHITE & OSBORN LLP

By: *s/Cynthia M. Cohen*
    Cynthia M. Cohen, Admitted Pro Hac Vice
    333 S. Hope Street, Suite 4000
    Los Angeles, CA 90071
    Tel: 213.613.0500
    Fax: 213.613.0550
    E-Mail: ccohen@brownwhitelaw.com

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Telephone: (206) 623-1700
    Fax: (206) 623-8717
    Email: tylerf@harriganleyh.com
    Email: kristinb@harriganleyh.com

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

FOSTER PEPPER PLLC

By: *s/Jack P. Zahner*
    Jack P. Zahner, WSBA #24505
    1111 Third Avenue, Suite 3000
    Seattle, WA 98101
    Telephone: 206-689-8500
    Email: jack.zahner@foster.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management*

STOEL RIVES LLP

By: *s/Patrick Mullaney*
    Patrick Mullaney, WSBA #21982
    600 University Street, Suite 3600
    Seattle, WA 98101
    Telephone: (206) 624.0900
    Fax: (206) 386.7500
    Email: Patrick.mullaney@stoel.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 &*

Services LLC                                    8, LLC, and Talus Management Services LLC

PREG O'DONNELL & GILLETT PLLC

By: _s/John K. Butler_____
By: _s/Stephanie Ballard_____
 John K. Butler, WSBA #28528
 Stephanie Ballard, WSBA #49268
 901 5th Avenue, Suite 3400
 Seattle WA 98164
 Telephone: 206-287-1775
 Email: jbutler@pregodonnell.com
 Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc.*

WILLIAMS, KASTNER & GIBBS PLLC

By: _s/Dean G. von Kallenbach_____
By: _s/Theresa Rava_____
 Dean G. von Kallenbach, WSBA
 #12870
 Theresa Rava, WSBA #53159
 601 Union Street, Suite 4100
 Seattle, WA 98101-2380
 Telephone: 206-628-6600
 Fax: 206-628-6611
 Email:dvonkallenbach@williamskastner.com
 Email: trava@williamskastner.com

*Attorneys for Element Residential Inc.,*
*Terra Talus, LLC and Joshua Freed*

CLEMENT & DROTZ, PLLC

By: _s/W. Scott Clement_____
By: _s/Brent Hardy_____
 W. Scott Clement, WSBA #16243
 Brent Hardy, WSBA #45405
 100 W. Harrison Street, Suite N350
 Seattle, WA 98119
 Telephone: 206-448-2565
 Fax: 206-448-2235
 Email: sclement@clementdrotz.com
 Email: bhardy@clementdrotz.com

*Attorneys for Joshua Freed*

FORSBERG & UMLAUF, P.S.

By: _s/A. Grant Lingg_____
By: _s/Vicky L. Strada_____
 A. Grant Lingg, WSBA #24227
 Vicky L. Strada, WSBA #34559
 901 Fifth Avenue, Suite 1400
 Telephone: 206-689-8500
 Email: glingg@foum.law
 Email: vstrada@foum.law

WILSON SMITH COCHRAN DICKERSON

By: _s/Whitney L.C. Smith_____
By: _s/Gabriella Wagner_____
By: _s/Brian Buron_____
 Whitney L.C. Smith, WSBA #21159
 Gabriella Wagner, WSBA #42898
 Brian Buron, WSBA #27206
 901 5th Ave., Suite 1700
 Seattle, WA 98164-2050

*Attorneys for Terra Associates, Inc.*

Telephone: 206-623-4100
Fax: 206-623-9273
Email: smithw@wscd.com
Email: wagner@wscd.com
Email: buron@wscd.com

*Attorneys Terra Talus, LLC*

OLES MORRISON RINKER & BAKER
LLP

By: *s/Bradley L. Powell*
    Bradley L. Powell, WSBA #11158
    701 Pike Street, Suite 1700
    Seattle, WA 98101
    Telephone: 206-623-3427
    Email: powell@oles.com

*Attorneys for Kulchin Foundation Drilling Company*

FLOYD PFLUEGER & RINGER, P.S.

By: *s/Douglas K. Weigel*
By: *s/Amanda D. Daylong*
    Douglas K. Weigel, WSBA #27192
    Amanda D. Daylong, WSBA #48013
    200 W. Thomas Street, Suite 500
    Seattle, WA 98119
    Telephone: 206-441-4455
    Email: dweigel@floyd-ringer.com
    Email: adaylong@floyd-ringer.com

*Attorneys for Big Mountain Enterprises*