# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITY OF ISSAQUAH,

Plaintiff,

v.

ORA TALUS 90, LLC, *et al.*,

Defendants.

AND RELATED COUNTERCLAIMS, CROSSCLAIMS, AND THIRD-PARTY CLAIMS

Case No. C18-00910-RSM

ORDER CONTINUING TRIAL DATE AND MODIFYING CASE SCHEDULE DEADLINES

Pursuant to parties' stipulated motion to continue trial dates and related pre-trial deadlines, Dkt. #96, the Court amends the case schedule as follows:

- **Motions related to discovery filing deadline:** May 7, 2020
- **Lay discovery completed by:** June 5, 2020
- **Expert Disclosures pursuant to FRCP 26(a)(2):** July 17, 2020
- **Service of Expert Rebuttal Reports pursuant to FRCP 26(a)(2):** August 18, 2020
- **Commencement of expert depositions:** September 15, 2020
- **Expert discovery completed by**: November 6, 2020

ORDER CONTINUING TRIAL DATE AND MODIFYING CASE SCHEDULE DEADLINES
PAGE - 1

- **All dispositive motions and motions challenging experts must be filed by**: November 19, 2020
- **Mediation Per LCR 39.1(c), if requested by the parties, held no later than**: December 31, 2020
- **All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter**: January 7, 2021
- **Agreed pretrial order due**: January 29, 2021
- **Trial briefs, proposed *voir dire* questions, jury instructions, neutral statement of the case, and trial exhibits due**: February 8, 2021
- **Jury trial date**: February 22, 2021

DATED this 24 day of February, 2020.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE