HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CITY OF ISSAQUAH, a municipal
corporation,

             Plaintiff,

    v.

ORA TALUS 90, LLC, a Delaware limited
liability company; and RESMARK EQUITY
PARTNERS, LLC, a Delaware limited liability
company,

             Defendants.

ORA TALUS 90, LLC, a Delaware limited
liability company; and RESMARK EQUITY
PARTNERS, LLC, a Delaware limited liability
company,

             Third-Party Plaintiffs,

    v.

TERRA TALUS LLC, a Washington limited
liability company; ELEMENT RESIDENTIAL
INC., a Washington corporation; JOSHUA
FREED, an individual; J.R. HAYES & SONS,
INC., a Washington corporation; TERRA
ASSOCIATES, INC., a Washington
corporation; TALUS MANAGEMENT
SERVICES LLC, a Washington limited
liability company; and TALUS 7&8, LLC, a
Washington limited liability company,

             Third-Party Defendants.

NO. 18-CV-00910 RSM

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND RELATED
DEADLINES

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE TRIAL DATE AND RELATED
DEADLINES - 1

{04005831.DOCX;4 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

TALUS 7&8 INVESTMENT, LLC, a
Washington limited liability company; J.R.
HAYES & SONS, INC., a Washington
corporation,

                      Fourth-Party Plaintiffs,

    v.

KULCHIN FOUNDATION DRILLING
COMPANY, a Washington corporation, and
BIG MOUNTAIN ENTERPRISE LLC, a
Washington limited liability company,

                      Fourth-Party Defendants.

AND RELATED COUNTERCLAIMS AND
CROSSCLAIMS

## I.   RELIEF REQUESTED

Pursuant to LCR 16(b)(6), the Parties, by and through their respective counsel, jointly move the Court to continue the trial date, presently set for February 22, 2021, by approximately five months to July 2021, or as soon thereafter as the Court is available, and to issue a new case schedule as outlined herein.  In February of 2020, the Parties jointly requested, and the Court granted, a four-month continuance of the trial date and related deadlines. Dkt. No. 97.  This motion represents the Parties' second request to continue the trial date and all related pretrial dates.  Good cause supports this request for a trial continuance.

## II.   BACKGROUND FACTS

The instant litigation arises out of a November 2015 landslide on a section of real property, commonly referred to as Talus Parcel 9, located in Issaquah, Washington.  The cause of the landslide, as well as the nature and extent of the alleged resulting damage, is complicated and disputed.

The City of Issaquah (the "City") initiated a lawsuit in June 2018 in King County Superior Court against the owners of Talus Parcel 9 for damage to the City's infrastructure and water

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

facilities caused by the landslide.  The property owner removed the action to federal court, asserted counterclaims against the City, and impleaded other parties alleging they are at fault for the City's damages, if any, as well as the property owner's damages.  Two of these third-party defendants, in turn, impleaded two subcontractors.  The parties have collectively asserted at least 30 claims, counterclaims, and crossclaims amongst one another.  The case involves 10 parties, represented by over 20 lawyers from 13 law firms.

Discovery in this action is ongoing and extensive.  The Parties have produced over 15,000 documents, many of which consist of dense construction project files and complicated engineering records.  Some of the parties have not completed their document productions and continue to produce their responsive documents on a rolling basis.  Additionally, a number of parties' written discovery and document productions were significantly delayed during the coronavirus pandemic and current stay-at-home order in the State.

Deposition scheduling has also been stymied due to the COVID-19 pandemic and resulting stay at home orders in Washington and around the country.  In February, the Parties had collaboratively worked together to schedule approximately two dozen depositions to occur in March and April.  However, the Parties were subsequently forced to cancel these depositions due to the rise of the pandemic in Washington (and around the country) in late-February and March.  By collective agreement, the Parties have since put all depositions on hold for the time-being given the pandemic and pending Stay-At-Home Order in Washington and California (where lead counsel for ORA Talus 90 resides).  The Parties have held monthly teleconferences to discuss the possibility of resuming depositions taking into account first and foremost the personal health and safety of the witnesses, the court reporters, and counsel.  During the Parties' teleconference on April 30, 2020, counsel agreed that, given the number of parties and separate law firms involved, as well as the volume of documents anticipated to be used at each deposition, in-person depositions are preferred over video-conference depositions.  The Parties, therefore, stipulated to hold off scheduling depositions for at least another four weeks as they monitor the public health situation.

