HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>                Defendants. | NO. 18-CV-00910 RSM<br><br>STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>                Third-Party plaintiffs,<br><br>   v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; TERRA ASSOCIATES, INC., a Washington corporation; TALUS MANAGEMENT | |

STIPULATION AND ORDER REGARDING DEPOSITION
PROTOCOL - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

| |
|---|
| SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company, |
| Third-Party Defendants. |
| TALUS 7&8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation, |
| Fourth-Party plaintiffs, |
| v. |
| KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation, and BIG MOUNTAIN ENTERPRISE LLC, a Washington limited liability company, |
| Fourth-Party Defendants. |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS |

The United States federal and state governments and courts have issued states of emergency, restrictions on travel and gatherings, and modified rules and procedures designed to slow the spread of the COVID-19 pandemic. One such step is encouraging matters be conducted by telephone, video, or other remote means where it is appropriate to do so.

Accordingly, the Parties hereby jointly stipulate to the following protocol for conducting depositions in the above-captioned matter:

Administration of the Remote Deposition

1. The Parties agree to work in a collaborative and cooperative manner in attempting to schedule remote depositions consistent with the admonition in Rule 1 of the Federal Rules of Civil Procedure that states the Rules "should be construed, administered, and employed by the

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

2. The Parties agree that depositions shall occur through Zoom, a videoconferencing software, consistent with Rule 30(b)(4).

3. The Parties agree that remote depositions may be recorded by audio and audiovisual means consistent with the requirements of Rule 30(b)(3).

4. The Parties further agree that remote depositions shall be recorded by stenographic means consistent with the requirements of Rule 30(b)(3), but that it is not necessary for the court reporter to be physically present with the witness whose deposition is being taken unless state law expressly provides otherwise.

5. The Parties agree to treat the stenographer as an "Officer" as defined by Rules 28(a)(2) and 29(a) and the Party that noticed the remote deposition shall provide the Officer with a copy of this Stipulation in advance of the remote deposition.

6. The Officer shall be permitted to remotely administer the oath and record the deposition in accordance with state law.

7. At the beginning of the remote deposition, consistent with Rule 30(b)(5)(A), the Officer shall begin the deposition with an on-the-record statement that includes: (i) the Officer's name and company affiliation; (ii) the date, time, and place of the deposition; (iii) the deponent's name; (iv) the Officer's administration of the oath or affirmation to the deponent; and (v) the identity of all persons present (physically and remotely).

8. At the beginning of the remote deposition, the Officer shall require the defending attorney to confirm and certify the identity of the deponent.

Technology

9. The Parties agree to work collaboratively and cooperatively and in good faith to assess their respective technological abilities and to troubleshoot any issues sufficiently in advance of the deposition so any adjustments can be made. The Parties also agree to work

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

collaboratively and cooperatively to address and troubleshoot technological (including audio or video) issues that arise during a deposition and make such provisions as are reasonable under the circumstances to address such issues. This provision shall not be interpreted to compel any party to proceed with a deposition where the witness cannot hear or understand the other participants or where the participants cannot hear or understand the witness.

10. Should technological issues persist which make it difficult to proceed with the remote deposition, the Parties agree to obtain professional technical assistance (such as by contacting counsel(s)'s IT personnel) in an attempt to resolve any technological issues.

11. Any technological issues that arise during a party's questioning of a witness that delay or pause the deposition shall not be counted toward (1) the total duration of the deposition (Rule 30(d)(1)), or (2) the time allocated to that party for questioning.

12. To the extent possible, the Parties agree that each participant attending the remote deposition shall be readily visible to all other participants at all times, and their statements shall be audible to all participants at all times; in the event of limited bandwidth, the Parties agree that the witness, the questioning attorney, and the defending attorney shall be readily visible to all other participants, and their statements shall be audible to all participants at all times. However, to minimize background noise and feedback, and to facilitate clear audio, the Parties agree that participants not actively speaking shall mute their microphones on the device being used to conduct the remote deposition.

13. The Parties agree that the deponent's electronic devices (such as iPads, tablets, other laptops or computers, cell phones, etc.), other than the device being used to conduct the remote deposition, shall be turned off during each segment of the deposition. Notifications on each participant's device being used to conduct the remote deposition, such as calendar and email alerts or chat functions, shall be turned off or muted.

14. The Parties agree not to engage in coaching or other impermissible communication with the deponent through electronic or other means while on the record. Any

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

such coaching or impermissible communication during the remote deposition shall be considered a violation of this Stipulation and subject to the Court's discretion to enter appropriate sanctions. This provision is not intended to conflict with the applicable Federal Rules and ethical rules governing communications between counsel and their witness but to address the use of technology and remote participation.

