HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>            Defendants.<br> | NO. 18-CV-00910 RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>            Third-Party Plaintiffs,<br><br>    v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; TERRA ASSOCIATES, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company,<br><br>            Third-Party Defendants. | |

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY RELATED DEADLINES - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

| | |
|---|---|
| 1 | TALUS 7&8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation, |
| 2 | |
| 3 | |
| 4 | Fourth-Party Plaintiffs, |
| | v. |
| 5 | |
| 6 | KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation, and BIG MOUNTAIN ENTERPRISE LLC, a Washington limited liability company, |
| 7 | |
| 8 | Fourth-Party Defendants. |
| 9 | AND RELATED COUNTERCLAIMS AND CROSSCLAIMS |
| 10 | |

## I. RELIEF REQUESTED

Pursuant to LCR 16(b)(6), the Parties, by and through their respective counsel, jointly move the Court to continue the discovery related deadlines by approximately 30 days and to issue a new case schedule as outlined herein. In May of 2020, the Parties jointly requested, and the Court granted, a five-month continuance of the trial date and related deadlines. Dkt. No. 102. This Stipulated Motion represents the Parties' request for a short continuance of the discovery related deadlines. Good cause supports this request for a continuance.

## II. BACKGROUND FACTS

The instant litigation arises out of a November 2015 landslide on a section of real property, commonly referred to as Talus Parcel 9, located in Issaquah, Washington. The cause of the landslide, as well as the nature and extent of the alleged resulting damage, is complicated and disputed.

The City of Issaquah (the "City") initiated a lawsuit in June 2018 in King County Superior Court against the owners of Talus Parcel 9 for damage to the City's infrastructure and water facilities caused by the landslide. The property owner removed the action to federal court, asserted

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

counterclaims against the City, and impleaded other parties alleging they are at fault for the City's damages, if any, as well as the property owner's damages. Two of these third-party defendants, in turn, impleaded two subcontractors. The parties have collectively asserted at least 30 claims, counterclaims, and crossclaims amongst one another. The case involves 10 parties, represented by over 20 lawyers from 13 law firms.

Discovery in this action is ongoing and extensive. To date, the Parties have produced over 80,000 documents, including dense construction project files and complicated engineering records. Most of the parties have just recently substantially completed their respective document productions and are still waiting on responsive third-party documents. As this Court knows, a number of parties' written discovery and document productions were significantly delayed during the coronavirus pandemic and stay-at-home order in the State.

Since the date of filing the Parties' second Stipulated Motion and [Proposed] Order to Continue Trial Date and Related Deadlines (Dkt. 101), the Parties have conducted approximately 20 fact depositions and participated in a second mediation with Chris Soelling on October 13, 2020. On October 16, 2020, the Parties agreed to scheduling an additional 29 fact depositions to occur this month through mid-December. The Parties are in the process of obtaining availability from their respective clients and third-party witnesses. Thus, despite the Parties' efforts, the current November 11, 2020, lay discovery deadline is proving unrealistic for the aforementioned reasons.

Additionally, the Parties expect at least 14 expert depositions will occur after the fact witnesses. Expert analysis and subsequent reports cannot be finalized until the Parties complete the fact witness depositions. The experts will rely upon written documentation and fact witness deposition testimony. The Parties anticipate each expert will require a substantial amount of time to complete their analysis and issue written reports. Each expert will need to review the reports of other experts in order to develop any rebuttal reports per the Federal Rules. All of these activities must occur before each expert sits for a deposition. As with the fact witnesses, the Parties

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY RELATED DEADLINES - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

anticipate each expert deposition will last a full day.

The Parties have fully cooperated in developing and proceeding with discovery. However, despite significant effort and cooperation, and as a result of the COVID-19 pandemic, the Parties cannot accomplish the fact witness depositions and expert discovery under the current case schedule.

Counsel have diligently collaborated on discovery, including deposition scheduling. The Parties concur that a minimal continuance of approximately 30 days of the discovery related deadlines would allow the Parties to efficiently complete discovery and properly prepare for trial.

