THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation, | No. 18-cv-00910-RSM |
| Plaintiff, | STIPULATION AND JOINT MOTION TO DEPOSE PLAINTIFF AND THIRD-PARTY DEFENDANT 30(B)(6) REPRESENTATIVES PAST DISCOVERY DEADLINE |
| vs. | |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, | |
| Defendants. | SAME DAY STIPULATED MOTION: December 4, 2020 |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| vs. | |
| TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; and TERRA ASSOCIATES, INC., a Washington | |

STIPULATION RE: DEPOSITIONS OUTSIDE DISCOVERY
DEADLINE (Cause No. 18-cv-00910-RSM) – 1
sw/BB6704.050/3738599x37



WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

corporation, TALUS MANAGEMENT
SERVICES LLC, a Washington limited
liability company; and TALUS 7 & 8, LLC, a
Washington limited liability company,

                    Third-Party Defendants.
_____

TALUS 7 & 8 INVESTMENT, LLC, a
Washington limited liability company; J.R.
HAYES & SONS, INC., a Washington
corporation,

                    Third-Party Plaintiffs,

          vs.

KULCHIN FOUNDATION DRILLING
COMPANY, a Washington corporation, and
BIG MOUNTAIN ENTERPRISE LLC, a
Washington limited liability company,

                    Third-Party Defendants.

COME NOW the above-captioned parties by and through their undersigned attorneys
and stipulate and move the Court as follows:

1.    The current deadline for lay discovery expires on December 11, 2020.

2.    The parties have collectively taken approximately 50 separate lay witness
depositions.

3.    The parties desire the depositions of 30(b)(6) representatives for Plaintiff City
of Issaquah and for Third-Party Defendant Talus 7 & 8 Investment, LLC. Copies of the
deposition notices are attached hereto as Exhibits 1 and 2, respectively.

4.    Foundational witnesses needed to be deposed prior to Plaintiff's and Talus 7 &
8 Investment's 30(b)(6) representative(s).

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

5.      Due to the factual complexity and scheduling logistics, the parties agree that these two 30(b)(6) depositions may take place past the current lay witness discovery deadline. Plaintiff will produce its 30(b)(6) representatives on December 15, 2020.  The parties also agree to take the 30(b)(6) deposition of Talus 7 & 8 Investment at an agreed-upon date in January 2021.

6.      The parties, therefore, collectively move the Court for an order authorizing the 30(b)(6) depositions of Plaintiff City of Issaquah and Third-Party Defendant Talus 7 & 8 Investment.

IT IS SO STIPULATED.

Dated this 4th day of December, 2020.

WILSON SMITH COCHRAN DICKERSON

By: *s/Whitney L.C. Smith*
By: *s/Brian Buron*
Whitney L.C. Smith, WSBA No. 21159
Brian Buron, WSBA No. 27206
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
Telephone: (206) 623-4100 / Fax: (206) 623-9273
Email: smithw@wscd.com
*Attorneys for Third Party Defendant Terra Talus LLC*

Dated this 4th day of December, 2020.

KEATING, BUCKLIN & MCCORMACH, INC., P.S.

By: *s/ Michael C. Walter*
Michael C. Walter, WSBA #15044
801 Second Avenue, Suite 1210
Seattle, WA 98104
Telephone: 206-623-8861

Dated this 4th day of December, 2020.

CAIRNCROSS & HEMPELMANN, P.S.

By: *s/ Terence J. Scanlan*
By: *s/ Patricia A. Laughman*
Terence J. Scanlan, WSBA #19498
Patricia A. Laughman, WSBA # 46716
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: 206-623-6501
Facsimile: 206-447-1973
Email: tscanlan@cairncross.com
Email: plaughman@cairncross.com
*Attorneys for the City of Issaquah*

Dated this 4th day of December, 2020.

