HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>       Plaintiff,<br><br> v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>       Defendants. | NO. 18-CV-00910 RSM<br><br>ORDER GRANTING PLAINTIFF CITY OF ISSAQUAH'S MOTION FOR LEAVE TO FILE OVER-LENGTH OMNIBUS REPLY BRIEF |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>       Third-Party Plaintiffs,<br><br> v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; TERRA ASSOCIATES, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company,<br><br>       Third-Party Defendants. | |

ORDER GRANTING PLAINTIFF CITY OF ISSAQUAH'S MOTION FOR LEAVE TO FILE OVER-LENGTH OMNIBUS REPLY BRIEF - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04105992.DOCX;1 }

| | |
|---|---|
| 1 | TALUS 7&8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation, |
| 2 | |
| 3 | |
| 4 | Fourth-Party Plaintiffs, |
| | v. |
| 5 | |
| 6 | KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation, and BIG MOUNTAIN ENTERPRISE LLC, a Washington limited liability company, |
| 7 | |
| 8 | Fourth-Party Defendants. |
| 9 | AND RELATED COUNTERCLAIMS AND CROSSCLAIMS |
| 10 | |

11  This Court has considered Plaintiff City of Issaquah's (the "City") Motion for Leave to

12  File Over-Length Omnibus Reply Brief (the "Motion"), the City's proposed form of Order, and

13  the records and pleadings on file.  Having been fully advised in the matters, the Court **HEREBY**

14  **ORDERS** that the City's Motion is **GRANTED**.  The Court further

15  **ORDERS** that the City's Omnibus Reply in support of its Motion for Leave to Amend

16  Complaint shall not exceed 14 pages.

17  ORDERED this 7th day of December, 2020.

            RICARDO S. MARTINEZ
            CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF CITY OF ISSAQUAH'S
MOTION FOR LEAVE TO FILE OVER-LENGTH
OMNIBUS REPLY BRIEF - 2

{04105992.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

1  Presented by:

2  CAIRNCROSS & HEMPELMANN, P.S.

3

4   s/Terence J. Scanlan
   Terence J. Scanlan, WSBA No. 19498
5  E-mail:  tscanlan@cairncross.com
   Patricia A. Laughman, WSBA No. 46716
6  E-mail:  plaughman@cairncross.com
7  524 Second Avenue, Suite 500
   Seattle, WA  98104-2323
8  Telephone: (206) 587-0700
   Facsimile: (206) 587-2308
9  Attorneys for Plaintiff City of Issaquah

ORDER GRANTING PLAINTIFF CITY OF ISSAQUAH'S MOTION FOR LEAVE TO FILE OVER-LENGTH OMNIBUS REPLY BRIEF - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04105992.DOCX;1 }