UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>      Plaintiff,<br><br> v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>      Defendants. | NO. 18-CV-00910 RSM<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO CONTINUE DISCOVERY-RELATED DEADLINES |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>      Third-Party Plaintiffs,<br><br> v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; TERRA ASSOCIATES, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited | |

ORDER GRANTING PARTIES' STIPULATED
MOTION TO CONTINUE DISCOVERY-
RELATED DEADLINES
PAGE - 1

| | |
|---|---|
| 1 | liability company; and TALUS 7&8, LLC, a Washington limited liability company, |
| 2 | Third-Party Defendants. |
| 3 | TALUS 7&8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation, |
| 4 | |
| 5 | Fourth-Party Plaintiffs, |
| 6 | v. |
| 7 | KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation, and BIG MOUNTAIN ENTERPRISE LLC, a Washington limited liability company, |
| 8 | |
| 9 | Fourth-Party Defendants. |
| 10 | AND RELATED COUNTERCLAIMS AND CROSSCLAIMS |
| 11 | ANDREW ALTIERI |
| 12 | Plaintiff, |
| 13 | v. |
| 14 | STANDARD INSURANCE COMPANY, *et al.*, |
| 15 | |
| 16 | Defendants. |

   This matter comes before the Court on parties' stipulated motion to continue discovery-related deadlines by approximately 30 days. Dkt. #133. Pursuant to LCR 16(b)(6), parties move to continue the discovery-related deadlines due to the number of parties and counsel, the complexity of the facts and issues involved in the case, the volume of documents

ORDER GRANTING PARTIES' STIPULATED
MOTION TO CONTINUE DISCOVERY-
RELATED DEADLINES
PAGE - 2

recently produced, the number of expert witness depositions still to be scheduled, and the extensive delays resulting from the COVID-19 pandemic. *Id.* at 4.

Finding that good cause exists to extend the deadlines, the Court GRANTS parties' stipulated motion and ORDERS that discovery-related deadlines are continued as set forth in the Court's forthcoming scheduling order.

DATED this 8th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PARTIES' STIPULATED
MOTION TO CONTINUE DISCOVERY-
RELATED DEADLINES
PAGE - 3