THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>Defendants.<br>_______________<br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL | No. 18-cv-00910-RSM<br><br>JOINT MOTION AND ORDER TO CONTINUE DEPOSITION OF KEITH CLINE PAST DISCOVERY DEADLINE<br><br>**SAME DAY STIPULATED MOTION: June 15, 2021** |

JOINT MOTION AND ORDER TO CONTINUE DEPOSITION OF KEITH CLINE PAST DISCOVERY DEADLINE (Cause No. 18-cv-00910-RSM) – 1
bp/SLE6704.050/3903477

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; and TERRA ASSOCIATES, INC., a Washington corporation, TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7 & 8, LLC, a Washington limited liability company,

Third-Party Defendants.

---

TALUS 7 & 8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation,

Third-Party Plaintiffs,

vs.

KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation, and BIG MOUNTAIN ENTERPRISE LLC, a Washington limited liability company,

Third-Party Defendants.

**STIPULATED MOTION**

COME NOW the above-captioned parties by and through their undersigned attorneys and stipulate to continue the deposition of City of Issaquah expert witness Keith Cline for one additional hour. During the course of Mr. Cline's May 27, 2021 deposition, eight pages of notes regarding his company's examination of evidence in this case were produced to the parties. Since other parties did not have time to review these notes and confer with their experts regarding the notes before Mr. Cline's deposition, the City of Issaquah agreed to allow for such review and for Mr. Cline's deposition to be continued to a later date to permit questioning on the content of the examination notes only. The deadline for expert depositions expired on May

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

28, 2021. Accordingly, the parties request the deadline be extended to allow for one additional hour of deposition time with Mr. Cline on a date and time mutually convenient to all parties.

IT IS SO STIPULATED.

Dated this 10th day of June, 2021.

WILSON SMITH COCHRAN DICKERSON

By: *s/Whitney L.C. Smith*
By: *s/Brian Buron*
Whitney L.C. Smith, WSBA No. 21159
Brian Buron, WSBA No. 27206
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Facsimile: (206) 623-9273
Email: smithw@wscd.com
Email: buron@wscd.com
*Attorneys for Third Party Defendant Terra Talus LLC*

Dated this 10th day of June, 2021.

CAIRNCROSS & HEMPELMANN, P.S.

By: *s/Terence J. Scanlan*
By: *s/Patricia A. Laughman*
Terence J. Scanlan, WSBA #19498
Patricia A. Laughman, WSBA # 46716
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: 206-623-6501
Facsimile: 206-447-1973
Email: tscanlan@cairncross.com
Email: plaughman@cairncross.com
*Attorneys for the City of Issaquah*

Dated this 7th day of June, 2021.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

By: *Michael C. Walter*
By: *Jeremy W. Culumber*
Michael C. Walter, WSBA #15044
Jeremy W. Culumber, WSBA #35423
801 Second Avenue, Suite 1210
Seattle, WA 98104
Telephone: 206-623-8861
Email: mwalter@kbmlawyers.com
Email: jculumber@kbmlawyers.com
*Attorneys for the City of Issaquah*

Dated this 7th day of June, 2021.

BROWN WHITE & OSBORN LLP

By: *s/Cynthia M. Cohen*
Cynthia M. Cohen, Admitted Pro Hac Vice
333 S. Hope Street, Suite 4000 Los Angeles, CA 90071
Telephone: 213.613.0500
Facsimile: 213.613.0550
E-Mail: ccohen@brownwhitelaw.com
*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

JOINT MOTION AND ORDER TO CONTINUE DEPOSITION OF KEITH CLINE PAST DISCOVERY DEADLINE (Cause No. 18-cv-00910-RSM) – 3
bp/SLE6704.050/3903477

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Dated this 10th day of June, 2021.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: s/Tyler L. Farmer
Tyler L. Farmer, WSBA #39912
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Facsimile: (206) 623-8717
Email: tylerf@harriganleyh.com
*Attorneys for ORA Talus 90, LLC and Resmark Partners, LLC*

Dated this 10th day of June, 2021.

