THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>        Third-Party Defendant,<br>    v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited lability company,<br><br>        Defendant. | No. 18-cv-000910 RSM<br><br>STIPULATION AND ORDER RE-NOTING JR HAYES & ASSOC., INC.'s MOTION FOR SUMMARY JUDGMENT AGAINST ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC AND TERRA TALUS, LLC |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>        Third-Party Plaintiffs,<br>    v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; TERRA ASSOCIATES, INC., a Washington corporation; J.R. HAYES & SONS, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company,<br><br>        Third-Party Defendants. | |

STIPULATION AND ORDER- 1

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

# I. STIPULATION

1. JR Hayes, Inc. timely filed a motion for summary judgment ("JR Hayes SJM") against ORA Talus 90, LLC, Resmark Equity Partners, LLC (hereinafter collectively ORA Talus) and Terra Talus LLC.

2. The JR Hayes SJM is noted for June 25, 2021.

3. The parties stipulate and agree to request leave of the Court to renote the JR Hayes SJM one week later, Friday, July 2, 2021, and to move the parties' briefing dates to conform to the new noting date.

4. The reasons for the request are that ORA Talus's local counsel has had to travel out of town due to a death in the family, and ORA Talus and JR Hayes are pursing discussions regarding the potential resolution of the summary judgment motion and/or the claims between them.

5. A summary judgment motion brought by another party in the case is already noted for July 2, 2021, and the one-week extension will not affect other dates in the Court's pre-trial order.

HARRIGAN LEYH FARMER & THOMSEN, LLP

By: /s/ Tyler Farmer by PJM with permission
Arthur W. Harrigan, Jr., Esq. WSBA #1751
Tyler L. Farmer, Esq. WSBA #39912
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: 206-623-1700
Facsimile: (206) 623-8717
Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com
*Attorneys for Defendants/ Counterclaimants ORA Talus 90, LLC and Resmark Equity Partners, LLC*

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO RENOTE SUMMARY JUDGMENT HEARING DATE - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

111338703.1 0069653-00002

| | |
|---|---|
| 1 | BROWN WHITE & OSBORN LLP |
| 2 | |
| 3 | By: /s/ Cynthia M. Cohen by PJM with permission |
| | Cynthia M. Cohen, Admitted Pro Hac Vice |
| 4 | 333 S. Hope Street, Suite 4000 |
| 5 | Los Angeles, CA 90071 |
| | Telephone: 213-613-0500 |
| 6 | Facsimile: 213-613-0550 |
| | E-Mail: ccohen@brownwhitelaw.com |
| 7 | *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |
| 8 | |
| 9 | WILSON SMITH COCHRAN DICKERSON |
| 10 | By: /s/ Whitney L.C. Smith by PJM with permission |
| | Whitney L.C. Smith, WSBA #21159 |
| 11 | Brian Buron, WSBA #27206 |
| | 901 5th Ave., Suite 1700 |
| 12 | Seattle, WA 98164-2050 |
| | Telephone: 206-623-4100 |
| 13 | Facsimile: 206-623-9273 |
| | Email: smithw@wscd.com |
| 14 | Email: buron@wscd.com |
| 15 | *Attorneys for Terra Talus, LLC* |
| 16 | FOSTER GARVEY PC |
| 17 | By: /s/ Jack P. Zahner by PJM with permission |
| 18 | Jack P. Zahner, WSBA #24505 |
| | 1111 Third Avenue, Suite 3000 |
| 19 | Seattle, WA 98101 |
| | Telephone: 206-689-8500 |
| 20 | Email: jack.zahner@foster.com |
| | *Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC,* |
| 21 | *and Talus Management Services LLC* |
| 22 | PREG O'DONNELL & GILLETT PLLC |
| 23 | By: /s/ John K. Butler by PJM with permission |
| | John K. Butler, WSBA #28528 |
| 24 | Stephanie Ballard, WSBA #49268 |
| | 901 5th Avenue, Suite 3400 |
| 25 | Seattle WA 98164 |
| | Telephone: 206-287-1775 |
| 26 | Email: jbutler@pregodonnell.com |

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO RENOTE SUMMARY JUDGMENT HEARING DATE - 3

Email: sballard@pregodonnell.com
*Attorneys for Third-party Defendant / Fourth-Party Plaintiff J.R. Hayes & Sons, Inc.*

STOEL RIVES LLP

By: */s/ Patrick J. Mullaney*
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206-624-0900
Facsimile: 206-386-7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc,*
*Talus 7 & 8, LLC, and Talus Management Services LLC*

## ORDER

Based on the above stipulation of the parties, the Court grants the stipulated request to re-note the JR Hayes summary judgment motion to July 2, 2021 and to adjust the parties' briefing schedule according.

DATED this 21st day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Patrick J. Mullaney*

Patrick J. Mullaney, WSBA No. 21982
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
patrick.mullaney@stoel.com

STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST TO RENOTE SUMMARY JUDGMENT HEARING DATE - 4

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

111338703.1 0069653-00002