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

Thus, despite the Parties' efforts, the current June 5, 2020, lay discovery deadline is proving unrealistic for the aforementioned reasons.  The Parties have agreed to address scheduling of approximately 30 fact depositions late this month, depending on state quarantine orders, with the hope that these depositions can be held (with the appropriate social distancing and health precautions) in July and August.  The Parties agree that each fact witness deposition will last the entire seven-hour allowable time period, unless the Parties agree that additional time is necessary for a particularly key witness.

Additionally, the Parties expect at least 14 expert depositions will occur after the fact witnesses.  Expert analysis and subsequent reports cannot be finalized until the parties complete the fact witness depositions.  The experts will rely upon written documentation and fact witness deposition testimony. The Parties anticipate each expert will require a substantial amount of time to complete their analysis and issue written reports.  Each expert will need to review the reports of other experts in order to develop any rebuttal reports per the Federal Rules.  All of these activities must occur before each expert sits for a deposition.  As with the fact witnesses, the Parties anticipate each expert deposition will last a full day.

The Parties have fully cooperated in developing and proceeding with discovery. However, despite significant effort and cooperation, and as a result of the COVID-19 pandemic, the Parties cannot accomplish the fact witness depositions and expert discovery under the current case schedule.  The Parties also cannot adequately prepare for a February 2021 trial.

Counsel have diligently collaborated on discovery, including deposition scheduling.  While reluctant to seek a second trial continuance, the Parties concur that a minimal continuance of approximately five months would allow the Parties to efficiently complete discovery and properly prepare for mediation and trial, given current expectations about the pandemic.

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

### III.    AUTHORITY AND ARGUMENT

LCR 16(b)(6) binds the Parties to the Court's scheduling order after the Parties submit a Joint Status Report.  LCR 16 authorizes the Parties to move the Court to amend or modify the case schedule upon a showing of good cause.

Due to the number of parties and number of counsel at different law firms, the complexity of the facts and issues involved in the case, the number of fact witness depositions that the parties will hold (some of which may be taken out of state), the number of expert witness depositions still to be scheduled, and, of course, the extensive delay that has resulted due to the pandemic and Stay-At-Home Order, the Parties agree that a continuance of the trial date is necessary.  The Parties are cooperating in good faith to complete the anticipated discovery in a timely and efficient manner. The Parties have held several teleconferences to discuss written discovery and document productions as well as scheduling depositions; the Parties continue to communicate collectively and cooperatively regarding these issues.

Yet, complying with the current case schedule deadlines has become unrealistic given the delay caused by the COVID-19 pandemic and related Stay-At-Home Orders.

The Parties, therefore, request the Court continue the trial date and amend the case schedule (Dkt. Nos. 84, 85, 92, 97) as follows:

**Motions related to discovery filing deadline**

> Current deadline: May 7, 2020

> Requested deadline: October 14, 2020

**Lay discovery completed by**

> Current deadline: June 5, 2020

> Requested deadline: November 11, 2020

**Expert Disclosures pursuant to FRCP 26(a)(2)**

> Current deadline: July 17, 2020

> Requested deadline: December 16, 2020

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 5

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

**Service of Expert Rebuttal Reports pursuant to FRCP 26(a)(2)**

Current deadline: August 18, 2020

Requested deadline: January 20, 2021

**Commencement of expert depositions**

Current deadline: September 15, 2020

Requested deadline: February 16, 2021

**Expert discovery completed by**

Current deadline: November 6, 2020

Requested deadline: April 5, 2021

**All dispositive motions and motions challenging experts must be filed by**

Current deadline: November 19, 2020

Requested deadline: April 19, 2021

**Mediation Per LCR 39.1(c), if requested by the parties, held no later than**

Current deadline: December 31, 2020[1]

Requested deadline: May 5, 2021

**All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter**

Current deadline: January 7, 2021

Requested deadline: June 8, 2021

**Agreed pretrial order due**

Current deadline: January 29, 2021

Requested deadline: June 30, 2021

---

[1] The Parties have discussed and do anticipate participating in a third mediation after key depositions have been taken and the Parties have more information upon which to base their respective settlement negotiations.