15. The Parties agree that objections shall be raised by an audible objection and that objections raised by one party shall apply to all parties.

Exhibits

16. The Parties expressly agree that hard copies of exhibits shall not be used in any deposition to minimize the risk of the spread of COVID-19, except upon prior written unanimous agreement by the Parties and the deponent upon a protocol for use of hard copy exhibits. However, where a questioning attorney intends to have a witness's markings become part of an exhibit, a hard copy of the exhibit may be given to the witness to mark upon if the witness's modification of that exhibit cannot be done using Zoom.

17. The Parties agree that the exhibits shall be electronically shared and introduced using the software provided by the Court Reporter. Each party who intends to ask questions of the deponent and introduce any exhibits shall do so using the Court Reporter's exhibit software. Each attorney intending to introduce exhibits during his or her questioning agrees to sufficiently familiarize him or herself with use of this exhibit sharing software prior to any depositions so as to ensure exhibits can be introduced in an efficient manner during the deposition. Likewise, the defending attorney also agrees to sufficiently familiarize the deponent with the use of Zoom and the exhibit sharing software prior to the deponent's deposition.

Miscellaneous

18. For purposes of this Stipulation and its provisions herein, a remote deposition shall constitute any deposition where at least one party or its counsel attends remotely.

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 5

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

19.    The Parties agree that this Stipulation also applies to remote depositions of non-parties under Rule 45 and shall work in a collaborative and cooperative manner in attempting to schedule remote depositions of non-parties. The Parties shall provide this Stipulation and Order to any non-party under Rule 45 with the notice of the deposition.

20.    The Parties agree to introduce this Stipulation as an exhibit in any party or non-party depositions. This Stipulation need not be introduced as a new exhibit in each deposition taken in this lawsuit but should be referenced in each deposition.

21.    The Parties agree to revisit the terms of this Stipulation if it becomes necessary and desirable to do so.

22.    The Parties agree that if any provision of this Stipulation is invalid or impermissible under applicable law, the applicable law shall control.

DATED this 26th day of August, 2020.

| | |
|---|---|
| CAIRNCROSS & HEMPELMANN, P.S. | KEATING, BUCKLIN & MCCORMACK, INC., P.S. |
| By: *s/Terence J. Scanlan*<br>    Terence J. Scanlan, WSBA #19498<br>    Patricia A. Laughman, WSBA #46716<br>    524 Second Avenue, Suite 500<br>    Seattle, WA 98104-2323<br>    Telephone: 206-623-6501<br>    Facsimile: 206-447-1973<br>    Email: tscanlan@cairncross.com<br>    Email: plaughman@cairncross.com | By: *s/Michael C. Walter*<br>    Michael C. Walter, WSBA #15044<br>    Jeremy W. Culumber, WSBA #35423<br>    801 Second Avenue, Suite 1210<br>    Seattle, WA 98104<br>    Telephone: 206-623-8861<br>    Email: mwalter@kbmlawyers.com<br>    Email: jculumber@kbmlawyers.com |
| *Attorneys for the City of Issaquah* | *Attorneys for the City of Issaquah* |
| BROWN WHITE & OSBORN LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/Cynthia M. Cohen*<br>    Cynthia M. Cohen, Admitted Pro Hac Vice<br>    333 S. Hope Street, Suite 4000<br>    Los Angeles, CA 90071<br>    Telephone: 213-613-0500<br>    Facsimile: 213-613-0550<br>    E-Mail: ccohen@brownwhitelaw.com | By: *s/Tyler L. Farmer*<br>    Arthur W. Harrigan, WSBA #1751<br>    Tyler L. Farmer, WSBA #39912<br>    999 Third Avenue, Suite 4400<br>    Seattle, WA 98104<br>    Telephone: 206-623-1700 |