### III.    AUTHORITY AND ARGUMENT

LCR 16(b)(6) binds the Parties to the Court's scheduling order after the Parties submit a Joint Status Report. LCR 16 authorizes the Parties to move the Court to amend or modify the case schedule upon a showing of good cause.

Due to the number of parties and number of counsel at different law firms, the complexity of the facts and issues involved in the case, the number of remaining fact witness depositions that the Parties will hold (some of which may be taken out of state), the number of expert witness depositions still to be scheduled, and, of course, the extensive delay that has resulted due to the pandemic, the Parties agree that a continuance of the discovery related deadlines is necessary. The Parties are cooperating in good faith to complete the anticipated discovery in a timely and efficient manner. The Parties have held several teleconferences to discuss written discovery and document productions as well as scheduling depositions; the Parties continue to communicate collectively and cooperatively regarding these issues.

The Parties, therefore, request the Court continue the discovery related deadlines as follows:

**Motions related to discovery filing deadline**

<u>Current deadline</u>: October 14, 2020

<u>Requested deadline</u>: November 16, 2020

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY RELATED DEADLINES - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

**Lay discovery completed by**

    Current deadline: November 11, 2020

    Requested deadline: December 11, 2020

**Expert Disclosures pursuant to FRCP 26(a)(2)**

    Current deadline: December 16, 2020

    Requested deadline: January 15, 2021

**Service of Expert Rebuttal Reports pursuant to FRCP 26(a)(2)**

    Current deadline: January 20, 2021

    Requested deadline: February 19, 2021

**Commencement of expert depositions**

    Current deadline: February 16, 2021

    Requested deadline: March 15, 2021

**Expert discovery completed by**

    Current deadline: April 5, 2021

    Requested deadline: May 5, 2021

**All dispositive motions and motions challenging experts must be filed by**

    Current deadline: April 19, 2021

    Requested deadline: May 19, 2021

**Mediation Per LCR 39.1(c), if requested by the parties, held no later than**

    Current deadline: May 5, 2021

    Requested deadline: May 26, 2021

**All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter**

    Current deadline: June 8, 2021

    Requested deadline: June 8, 2021

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 5

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

**Agreed pretrial order due**

<u>Current deadline</u>: June 30, 2021

<u>Requested deadline</u>: June 30, 2021

**Trial briefs, proposed *voir dire* questions, jury instructions, neutral statement of the case, and trial exhibits due**

<u>Current deadline</u>: July 6, 2021

<u>Requested deadline</u>: July 6, 2021

**Jury trial date**

<u>Current deadline</u>: July 26, 2021

<u>Requested deadline</u>: July 26, 2021

## IV.   CONCLUSION

For the reasons stated above, the Parties jointly and respectfully request that this Court grant their Stipulated Motion and continue the discovery related deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 22nd day of October, 2020.

| | |
|---|---|
| CAIRNCROSS & HEMPELMANN, P.S. | KEATING, BUCKLIN & MCCORMACK, INC., P.S. |
| By: s/Terence J. Scanlan<br>   Terence J. Scanlan, WSBA #19498<br>   Patricia A. Laughman, WSBA #46716<br>   524 Second Avenue, Suite 500<br>   Seattle, WA 98104-2323<br>   Telephone: 206-623-6501<br>   Facsimile: 206-447-1973<br>   Email: tscanlan@cairncross.com<br>   Email: plaughman@cairncross.com | By: s/Michael C. Walter<br>   Michael C. Walter, WSBA #15044<br>   Jeremy W. Culumber, WSBA #35423<br>   801 Second Avenue, Suite 1210<br>   Seattle, WA 98104<br>   Telephone: 206-623-8861<br>   Email: mwalter@kbmlawyers.com<br>   Email: jculumber@kbmlawyers.com |
| *Attorneys for the City of Issaquah* | *Attorneys for the City of Issaquah* |