BROWN WHITE & OSBORN LLP

By: *s/ Cynthia M. Cohen*
Cynthia M. Cohen, Admitted Pro Hac Vice
333 S. Hope Street, Suite 4000
Los Angeles, CA 90071 Tel: 213.613.0500
Fax: 213.613.0550 E-Mail:
ccohen@brownwhitelaw.com

STIPULATION RE: DEPOSITIONS OUTSIDE DISCOVERY
DEADLINE (Cause No. 18-cv-00910-RSM) – 3
sw/BB6704.050/3738599x37



WILSON
SMITH
COCHRAN
DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington  98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

Email: mwalter@kbmlawyers.com
*Attorneys for the City of Issaquah*

Dated this 4th day of December, 2020.

HARRIGAN LEYH FARMER &
THOMSEN LLP
By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
Tyler L. Farmer, WSBA #39912
Kristin E. Ballinger, WSBA #28253
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Fax: (206) 623-8717
Email: tylerf@harriganleyh.com
Email: kristinb@harriganleyh.com
*Attorneys for ORA Talus 90, LLC and*
*Resmark Partners, LLC*

Dated this 4th day of December, 2020.

STOEL RIVES LLP

By: *s/ Patrick Mullaney*
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600 Seattle,
WA 98101 Telephone: (206) 624.0900 Fax:
(206) 386.7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc., Talus*
*7 & 8, LLC, and Talus Management Services,*
*LLC*

Dated this 4th day of December, 2020.

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/ Dean G. Von Kallenbach*
By: *s/ Theresa Rava*
Dean G. Von Kallenbach, WSBA #12870
Theresa Rava, WSBA #53159
601 Union Street, Suite 4100
Seattle, WA 98101-2380

*Attorneys for ORA Talus 90, LLC and*
*Resmark Equity Partners, LLC*

Dated this 4th day of December, 2020.

FOSTER GARVEY PC

By: *s/ Jack P. Zahner*
Jack P. Zahner, WSBA #24505
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206-689-8500
Email: jack.zahner@foster.com
*Attorneys for J.R. Hayes & Sons, Inc.,*
*Talus 7 & 8, LLC, and Talus Management*
*Services, LLC*

Dated this 4th day of December, 2020.

PREG O'DONNELL & GILLETT PLLC

By: *s/ John K. Butler*
By: *s/ Stephanie Ballard*
John K. Butler, WSBA #28528
Stephanie Ballard, WSBA #49268
901 5th Avenue, Suite 3400
Seattle WA 98164
Telephone: 206-287-1775
Email: jbutler@pregodonnell.com
Email: sballard@pregodonnell.com
*Attorneys for J.R. Hayes & Sons, Inc.*

Dated this 4th day of December, 2020.

CLEMENT & DROTZ, PLLC

By: *s/ Scott Clement*
By: *s/ Brent Hardy*
W. Scott Clement, WSBA #16243
Brent Hardy, WSBA #45405
100 W. Harrison Street, Suite N350
Seattle, WA 98119

STIPULATION RE: DEPOSITIONS OUTSIDE DISCOVERY
DEADLINE (Cause No. 18-cv-00910-RSM) – 4
sw/BB6704.050/3738599x37



WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Telephone: 206-628-6600
Fax: 206-628-6611
Email:dvonkallenbach@williamskastner.com
Email: trava@williamskastner.com
*Attorneys for Element Residential, Inc. Terra Talus, LLC and Joshua Freed*

Telephone: 206-448-2565
Fax: 206-448-2235
Email: sclement@clementdrotz.com
Email: bhardy@clementdrotz.com
*Attorneys for Joshua Freed*

Dated this 4th day of December, 2020.

FORSBERG & UMLAUF, P.S.

By: *s/ A. Grant Lingg*
By: *s/ Vicky L. Srada*
A. Grant Lingg, WSBA #24227
Vicky L. Strada, WSBA #34559
901 Fifth Avenue, Suite 1400
Telephone: 206-689-8500
Email: glingg@foum.law
Email: vstrada@foum.law
*Attorneys for Terra Associates, Inc.*

Dated this 4th day of December, 2020.

OLES MORRISON RINKER & BAKER LLP

By: *s/ Bradley L. Powell*
Bradley L. Powell, WSBA #11158
701 Pike Street, Suite 1700
Seattle, WA 98101
Telephone: 206-623-3427
Email: powell@oles.com
*Attorneys for Kulchin Foundation Drilling Company*

Dated this 4th day of December, 2020.