FOSTER GARVEY PC

By: s/Jack P. Zahner
Jack P. Zahner, WSBA #24505
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206-689-8500
Email: jack.zahner@foster.com
*Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services, LLC*

Dated this 15th day of June, 2021.

STOEL RIVES LLP

By: s/Patrick Mullaney
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600 Seattle, WA 98101
Telephone: (206) 624.0900
Facsimile: (206) 386.7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services, LLC*

Dated this 8th day of June, 2021.

PREG O'DONNELL & GILLETT PLLC

By: s/John K. Butler
John K. Butler, WSBA #28528
901 5th Avenue, Suite 3400
Seattle WA 98164
Telephone: 206-287-1775
Email: jbutler@pregodonnell.com
*Attorneys for J.R. Hayes & Sons, Inc.*

Dated this 7th day of June, 2021.

WILLIAMS, KASTNER & GIBBS PLLC

By: s/Erin Varriano
Erin Varriano, WSBA # 40572
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: 206-628-6600
Email: evarriano@williamskastner.com
*Attorneys for Element Residential, Inc. Terra Talus, LLC and Joshua Freed*

Dated this 10th day of June, 2021.

CLEMENT & DROTZ, PLLC

By: s/W. Scott Clement
W. Scott Clement, WSBA #16243
100 W. Harrison Street, Suite N350
Seattle, WA 98119
Telephone: 206-448-2565
Facsimile: 206-448-2235
Email: sclement@clementdrotz.com
*Attorneys for Joshua Freed*

Dated this 8th day of June, 2021.

Dated this 10th day of June, 2021.

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

FORSBERG & UMLAUF, P.S.

By: *A. Grant Lingg*
A. Grant Lingg, WSBA #24227
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Telephone: 206-689-8500
Email: glingg@foum.law
*Attorneys for Terra Associates, Inc.*

OLES MORRISON RINKER & BAKER LLP

By: *s/Bradley L. Powell*
Bradley L. Powell, WSBA #11158
701 Pike Street, Suite 1700
Seattle, WA 98101
Telephone: 206-623-3427
Email: powell@oles.com
*Attorneys for Kulchin Foundation Drilling Company*

Dated this 7th day of June, 2021.

FLOYD PFLUEGER & RINGER, P.S.

By: *s/Douglas K. Weigel*
Douglas K. Weigel, WSBA #27192
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Telephone: 206-441-4455
Email: dweigel@floyd-ringer.com
*Attorneys for Big Mountain Enterprises*

**ORDER**

PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED. The deadline for expert witness discovery is extended to allow for one additional hour of deposition time with expert Keith Cline on a date and time mutually convenient to all parties.

DATED this 16th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT MOTION AND ORDER TO CONTINUE DEPOSITION OF KEITH CLINE PAST DISCOVERY DEADLINE (Cause No. 18-cv-00910-RSM) – 5
bp/SLE6704.050/3903477

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Presented by:

Dated this 10th day of June, 2021.

WILSON SMITH COCHRAN DICKERSON

By: *s/Whitney L.C. Smith*
By: *s/Brian Buron*
Whitney L.C. Smith, WSBA No. 21159
Brian Buron, WSBA No. 27206
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Facsimile: (206) 623-9273
Email: smithw@wscd.com
Email: buron@wscd.com
*Attorneys for Third Party Defendant Terra Talus LLC*

Dated this 10th day of June, 2021.

CAIRNCROSS & HEMPELMANN, P.S.