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 6

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

1 | **Trial briefs, proposed *voir dire* questions, jury instructions, neutral statement of the**

2 | **case, and trial exhibits due**

3 |       Current deadline: February 8, 2021

4 |       Requested deadline: July 6, 2021

5 | **Jury trial date**

6 |       Current deadline: February 22, 2021

7 |       Requested deadline: July 26, 2021

8 |         **IV.   CONCLUSION**

9 |       For the reasons stated above, the Parties jointly and respectfully request that this Court

10 | grant their motion and continue the current trial date as well as the corresponding pretrial deadlines.

11 |       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12 |       DATED this 28th day of May, 2020.

13 | 

14 | CAIRNCROSS & HEMPELMANN, P.S.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

15 | By: _s/Terence J. Scanlan_____

Terence J. Scanlan, WSBA #19498

By: _s/Michael C. Walter_____

Michael C. Walter, WSBA #15044

16 | Patricia A. Laughman, WSBA #46716
524 Second Avenue, Suite 500

Jeremy W. Culumber, WSBA #35423
801 Second Avenue, Suite 1210

17 | Seattle, WA 98104-2323
Telephone: 206-623-6501

Seattle, WA 98104
Telephone: 206-623-8861

18 | Facsimile: 206-447-1973
Email: tscanlan@cairncross.com

Facsimile: 206-623-8861
Email: mwalter@kbmlawyers.com

19 | Email: plaughman@cairncross.com

Email: jculumber@kbmlawyers.com

20 | *Attorneys for the City of Issaquah*

*Attorneys for the City of Issaquah*

21 | BROWN WHITE & OSBORN LLP

HARRIGAN LEYH FARMER & THOMSEN LLP

22 | By: _s/Cynthia M. Cohen_____

23 | Cynthia M. Cohen, Admitted Pro Hac Vice
333 S. Hope Street, Suite 4000

By: _s/Tyler L. Farmer_____
Arthur W. Harrigan, WSBA #1751

24 | Los Angeles, CA 90071
Telephone: 213-613-0500

Tyler L. Farmer, WSBA #39912
999 Third Avenue, Suite 4400

25 | Facsimile: 213-613-0550
E-Mail: ccohen@brownwhitelaw.com

Seattle, WA  98104
Telephone: 206-623-1700

26 | 

Facsimile: (206) 623-8717

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 7

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

FOSTER GARVEY PC

By: *s/Jack P. Zahner*
    Jack P. Zahner, WSBA #24505
    1111 Third Avenue, Suite 3000
    Seattle, WA 98101
    Telephone: 206-689-8500
    Email: jack.zahner@foster.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

STOEL RIVES LLP

By: *s/Patrick Mullaney*
    Patrick Mullaney, WSBA #21982
    600 University Street, Suite 3600
    Seattle, WA 98101
    Telephone: 206-624-0900
    Facsimile: 206-386-7500
    Email: Patrick.mullaney@stoel.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

PREG O'DONNELL & GILLETT PLLC

By: *s/Stephanie Ballard*
    John K. Butler, WSBA #28528
    Stephanie Ballard, WSBA #49268
    901 5th Avenue, Suite 3400
    Seattle WA 98164
    Telephone: 206-287-1775
    Email: jbutler@pregodonnell.com
    Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc.*

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/Theresa H. Rava*
    Dean G. von Kallenbach, WSBA #12870
    Theresa H. Rava, WSBA #53159
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: 206-628-6600
    Facsimile: 206-628-6611
    Email:dvonkallenbach@williamskastner.com
    Email: trava@williamskastner.com

CLEMENT & DROTZ, PLLC

By: *s/W. Scott Clement*
    W. Scott Clement, WSBA #16243
    100 W. Harrison Street, Suite N350
    Seattle, WA 98119
    Telephone: 206-448-2565
    Facsimile: 206-448-2235
    Email: sclement@clementdrotz.com

*Attorneys for Joshua Freed*

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES - 8

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

FORSBERG & UMLAUF, P.S.