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 6

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

| | |
|---|---|
| *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* | Facsimile: (206) 623-8717<br>Email: arthurh@harriganleyh.com<br>Email:  tylerf@harriganleyh.com<br><br>*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |
| FOSTER GARVEY PC<br><br>By: *s/Jack P. Zahner*<br>    Jack P. Zahner, WSBA #24505<br>    1111 Third Avenue, Suite 3000<br>    Seattle, WA 98101<br>    Telephone: 206-689-8500<br>    Email: jack.zahner@foster.com<br><br>*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* | STOEL RIVES LLP<br><br>By: *s/Patrick Mullaney*<br>    Patrick Mullaney, WSBA #21982<br>    600 University Street, Suite 3600<br>    Seattle, WA 98101<br>    Telephone: 206-624-0900<br>    Facsimile: 206-386-7500<br>    Email: Patrick.mullaney@stoel.com<br><br>*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* |
| PREG O'DONNELL & GILLETT PLLC<br><br>By: *s/Stephanie Ballard*<br>    John K. Butler, WSBA #28528<br>    Stephanie Ballard, WSBA #49268<br>    901 5th Avenue, Suite 3400<br>    Seattle WA 98164<br>    Telephone: 206-287-1775<br>    Email: jbutler@pregodonnell.com<br>    Email: sballard@pregodonnell.com<br><br>*Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services LLC* | |
| WILLIAMS, KASTNER & GIBBS PLLC<br><br>By: *s/Dean G. von Kallenbach*<br>    Dean G. von Kallenbach, WSBA #12870<br>    Theresa H. Rava, WSBA #53159<br>    601 Union Street, Suite 4100<br>    Seattle, WA 98101-2380<br>    Telephone: 206-628-6600<br>    Facsimile: 206-628-6611<br>    Email:dvonkallenbach@williamskastner.com | CLEMENT & DROTZ, PLLC<br><br>By: *s/W. Scott Clement*<br>    W. Scott Clement, WSBA #16243<br>    100 W. Harrison Street, Suite N350<br>    Seattle, WA 98119<br>    Telephone: 206-448-2565<br>    Facsimile: 206-448-2235<br>    Email: sclement@clementdrotz.com |

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 7

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

| | |
|---|---|
| Email: trava@williamskastner.com | *Attorneys for Joshua Freed* |

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

| | |
|---|---|
| FORSBERG & UMLAUF, P.S. | WILSON SMITH COCHRAN DICKERSON |
| By: *s/Vicky L. Strada*<br>    A. Grant Lingg, WSBA #24227<br>    Vicky L. Strada, WSBA #34559<br>    901 Fifth Avenue, Suite 1400<br>    Seattle, WA 98164<br>    Telephone: 206-689-8500<br>    Facsimile: 206-689-8501<br>    Email: glingg@foum.law<br>    Email: vstrada@foum.law | By: *s/Whitney L.C. Smith*<br>    Whitney L.C. Smith, WSBA #21159<br>    Brian Buron, WSBA #27206<br>    901 5th Ave., Suite 1700<br>    Seattle, WA 98164-2050<br>    Telephone: 206-623-4100<br>    Facsimile: 206-623-9273<br>    Email: smithw@wscd.com<br>    Email: buron@wscd.com |
| *Attorneys for Terra Associates, Inc.* | *Attorneys Terra Talus, LLC* |
| OLES MORRISON RINKER & BAKER LLP | FLOYD PFLUEGER & RINGER, P.S. |
| By: *s/Bradley L. Powell*<br>    Bradley L. Powell, WSBA #11158<br>    701 Pike Street, Suite 1700<br>    Seattle, WA 98101<br>    Telephone: 206-623-3427<br>    Email: powell@oles.com | By: *s/Douglas K. Weigel*<br>    Douglas K. Weigel, WSBA #27192<br>    Amanda D. Daylong, WSBA #48013<br>    200 W. Thomas Street, Suite 500<br>    Seattle, WA 98119<br>    Telephone: 206-441-4455<br>    Email: dweigel@floyd-ringer.com<br>    Email: adaylong@floyd-ringer.com |
| *Attorneys for Kulchin Foundation Drilling Company* | *Attorneys for Big Mountain Enterprises* |

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 8

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED this 4th day of September, 2020.

                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| CAIRNCROSS & HEMPELMANN, P.S. | KEATING, BUCKLIN & MCCORMACK, INC., P.S. |
| By: *s/Terence J. Scanlan* <br> Terence J. Scanlan, WSBA #19498 <br> Patricia A. Laughman, WSBA #46716 <br> 524 Second Avenue, Suite 500 <br> Seattle, WA 98104-2323 <br> Telephone: 206-623-6501 <br> Facsimile: 206-447-1973 <br> Email: tscanlan@cairncross.com <br> Email: plaughman@cairncross.com | By: *s/Michael C. Walter* <br> Michael C. Walter, WSBA #15044 <br> Jeremy W. Culumber, WSBA #35423 <br> 801 Second Avenue, Suite 1210 <br> Seattle, WA 98104 <br> Telephone: 206-623-8861 <br> Email: mwalter@kbmlawyers.com <br> Email: jculumber@kbmlawyers.com |
| *Attorneys for the City of Issaquah* | *Attorneys for the City of Issaquah* |
| BROWN WHITE & OSBORN LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/Cynthia M. Cohen* <br> Cynthia M. Cohen, Admitted Pro Hac Vice <br> 333 S. Hope Street, Suite 4000 <br> Los Angeles, CA 90071 <br> Telephone: 213-613-0500 <br> Facsimile: 213-613-0550 <br> E-Mail: ccohen@brownwhitelaw.com | By: *s/Tyler L. Farmer* <br> Arthur W. Harrigan, WSBA #1751 <br> Tyler L. Farmer, WSBA #39912 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Telephone: 206-623-1700 <br> Facsimile: (206) 623-8717 <br> Email: arthurh@harriganleyh.com <br> Email: tylerf@harriganleyh.com |
| *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* | *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 9