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 6

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

| | |
|---|---|
| BROWN WHITE & OSBORN LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: _s/Cynthia M. Cohen_<br>    Cynthia M. Cohen, Admitted Pro Hac Vice<br>    333 S. Hope Street, Suite 4000<br>    Los Angeles, CA 90071<br>    Telephone: 213-613-0500<br>    Facsimile: 213-613-0550<br>    E-Mail: ccohen@brownwhitelaw.com<br><br>*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* | By: s/Tyler L. Farmer<br>    Arthur W. Harrigan, WSBA #1751<br>    Tyler L. Farmer, WSBA #39912<br>    999 Third Avenue, Suite 4400<br>    Seattle, WA 98104<br>    Telephone: 206-623-1700<br>    Facsimile: (206) 623-8717<br>    Email: arthurh@harriganleyh.com<br>    Email: tylerf@harriganleyh.com<br><br>*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |
| FOSTER GARVEY PC | STOEL RIVES LLP |
| By: _s/Jack P. Zahner_<br>    Jack P. Zahner, WSBA #24505<br>    1111 Third Avenue, Suite 3000<br>    Seattle, WA 98101<br>    Telephone: 206-447-2886<br>    Email: jack.zahner@foster.com<br><br>*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* | By: _s/Patrick Mullaney_<br>    Patrick Mullaney, WSBA #21982<br>    600 University Street, Suite 3600<br>    Seattle, WA 98101<br>    Telephone: 206-624-0900<br>    Facsimile: 206-386-7500<br>    Email: Patrick.mullaney@stoel.com<br><br>*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* |
| PREG O'DONNELL & GILLETT PLLC | |
| By: _s/Stephanie Ballard_<br>    John K. Butler, WSBA #28528<br>    Stephanie Ballard, WSBA #49268<br>    901 5th Avenue, Suite 3400<br>    Seattle WA 98164<br>    Telephone: 206-287-1775<br>    Email: jbutler@pregodonnell.com<br>    Email: sballard@pregodonnell.com<br><br>*Attorneys for J.R. Hayes & Sons, Inc.* | |

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 7

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

| | | |
|---|---|---|
| 1 | WILLIAMS, KASTNER & GIBBS PLLC | CLEMENT & DROTZ, PLLC |
| 2 | By: s/Dean G. von Kallenbach | By: s/W. Scott Clement |
| 3 | Dean G. von Kallenbach, WSBA #12870 | W. Scott Clement, WSBA #16243 |
|  | Theresa H. Rava, WSBA #53159 | 100 W. Harrison Street, Suite N350 |
| 4 | 601 Union Street, Suite 4100 | Seattle, WA 98119 |
|  | Seattle, WA 98101-2380 | Telephone: 206-448-2565 |
| 5 | Telephone: 206-628-6600 | Facsimile: 206-448-2235 |
|  | Facsimile: 206-628-6611 | Email: sclement@clementdrotz.com |
| 6 | Email: dvonkallenbach@williamskastner.com | |
| 7 | Email: trava@williamskastner.com | *Attorneys for Joshua Freed* |
| 8 | | |
|  | *Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed* | |
| 9 | | |
| 10 | FORSBERG & UMLAUF, P.S. | WILSON SMITH COCHRAN DICKERSON |
| 11 | By: s/Vicky L. Strada | By: s/Brian Buron |
| 12 | A. Grant Lingg, WSBA #24227 | Whitney L.C. Smith, WSBA #21159 |
|  | Vicky L. Strada, WSBA #34559 | Brian Buron, WSBA #27206 |
| 13 | 901 Fifth Avenue, Suite 1400 | 901 5th Ave., Suite 1700 |
|  | Seattle, WA 98164 | Seattle, WA 98164-2050 |
| 14 | Telephone: 206-689-8500 | Telephone: 206-623-4100 |
|  | Facsimile: 206-689-8501 | Facsimile: 206-623-9273 |
| 15 | Email: glingg@foum.law | Email: smithw@wscd.com |
| 16 | Email: vstrada@foum.law | Email: buron@wscd.com |
| 17 | *Attorneys for Terra Associates, Inc.* | *Attorneys Terra Talus, LLC* |
| 18 | OLES MORRISON RINKER & BAKER LLP | FLOYD PFLUEGER & RINGER, P.S. |
| 19 | | By: s/Douglas K. Weigel |
| 20 | By: s/Bradley L. Powell | Douglas K. Weigel, WSBA #27192 |
|  | Bradley L. Powell, WSBA #11158 | Amanda D. Daylong, WSBA #48013 |
| 21 | 701 Pike Street, Suite 1700 | 200 W. Thomas Street, Suite 500 |
| 22 | Seattle, WA 98101 | Seattle, WA 98119 |
|  | Telephone: 206-623-3427 | Telephone: 206-441-4455 |
| 23 | Email: powell@oles.com | Email: dweigel@floyd-ringer.com |
|  | | Email: adaylong@floyd-ringer.com |
| 24 | *Attorneys for Kulchin Foundation Drilling Company* | |
| 25 | | *Attorneys for Big Mountain Enterprises* |
| 26 | | |