FLOYD PFLUEGER & RINGER, P.S.

By: *s/ Douglas K. Weigel*
By: *s/ Amanda D. Daylong*
Douglas K. Weigel, WSBA #27192
Amanda D. Daylong, WSBA #48013
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Telephone: 206-441-4455
Email: dweigel@floyd-ringer.com
Email: adaylong@floyd-ringer.com
*Attorneys for Big Mountain Enterprises*

STIPULATION RE: DEPOSITIONS OUTSIDE DISCOVERY
DEADLINE (Cause No. 18-cv-00910-RSM) – 5
sw/BB6704.050/3738599x37

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**ORDER**

PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED.

DATED this 7ᵗʰ day of December, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON          CAIRNCROSS & HEMPELMANN, P.S.

By: *s/Whitney L.C. Smith*                            By: *s/ Terence J. Scanlan*
By: *s/Brian Buron*                                       By: *s/ Patricia A. Laughman*
Whitney L.C. Smith, WSBA No. 21159             Terence J. Scanlan, WSBA #19498
Brian Buron, WSBA No. 27206                        Patricia A. Laughman, WSBA # 46716
WILSON SMITH COCHRAN DICKERSON          524 Second Avenue, Suite 500
901 Fifth Avenue, Suite 1700                          Seattle, WA 98104-2323
Seattle, WA  98164-2050                                 Telephone: 206-623-6501
Telephone: (206) 623-4100 / Fax: (206) 623-   Facsimile: 206-447-1973
9273                                                                Email: tscanlan@cairncross.com
Email: smithw@wscd.com                               Email: plaughman@cairncross.com
*Attorneys for Third Party Defendant Terra*     *Attorneys for the City of Issaquah*
*Talus LLC*



KEATING, BUCKLIN & MCCORMACH,          BROWN WHITE & OSBORN LLP
INC., P.S.
                                                                     By: *s/ Cynthia M. Cohen*
By: *s/ Michael C. Walter*                              Cynthia M. Cohen, Admitted Pro Hac Vice
Michael C. Walter, WSBA #15044                    333 S. Hope Street, Suite 4000
801 Second Avenue, Suite 1210                        Los Angeles, CA 90071 Tel: 213.613.0500
Seattle, WA 98104                                           Fax: 213.613.0550 E-Mail:
Telephone: 206-623-8861                                 ccohen@brownwhitelaw.com

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Email: mwalter@kbmlawyers.com
*Attorneys for the City of Issaquah*

*Attorneys for ORA Talus 90, LLC and
Resmark Equity Partners, LLC*

HARRIGAN LEYH FARMER &
THOMSEN LLP
By: *s/ Tyler L. Farmer*
By: *s/ Kristin E. Ballinger*
Tyler L. Farmer, WSBA #39912
Kristin E. Ballinger, WSBA #28253
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Fax: (206) 623-8717
Email: tylerf@harriganleyh.com
Email: kristinb@harriganleyh.com
*Attorneys for ORA Talus 90, LLC and
Resmark Partners, LLC*

FOSTER GARVEY PC

By: *s/ Jack P. Zahner*
Jack P. Zahner, WSBA #24505
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206-689-8500
Email: jack.zahner@foster.com
*Attorneys for J.R. Hayes & Sons, Inc.,
Talus 7 & 8, LLC, and Talus Management
Services, LLC*

STOEL RIVES LLP

By: *s/ Patrick Mullaney*
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600 Seattle,
WA 98101 Telephone: (206) 624.0900 Fax:
(206) 386.7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc., Talus
7 & 8, LLC, and Talus Management Services,
LLC*

PREG O'DONNELL & GILLETT PLLC

By: *s/ John K. Butler*
By: *s/ Stephanie Ballard*
John K. Butler, WSBA #28528
Stephanie Ballard, WSBA #49268
901 5th Avenue, Suite 3400
Seattle WA 98164
Telephone: 206-287-1775
Email: jbutler@pregodonnell.com
Email: sballard@pregodonnell.com
*Attorneys for J.R. Hayes & Sons, Inc.*