By: *s/Terence J. Scanlan*
By: *s/Patricia A. Laughman*
Terence J. Scanlan, WSBA #19498
Patricia A. Laughman, WSBA # 46716
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: 206-623-6501
Facsimile: 206-447-1973
Email: tscanlan@cairncross.com
Email: plaughman@cairncross.com
*Attorneys for the City of Issaquah*

Dated this 7th day of June, 2021.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

By: *Michael C. Walter*
By: *Jeremy W. Culumber*
Michael C. Walter, WSBA #15044
Jeremy W. Culumber, WSBA #35423
801 Second Avenue, Suite 1210
Seattle, WA 98104
Telephone: 206-623-8861
Email: mwalter@kbmlawyers.com
Email: jculumber@kbmlawyers.com
*Attorneys for the City of Issaquah*

Dated this 7th day of June, 2021.

BROWN WHITE & OSBORN LLP

By: *s/Cynthia M. Cohen*
Cynthia M. Cohen, Admitted Pro Hac Vice
333 S. Hope Street, Suite 4000 Los Angeles, CA 90071
Telephone: 213.613.0500
Facsimile: 213.613.0550
E-Mail: ccohen@brownwhitelaw.com
*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

JOINT MOTION AND ORDER TO CONTINUE DEPOSITION OF KEITH CLINE PAST DISCOVERY DEADLINE (Cause No. 18-cv-00910-RSM) – 6
bp/SLE6704.050/3903477

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Dated this 10th day of June, 2021.

HARRIGAN LEYH FARMER & THOMSEN LLP
By: *s/Tyler L. Farmer*
Tyler L. Farmer, WSBA #39912
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Facsimile: (206) 623-8717
Email: tylerf@harriganleyh.com
*Attorneys for ORA Talus 90, LLC and Resmark Partners, LLC*

Dated this 10th day of June, 2021.

FOSTER GARVEY PC

By: *s/Jack P. Zahner*
Jack P. Zahner, WSBA #24505
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206-689-8500
Email: jack.zahner@foster.com
*Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services, LLC*

Dated this 15th day of June, 2021.

STOEL RIVES LLP

By: *s/Patrick Mullaney*
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600 Seattle, WA 98101
Telephone: (206) 624.0900
Facsimile: (206) 386.7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services, LLC*

Dated this 8th day of June, 2021.

PREG O'DONNELL & GILLETT PLLC

By: *s/John K. Butler*
John K. Butler, WSBA #28528
901 5th Avenue, Suite 3400
Seattle WA 98164
Telephone: 206-287-1775
Email: jbutler@pregodonnell.com
*Attorneys for J.R. Hayes & Sons, Inc.*

Dated this 7th day of June, 2021.

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/Erin Varriano*
Erin Varriano, WSBA # 40572
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: 206-628-6600
Email: evarriano@williamskastner.com
*Attorneys for Element Residential, Inc. Terra Talus, LLC and Joshua Freed*

Dated this 10th day of June, 2021.

CLEMENT & DROTZ, PLLC

By: *s/W. Scott Clement*
W. Scott Clement, WSBA #16243
100 W. Harrison Street, Suite N350
Seattle, WA 98119
Telephone: 206-448-2565
Facsimile: 206-448-2235
Email: sclement@clementdrotz.com
*Attorneys for Joshua Freed*

Dated this 8th day of June, 2021.

Dated this 10th day of June, 2021.

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

FORSBERG & UMLAUF, P.S.

By: *A. Grant Lingg*
A. Grant Lingg, WSBA #24227
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Telephone: 206-689-8500
Email: glingg@foum.law
*Attorneys for Terra Associates, Inc.*

OLES MORRISON RINKER & BAKER LLP

By: *s/Bradley L. Powell*
Bradley L. Powell, WSBA #11158
701 Pike Street, Suite 1700
Seattle, WA 98101
Telephone: 206-623-3427
Email: powell@oles.com
*Attorneys for Kulchin Foundation Drilling Company*

Dated this 7th day of June, 2021.

FLOYD PFLUEGER & RINGER, P.S.