By: *s/Vicky L. Strada*
    A. Grant Lingg, WSBA #24227
    Vicky L. Strada, WSBA #34559
    901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
    Telephone: 206-689-8500
    Facsimile: 206-689-8501
    Email: glingg@foum.law
    Email: vstrada@foum.law

*Attorneys for Terra Associates, Inc.*

OLES MORRISON RINKER & BAKER LLP

By: *s/Bradley L. Powell*
    Bradley L. Powell, WSBA #11158
    701 Pike Street, Suite 1700
    Seattle, WA 98101
    Telephone: 206-623-3427
    Email: powell@oles.com

*Attorneys for Kulchin Foundation Drilling Company*

WILSON SMITH COCHRAN DICKERSON

By: *s/Brian Buron*
    Whitney L.C. Smith, WSBA #21159
    Brian Buron, WSBA #27206
    901 5th Ave., Suite 1700
    Seattle, WA 98164-2050
    Telephone: 206-623-4100
    Facsimile: 206-623-9273
    Email: smithw@wscd.com
    Email: buron@wscd.com

*Attorneys Terra Talus, LLC*

FLOYD PFLUEGER & RINGER, P.S.

By: *s/Douglas K. Weigel*
    Douglas K. Weigel, WSBA #27192
    Amanda D. Daylong, WSBA #48013
    200 W. Thomas Street, Suite 500
    Seattle, WA 98119
    Telephone: 206-441-4455
    Email: dweigel@floyd-ringer.com
    Email: adaylong@floyd-ringer.com

*Attorneys for Big Mountain Enterprises*

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 9

{04005831.DOCX;4 }

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED.

DATED this 3rd day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

By: _s/Terence J. Scanlan_____
  Terence J. Scanlan, WSBA #19498
  Patricia A. Laughman, WSBA #46716
  524 Second Avenue, Suite 500
  Seattle, WA 98104-2323
  Telephone: 206-623-6501
  Facsimile: 206-447-1973
  Email: tscanlan@cairncross.com
  Email: plaughman@cairncross.com

*Attorneys for the City of Issaquah*

KEATING, BUCKLIN &
MCCORMACK, INC., P.S.

By: _s/Michael C. Walter_____
  Michael C. Walter, WSBA #15044
  Jeremy W. Culumber, WSBA #35423
  801 Second Avenue, Suite 1210
  Seattle, WA 98104
  Telephone: 206-623-8861
  Email: mwalter@kbmlawyers.com
  Email: jculumber@kbmlawyers.com

*Attorneys for the City of Issaquah*

BROWN WHITE & OSBORN LLP

By: _s/Cynthia M. Cohen_____
  Cynthia M. Cohen, Admitted Pro Hac Vice
  333 S. Hope Street, Suite 4000
  Los Angeles, CA 90071
  Telephone: 213-613-0500
  Facsimile: 213-613-0550
  E-Mail: ccohen@brownwhitelaw.com

*Attorneys for ORA Talus 90, LLC and Resmark
Equity Partners, LLC*

HARRIGAN LEYH FARMER &
THOMSEN LLP

By: _s/Tyler L. Farmer_____
  Arthur W. Harrigan, WSBA #1751
  Tyler L. Farmer, WSBA #39912
  999 Third Avenue, Suite 4400
  Seattle, WA  98104
  Telephone: 206-623-1700
  Facsimile: (206) 623-8717
  Email: arthurh@harriganleyh.com
  Email:  tylerf@harriganleyh.com

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 10

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Attorneys for ORA Talus 90, LLC and
Resmark Equity Partners, LLC*