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

| | |
|---|---|
| FOSTER GARVEY PC | STOEL RIVES LLP |
| By: *s/Jack P. Zahner* | By: *s/Patrick Mullaney* |
| Jack P. Zahner, WSBA #24505 | Patrick Mullaney, WSBA #21982 |
| 1111 Third Avenue, Suite 3000 | 600 University Street, Suite 3600 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Telephone: 206-689-8500 | Telephone: 206-624-0900 |
| Email: jack.zahner@foster.com | Facsimile: 206-386-7500 |
| | Email: Patrick.mullaney@stoel.com |

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

PREG O'DONNELL & GILLETT PLLC

By: *s/Stephanie Ballard*
  John K. Butler, WSBA #28528
  Stephanie Ballard, WSBA #49268
  901 5th Avenue, Suite 3400
  Seattle WA 98164
  Telephone: 206-287-1775
  Email: jbutler@pregodonnell.com
  Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services LLC*

| | |
|---|---|
| WILLIAMS, KASTNER & GIBBS PLLC | CLEMENT & DROTZ, PLLC |
| By: *s/Dean G. von Kallenbach* | By: *s/W. Scott Clement* |
| Dean G. von Kallenbach, WSBA #12870 | W. Scott Clement, WSBA #16243 |
| Theresa H. Rava, WSBA #53159 | 100 W. Harrison Street, Suite N350 |
| 601 Union Street, Suite 4100 | Seattle, WA 98119 |
| Seattle, WA 98101-2380 | Telephone: 206-448-2565 |
| Telephone: 206-628-6600 | Facsimile: 206-448-2235 |
| Facsimile: 206-628-6611 | Email: sclement@clementdrotz.com |
| Email:dvonkallenbach@williamskastner.com | |
| Email: trava@williamskastner.com | *Attorneys for Joshua Freed* |

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 10

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

| | |
|---|---|
| FORSBERG & UMLAUF, P.S.<br><br>By: *s/Vicky L. Strada*<br>    A. Grant Lingg, WSBA #24227<br>    Vicky L. Strada, WSBA #34559<br>    901 Fifth Avenue, Suite 1400<br>    Seattle, WA 98164<br>    Telephone: 206-689-8500<br>    Facsimile: 206-689-8501<br>    Email: glingg@foum.law<br>    Email: vstrada@foum.law<br><br>*Attorneys for Terra Associates, Inc.* | WILSON SMITH COCHRAN DICKERSON<br><br>By: *s/Whitney L.C. Smith*<br>    Whitney L.C. Smith, WSBA #21159<br>    Brian Buron, WSBA #27206<br>    901 5th Ave., Suite 1700<br>    Seattle, WA 98164-2050<br>    Telephone: 206-623-4100<br>    Facsimile: 206-623-9273<br>    Email: smithw@wscd.com<br>    Email: buron@wscd.com<br><br>*Attorneys Terra Talus, LLC* |
| OLES MORRISON RINKER & BAKER LLP<br><br>By: *s/Bradley L. Powell*<br>    Bradley L. Powell, WSBA #11158<br>    701 Pike Street, Suite 1700<br>    Seattle, WA 98101<br>    Telephone: 206-623-3427<br>    Email: powell@oles.com<br><br>*Attorneys for Kulchin Foundation Drilling Company* | FLOYD PFLUEGER & RINGER, P.S.<br><br>By: *s/Douglas K. Weigel*<br>    Douglas K. Weigel, WSBA #27192<br>    Amanda D. Daylong, WSBA #48013<br>    200 W. Thomas Street, Suite 500<br>    Seattle, WA 98119<br>    Telephone: 206-441-4455<br>    Email: dweigel@floyd-ringer.com<br>    Email: adaylong@floyd-ringer.com<br><br>*Attorneys for Big Mountain Enterprises* |

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 11

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }

**Certificate of Service**

I, Kelsey M. Doyle, certify under penalty of perjury of the laws of the State of Washington that on August 26, 2020, I electronically filed this document entitled STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 26th day of August, 2020, at Seattle, Washington.

 s/Kelsey M. Doyle
Kelsey M. Doyle, Paralegal
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-4483
Facsimile: (206) 587-2308
E-mail: kdoyle@cairncross.com

STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL - 12

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04050392.DOCX;1 }