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY RELATED DEADLINES - 8

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

# ORDER

PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED.

DATED this 26th day of October, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| CAIRNCROSS & HEMPELMANN, P.S. | KEATING, BUCKLIN & MCCORMACK, INC., P.S. |
| By: s/Terence J. Scanlan<br>  Terence J. Scanlan, WSBA #19498<br>  Patricia A. Laughman, WSBA #46716<br>  524 Second Avenue, Suite 500<br>  Seattle, WA 98104-2323<br>  Telephone: 206-623-6501<br>  Facsimile: 206-447-1973<br>  Email: tscanlan@cairncross.com<br>  Email: plaughman@cairncross.com | By: s/Michael C. Walter<br>  Michael C. Walter, WSBA #15044<br>  Jeremy W. Culumber, WSBA #35423<br>  801 Second Avenue, Suite 1210<br>  Seattle, WA 98104<br>  Telephone: 206-623-8861<br>  Email: mwalter@kbmlawyers.com<br>  Email: jculumber@kbmlawyers.com |
| *Attorneys for the City of Issaquah* | *Attorneys for the City of Issaquah* |
| BROWN WHITE & OSBORN LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: s/Cynthia M. Cohen<br>  Cynthia M. Cohen, Admitted Pro Hac Vice<br>  333 S. Hope Street, Suite 4000<br>  Los Angeles, CA 90071<br>  Telephone: 213-613-0500<br>  Facsimile: 213-613-0550<br>  E-Mail: ccohen@brownwhitelaw.com | By: s/Tyler L. Farmer<br>  Arthur W. Harrigan, WSBA #1751<br>  Tyler L. Farmer, WSBA #39912<br>  999 Third Avenue, Suite 4400<br>  Seattle, WA 98104<br>  Telephone: 206-623-1700<br>  Facsimile: (206) 623-8717<br>  Email: arthurh@harriganleyh.com<br>  Email: tylerf@harriganleyh.com |
| *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* | *Attorneys for ORA Talus 90, LLC and Resmark* |

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 9

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308

{04089275.DOCX;1 }

|  |  |
|---|---|
| *Equity Partners, LLC* | |
| FOSTER GARVEY PC | STOEL RIVES LLP |
| By: s/Jack P. Zahner | By: s/Patrick Mullaney |
| Jack P. Zahner, WSBA #24505 | Patrick Mullaney, WSBA #21982 |
| 1111 Third Avenue, Suite 3000 | 600 University Street, Suite 3600 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Telephone: 206-447-2886 | Telephone: 206-624-0900 |
| Email: jack.zahner@foster.com | Facsimile: 206-386-7500 |
|  | Email: Patrick.mullaney@stoel.com |