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/ Dean G. Von Kallenbach*
By: *s/ Theresa Rava*
Dean G. Von Kallenbach, WSBA #12870
Theresa Rava, WSBA #53159
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: 206-628-6600
Fax: 206-628-6611
Email:dvonkallenbach@williamskastner.com

CLEMENT & DROTZ, PLLC

By: *s/ Scott Clement*
By: *s/ Brent Hardy*
W. Scott Clement, WSBA #16243
Brent Hardy, WSBA #45405
100 W. Harrison Street, Suite N350
Seattle, WA 98119
Telephone: 206-448-2565
Fax: 206-448-2235
Email: sclement@clementdrotz.com

STIPULATION RE: DEPOSITIONS OUTSIDE DISCOVERY
DEADLINE (Cause No. 18-cv-00910-RSM) – 7
sw/BB6704.050/3738599x37

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Email: trava@williamskastner.com
*Attorneys for Element Residential, Inc. Terra Talus, LLC and Joshua Freed*

ORSBERG & UMLAUF, P.S.

By: *s/ A. Grant Lingg*
By: *s/ Vicky L. Srada*
A. Grant Lingg, WSBA #24227
Vicky L. Strada, WSBA #34559
901 Fifth Avenue, Suite 1400
Telephone: 206-689-8500
Email: glingg@foum.law
Email: vstrada@foum.law
*Attorneys for Terra Associates, Inc.*


FLOYD PFLUEGER & RINGER, P.S.

By: *s/ Douglas K. Weigel*
By: *s/ Amanda D. Daylong*
Douglas K. Weigel, WSBA #27192
Amanda D. Daylong, WSBA #48013
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Telephone: 206-441-4455
Email: dweigel@floyd-ringer.com
Email: adaylong@floyd-ringer.com
*Attorneys for Big Mountain Enterprises*

Email: bhardy@clementdrotz.com
*Attorneys for Joshua Freed*

OLES MORRISON RINKER & BAKER LLP

By: *s/ Bradley L. Powell*
Bradley L. Powell, WSBA #11158
701 Pike Street, Suite 1700
Seattle, WA 98101
Telephone: 206-623-3427
Email: powell@oles.com
*Attorneys for Kulchin Foundation Drilling Company*

STIPULATION RE: DEPOSITIONS OUTSIDE DISCOVERY
DEADLINE (Cause No. 18-cv-00910-RSM) – 8
sw/BB6704.050/3738599x37

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1

## CERTIFICATE OF SERVICE

2

The undersigned certifies that under penalty of perjury under the laws of the United

3

States of America that on the below date I caused to be served the foregoing document on:

4

**Attorney for Plaintiff**
Terence J. Scanlan

5

Patricia A. Laughman
Cairncross & Hempelmann, P.S.

6

524 Second Avenue, Suite 500
Seattle, WA 98104-2323

7

( ) Via U.S. Mail
( ) Via Facsimile:  206-587-2308

8

( ) Via Hand Delivery
(X) Via CM/ECF

9

( ) Via Email:  tscanlan@cairncross.com;
        plaughman@cairncross.com

10

**Attorneys for Defendants/Third Party**

11

**Plaintiffs ORA Talus 90, LLC and**
**Resmark Equity Partners, LLC**

12

Arthur W. Harrigan, Jr.
Tyler L. Farmer

13

HARRIGAN LEYH FARMER &
THOMSEN

14

999 Third Avenue, Suite 4400
Seattle, WA 98104

15

( ) Via U.S. Mail
( ) Via Facsimile:  206-623-8717

16

( ) Via Hand Delivery
(X) Via CM/ECF

17

( ) Via Email:  arthurh@harriganleyh.com;
        tylerf@harriganleyh.com

18

**Attorney for Third Party Defendant**
**Kulchin Foundation Drilling Company**

19

Bradley L. Powell
Michael J. Schmidt

20

Oles Morrison Rinker & Baker
701 Pike Street, Suite #1700

21

Seattle, WA  98101-3930
( ) Via U.S. Mail

22

( ) Via Facsimile:  206-682-6234
( ) Via Hand Delivery

23

(X) Via CM/ECF
 ( ) Via Email:  powell@oles.com;