By: *s/Douglas K. Weigel*
Douglas K. Weigel, WSBA #27192
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Telephone: 206-441-4455
Email: dweigel@floyd-ringer.com
*Attorneys for Big Mountain Enterprises*

JOINT MOTION AND ORDER TO CONTINUE DEPOSITION OF KEITH CLINE PAST DISCOVERY DEADLINE (Cause No. 18-cv-00910-RSM) – 8
bp/SLE6704.050/3903477

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Terence J. Scanlan
Patricia A. Laughman
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
( ) Via U.S. Mail
( ) Via Facsimile: 206-587-2308
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorney for Plaintiff**
Michael Charles Walter
Jeremy W. Culumber
Keating Bucklin McCormack, Inc., P.S.
801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
( ) Via U.S. Mail
( ) Via Facsimile: 206-223-9423
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorneys for Defendants/Third Party Plaintiffs ORA Talus 90, LLC and Resmark Equity Partners, LLC**
Arthur W. Harrigan, Jr.
Tyler L. Farmer
HARRIGAN LEYH FARMER & THOMSEN
999 Third Avenue, Suite 4400
Seattle, WA 98104
( ) Via U.S. Mail
( ) Via Facsimile: 206-623-8717
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorneys for Defendants/Third Party Plaintiffs ORA Talus 90, LLC and Resmark Equity Partners, LLC**
Cynthia M. Cohen
BROWN WHITE & OSBORN LLP
333 S. Hope Street, Suite 4000
Los Angeles, CA 90071
( ) Via U.S. Mail
( ) Via Facsimile: 213.613.0550
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorney for Third Party Defendant Kulchin Foundation Drilling Company**
Bradley L. Powell
Ryan M. Gilchrist
Oles Morrison Rinker & Baker
701 Pike Street, Suite #1700
Seattle, WA 98101-3930
( ) Via U.S. Mail
( ) Via Facsimile: 206-682-6234
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorney for Third Party Defendants/Third Party Plaintiffs J.R. Hayes & Sons, Inc. and Talus Management Services and Talus 7 & 8 LLC**
John P. Zahner
FOSTER GARVEY P.C.
1111 Third Avenue, Suite 3400
Seattle, Wa 98101-3299
( ) Via U.S. Mail
( ) Via Facsimile: 206-447-9700
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**Attorney for Third Party Defendant/Fourth Party Plaintiff J.R. Hayes & Sons, Inc.**
Stephanie B. Ballard
John K. Butler
Preg O'Donnell & Gillett, PLLC
901 Fifth Avenue, Suite 3400
Seattle, WA 98164
( ) Via U.S. Mail
( ) Via Facsimile: 206-287-9113
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorney for Third Party Defendant Joshua Freed**
W. Scott Clement
Travis B. Colburn
Clement & Drotz PLLC
100 West Harrison Street, Suite N350
Seattle, WA 98119-4116
( ) Via U.S. Mail
( ) Via Facsimile: 206-448-2235
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorney for Third Party Defendant Terra Associates Inc.**
Peter Nierman
A. Grant Lingg
Forsberg & Umlauf PS
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-2050
( ) Via U.S. Mail
( ) Via Facsimile: 206-689-8501
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorney for Third Party Defendant Big Mountain Enterprises, LLC**
Amanda D. Daylong
Douglas Weigel
Floyd, Pflueger & Ringer, P.S.
200 West Thomas Street, Suite 500
Seattle, WA 98119
( ) Via U.S. Mail
( ) Via Facsimile: 206-441-8484
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**Attorney for Third Party Defendants Terra Talus LLC, Element Residential, Inc. and Joshua Freed**
Erin Varriano
Christine J. Lee
WILLIAMS KASTNER & GIBBS
601 Union Street, Suite 4100
Seattle, WA 98101
( ) Via U.S. Mail
( ) Via Facsimile: 206-628-6611
( ) Via Hand Delivery
(X) Via CM/ECF
( ) Via Email

**SIGNED** this 15th day of June, 2021, at Seattle, Washington.

*s/Becky Phares*
Becky Phares

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273