FOSTER GARVEY PC                          STOEL RIVES LLP

By: _s/Jack P. Zahner_____            By: _s/Patrick Mullaney_____
    Jack P. Zahner, WSBA #24505               Patrick Mullaney, WSBA #21982
    1111 Third Avenue, Suite 3000             600 University Street, Suite 3600
    Seattle, WA 98101                         Seattle, WA 98101
    Telephone: 206-689-8500                   Telephone: 206-624-0900
    Email: jack.zahner@foster.com             Facsimile: 206-386-7500
                                              Email: Patrick.mullaney@stoel.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 &
8, LLC, and Talus Management Services LLC*    *Attorneys for J.R. Hayes & Sons, Inc,
                                              Talus 7 & 8, LLC, and Talus Management
                                              Services LLC*


PREG O'DONNELL & GILLETT PLLC

By: _s/Stephanie Ballard_____
    John K. Butler, WSBA #28528
    Stephanie Ballard, WSBA #49268
    901 5th Avenue, Suite 3400
    Seattle WA 98164
    Telephone: 206-287-1775
    Email: jbutler@pregodonnell.com
    Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc.*

WILLIAMS, KASTNER & GIBBS PLLC            CLEMENT & DROTZ, PLLC

By: _s/Theresa H. Rava_____           By: _s/W. Scott Clement_____
    Dean G. von Kallenbach, WSBA #12870       W. Scott Clement, WSBA #16243
    Theresa H. Rava, WSBA #53159              100 W. Harrison Street, Suite N350
    601 Union Street, Suite 4100              Seattle, WA 98119
    Seattle, WA 98101-2380                    Telephone: 206-448-2565
    Telephone: 206-628-6600                   Facsimile: 206-448-2235
    Facsimile: 206-628-6611                   Email: sclement@clementdrotz.com
    Email:dvonkallenbach@williamskastner.com
    Email: trava@williamskastner.com      *Attorneys for Joshua Freed*

*Attorneys for Element Residential Inc., Terra
Talus, LLC and Joshua Freed*

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 11

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

FORSBERG & UMLAUF, P.S.

By:  s/Vicky L. Strada
    A. Grant Lingg, WSBA #24227
    Vicky L. Strada, WSBA #34559
    901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
    Telephone: 206-689-8500
    Facsimile: 206-689-8501
    Email: glingg@foum.law
    Email: vstrada@foum.law

*Attorneys for Terra Associates, Inc.*


OLES MORRISON RINKER & BAKER LLP

By:  s/Bradley L. Powell
    Bradley L. Powell, WSBA #11158
    701 Pike Street, Suite 1700
    Seattle, WA 98101
    Telephone: 206-623-3427
    Email: powell@oles.com

*Attorneys for Kulchin Foundation Drilling Company*


WILSON SMITH COCHRAN DICKERSON

By:  s/Brian Buron
    Whitney L.C. Smith, WSBA #21159
    Brian Buron, WSBA #27206
    901 5th Ave., Suite 1700
    Seattle, WA 98164-2050
    Telephone: 206-623-4100
    Facsimile: 206-623-9273
    Email: smithw@wscd.com
    Email: buron@wscd.com

*Attorneys Terra Talus, LLC*


FLOYD PFLUEGER & RINGER, P.S.

By:  s/Douglas K. Weigel
    Douglas K. Weigel, WSBA #27192
    Amanda D. Daylong, WSBA #48013
    200 W. Thomas Street, Suite 500
    Seattle, WA 98119
    Telephone: 206-441-4455
    Email: dweigel@floyd-ringer.com
    Email: adaylong@floyd-ringer.com

*Attorneys for Big Mountain Enterprises*

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }

**Certificate of Service**

I, Kelsey M. Doyle, certify under penalty of perjury of the laws of the State of Washington that on May 28, 2020, I electronically filed this document entitled STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 28th day of May, 2020, at Seattle, Washington.

*s/Kelsey M. Doyle*

Kelsey M. Doyle, Paralegal
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-4483
Facsimile: (206) 587-2308
E-mail: kdoyle@cairncross.com

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES - 13

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04005831.DOCX;4 }