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

PREG O'DONNELL & GILLETT PLLC

By: s/Stephanie Ballard
    John K. Butler, WSBA #28528
    Stephanie Ballard, WSBA #49268
    901 5th Avenue, Suite 3400
    Seattle WA 98164
    Telephone: 206-287-1775
    Email: jbutler@pregodonnell.com
    Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc.*

| WILLIAMS, KASTNER & GIBBS PLLC | CLEMENT & DROTZ, PLLC |
|---|---|
| By: s/Dean G. von Kallenbach | By: s/W. Scott Clement |
| Dean G. von Kallenbach, WSBA #12870 | W. Scott Clement, WSBA #16243 |
| Theresa H. Rava, WSBA #53159 | 100 W. Harrison Street, Suite N350 |
| 601 Union Street, Suite 4100 | Seattle, WA 98119 |
| Seattle, WA 98101-2380 | Telephone: 206-448-2565 |
| Telephone: 206-628-6600 | Facsimile: 206-448-2235 |
| Facsimile: 206-628-6611 | Email: sclement@clementdrotz.com |
| Email: dvonkallenbach@williamskastner.com | |
| Email: trava@williamskastner.com | *Attorneys for Joshua Freed* |

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 10

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

| | | |
|---|---|---|
| 1 | | |
| 2 | FORSBERG & UMLAUF, P.S. | WILSON SMITH COCHRAN DICKERSON |
| 3 | By: s/Vicky L. Strada | By: s/Brian Buron |
| 4 | A. Grant Lingg, WSBA #24227 | Whitney L.C. Smith, WSBA #21159 |
| | Vicky L. Strada, WSBA #34559 | Brian Buron, WSBA #27206 |

FORSBERG & UMLAUF, P.S.

By: s/Vicky L. Strada
　　A. Grant Lingg, WSBA #24227
　　Vicky L. Strada, WSBA #34559
　　901 Fifth Avenue, Suite 1400
　　Seattle, WA 98164
　　Telephone: 206-689-8500
　　Facsimile: 206-689-8501
　　Email: glingg@foum.law
　　Email: vstrada@foum.law

*Attorneys for Terra Associates, Inc.*

WILSON SMITH COCHRAN DICKERSON

By: s/Brian Buron
　　Whitney L.C. Smith, WSBA #21159
　　Brian Buron, WSBA #27206
　　901 5th Ave., Suite 1700
　　Seattle, WA 98164-2050
　　Telephone: 206-623-4100
　　Facsimile: 206-623-9273
　　Email: smithw@wscd.com
　　Email: buron@wscd.com

*Attorneys Terra Talus, LLC*

OLES MORRISON RINKER & BAKER LLP

By: s/Bradley L. Powell
　　Bradley L. Powell, WSBA #11158
　　701 Pike Street, Suite 1700
　　Seattle, WA 98101
　　Telephone: 206-623-3427
　　Email: powell@oles.com

*Attorneys for Kulchin Foundation Drilling Company*

FLOYD PFLUEGER & RINGER, P.S.

By: s/Douglas K. Weigel
　　Douglas K. Weigel, WSBA #27192
　　Amanda D. Daylong, WSBA #48013
　　200 W. Thomas Street, Suite 500
　　Seattle, WA 98119
　　Telephone: 206-441-4455
　　Email: dweigel@floyd-ringer.com
　　Email: adaylong@floyd-ringer.com

*Attorneys for Big Mountain Enterprises*

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 11

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }

**Certificate of Service**

I, Kelsey M. Doyle, certify under penalty of perjury of the laws of the State of Washington that on October 22, 2020, I electronically filed this document entitled STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY RELATED DEADLINES using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 22nd day of October, 2020, at Seattle, Washington.

 s/Kelsey M. Doyle
Kelsey M. Doyle, Paralegal
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-4483
Facsimile: (206) 587-2308
E-mail: kdoyle@cairncross.com

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY RELATED DEADLINES - 12

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04089275.DOCX;1 }