24

        schmidt@oles.com

25

26

**Attorney for Plaintiff**
Michael Charles Walter
Jeremy W. Culumber
Keating Bucklin McCormack, Inc., P.S.
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
( ) Via U.S. Mail
( ) Via Facsimile:  206-223-9423
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email:  mwalter@kbmlawyers.com;
jculumber@kbmlawyers.com

**Attorneys for Defendants/Third Party**
**Plaintiffs ORA Talus 90, LLC and**
**Resmark Equity Partners, LLC**
Cynthia M. Cohen
BROWN WHITE & OSBORN LLP
333 S. Hope Street, Suite 4000
Los Angeles, CA 90071
( ) Via U.S. Mail
( ) Via Facsimile:  213.613.0550
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email:
        ccohen@brownwhitelaw.com

**Attorney for Third Party**
**Defendants/Third Party Plaintiffs J.R.**
**Hayes & Sons, Inc. and Talus Management**
**Services and Talus 7 & 8 LLC**
John P. Zahner
Patrick J. Mullaney
Tacy K. Hass
FOSTER GARVEY P.C.
1111 Third Avenue, Suite 3400
Seattle, Wa 98101-3299
( ) Via U.S. Mail
( ) Via Facsimile:  206-447-9700
( ) Via Hand Delivery
(X) Via CM/ECF
 ( ) Via Email:  ZahnJ@foster.com;
        tacy.hass@foster.com;
        mullp@foster.com

STIPULATION RE: DEPOSITIONS OUTSIDE DISCOVERY
DEADLINE (Cause No. 18-cv-00910-RSM) – 9
sw/BB6704.050/3738599x37



WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**Attorney for Third Party Defendant J.R. Hayes & Sons, Inc.**
John K. Butler
Preg O'Donnell & Gillett PLLC
901 Fifth Avenue, Suite 3400
Seattle, WA 98164
(  ) Via U.S. Mail
(  ) Via Facsimile:  206-287-9113
(  ) Via Hand Delivery
(X) Via CM/ECF
(  ) Via Email:  jbutler@pregodonnell.com

**Attorney for Third Party Defendant Big Mountain Enterprises, LLC**
Amanda D. Daylong
Douglas Weigel
Floyd, Pflueger & Ringer, P.S.
200 West Thomas Street, Suite 500
Seattle, WA 98119
(  ) Via U.S. Mail
(  ) Via Facsimile:  206-441-8484
(  ) Via Hand Delivery
(X) Via CM/ECF
(  ) Via Email:  adaylong@floyd-ringer.com; dweigel@floyd-ringer.com

**Attorney for Third Party Defendant Joshua Freed**
W. Scott Clement
Travis B. Colburn
Clement & Drotz PLLC
100 West Harrison Street, Suite N350
Seattle, WA 98119-4116
(  ) Via U.S. Mail
(  ) Via Facsimile:  206-448-2235
(  ) Via Hand Delivery
(X) Via CM/ECF
(  ) Via Email:
    sclement@clementdrotz.com;
    lpersson@clementdrotz.com;
    msilver@clementdrotz.com;
    tcolburn@clementdrotz.com

**Attorney for Third Party Defendant Terra Associates Inc**
A. Grant Lingg
Vicky L. Strada
Forsberg & Umlauf PS
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-2050
(  ) Via U.S. Mail
(  ) Via Facsimile:  (206) 689-8501
(  ) Via Hand Delivery
(X) Via CM/ECF
(  ) Via Email:  glingg@FoUm.law;
    vstrada@foum.law

**Attorney for Third Party Defendants Element Residential, Inc., Joshua Freed and Terra Associates, Inc.**
Theresa H. Rava
Dean von Kallenbach
Williams, Kastner & Gibbs PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, WA  98101
(  ) Via U.S. Mail
(  ) Via Facsimile:  206-628-6611
(  ) Via Hand Delivery
(X) Via CM/ECF
(  ) Via Email:  trava@williamskastner.com;
    dvonkallenbach@williamskastner.com

**SIGNED** this 4th day of December, 2020, at Seattle, Washington.

*s/ Shawn K. Williams*
Shawn K. Williams

WILSON
SMITH
COCHRAN
DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273