The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>                 Plaintiff,<br><br>   v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>                 Defendants. | No. 2:18-cv-00910-RSM<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF KULCHIN FOUNDATION DRILLING COMPANY**<br><br>**NOTE ON MOTION CALENDAR: June 23, 2021** |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>               Third-Party Plaintiffs,<br><br>   v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA | |

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE OF KULCHIN
FOUNDATION DRILLING COMPANY- 1
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

| | |
|---|---|
| FREED, an individual; J.R. HAYES & SONS, INC., A Washington corporation; and TERRA ASSOCIATES, INC., a Washington corporation, | |
| Third-Party Defendants. | |
| TALUS 7 & 8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation, | |
| Fourth-Party Plaintiffs, | |
| v. | |
| KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation; and BIG MOUNTAIN ENTERPRISE, LLC, a Washington limited liability company, | |
| Fourth-Party Defendants. | |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | |

The Parties hereby stipulate that due to the absence of evidence and/or expert opinion that Kulchin Foundation Drilling Company contributed in any way to, or could be at fault for, the earth movement on Talus Parcel 9 occurring the fall of 2015, Kulchin should be dismissed from this case with prejudice and without costs to any Party.

///

///

///

///

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF KULCHIN FOUNDATION DRILLING COMPANY- 2
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 23rd day of June, 2021

| OLES MORRISON RINKER & BAKER LLP | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| By: */s/ Ryan M. Gilchrist* <br> Bradley L. Powell, WSBA 11158 <br> Ryan M. Gilchrist, WSBA 50629 <br> 701 Pike Street, Suite 1700 <br> Seattle, WA 98101-3930 <br> Telephone: 206-623-3427 <br> Facsimile:: 206-682-6234 <br> Email: powell@oles.com; <br> Email: gilchrist@oles.com <br> *Attorneys for Third-Party Defendant Kulchin* | By: */s/ Erin J. Varriano via e-mail authorization* <br> Dean G. Von Kallenbach, Esq. WSBA #12870 <br> Theresa Rava, Esq. WSBA #53159 <br> Erin J. Varriano, Esq. WSBA #40572 <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101-2380 <br> Telephone: 206-628-6600 <br> Facsimile: 206-628-6611 <br> E-mail: DVonKallenbach@williamskastner.com <br> evarriano@williamskastner.com <br> *Attorneys for Third-party Defendants Element Residential, Inc., Terra Talus, LLC, and Joshua Freed* |
| CAIRNCROSS & HEMPELMANN, P.S. | PREG O'DONNELL & GILLETT PLLC |
| By: */s/ Terence J. Scanlan via e-mail authorization* <br> Terence J. Scanlan, Esq. WSBA #18487 <br> Patricia A. Laughman, Esq. WSBA #46716 <br> 524 Second Avenue, Suite 500 <br> Seattle, WA 98104-2323 <br> Telephone: 206-623-6501 <br> Facsimile: 206-447-1973 <br> Email: tscanlan@cairncross.com <br> Email: plaughman@cairncross.com <br> *Attorneys for Plaintiff/Counter-Defendant City of Issaquah* | By: */s/ John K. Butler via e-mail authorization* <br> John K. Butler, WSBA #28528 <br> Stephanie Ballard, WSBA #49268 <br> 901 5th Avenue, Suite 3400 <br> Seattle WA 98164 <br> Telephone: 206-287-1775 <br> Email: jbutler@pregodonnell.com <br> Email: sballard@pregodonnell.com <br> *Attorneys for Third-party Defendant / Fourth-Party Plaintiff J.R. Hayes & Sons, Inc.:* |
| HARRIGAN LEYH FARMER & THOMSEN, LLP | FLOYD PFLUEGER & RINGER, P.S. |
| By: */s/ Tyler L. Farmer via e-mail authorization* <br> Arthur W. Harrigan, Jr., Esq. WSBA #1751 <br> Tyler L. Farmer, Esq. WSBA #39912 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Telephone: 206-623-1700 <br> Facsimile: (206) 623-8717 <br> Email: arthurh@harriganleyh.com <br> Email: tylerf@harriganleyh.com <br> *Attorneys for Defendants/ Counterclaimants ORA Talus 90, LLC and Resmark Equity Partners, LLC* | By: */s/ Douglas K. Weigel via e-mail authorization* <br> Douglas K. Weigel, WSBA #27192 <br> Amanda D. Daylong, WSBA #48013 <br> 200 W. Thomas Street, Suite 500 <br> Seattle, WA 98119 <br> Telephone: 206-441-4455 <br> Email: dweigel@floyd-ringer.com <br> Email: adaylong@floyd-ringer.com <br> *Attorneys for Big Mountain Enterprises* |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF KULCHIN FOUNDATION DRILLING COMPANY- 3
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

| | |
|---|---|
| BROWN WHITE & OSBORN LLP | WILSON SMITH COCHRAN DICKERSON |
| By: */s/ Cynthia M. Cohen via e-mail authorization*<br>Cynthia M. Cohen, Admitted Pro Hac Vice<br>333 S. Hope Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213-613-0500<br>Facsimile: 213-613-0550<br>E-Mail: ccohen@brownwhitelaw.com<br>*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* | By: */s/ Whitney L.C. Smith via e-mail authorization*<br>Whitney L.C. Smith, WSBA #21159<br>Brian Buron, WSBA #27206<br>901 5th Ave., Suite 1700<br>Seattle, WA 98164-2050<br>Telephone: 206-623-4100<br>Facsimile: 206-623-9273<br>Email: smithw@wscd.com<br>Email: buron@wscd.com<br>*Attorneys for Terra Talus, LLC* |
| FOSTER GARVEY PC | CLEMENT & DROTZ, PLLC |
| By: */s/ Jack P. Zahner via e-mail authorization*<br>Jack P. Zahner, WSBA #24505<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone: 206-447-2886<br>Email: jack.zahner@foster.com<br>*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* | By: */s/ W. Scott Clement via e-mail authorization*<br>W. Scott Clement, Esq. WSBA #16243<br>Rachel Staines, Esq. WSBA #55252<br>100 W. Harrison Street, Suite N350<br>Seattle, WA 98119<br>Telephone: 206-448-2565<br>Facsimile: 206-448-2235<br>Email: sclement@clementdrotz.com<br>Email: rstaines@clementdrotz.com<br>*Attorneys for Third-party Defendants Element Residential, Inc., Terra Talus, LLC, and Joshua Freed* |
| FORSBERG & UMLAUF, P.S. | KEATING, BUCKLIN & McCORMACK, INC., P.S. |
| By: */s/ A. Grant Lingg via e-mail authorization*<br>A. Grant Lingg, WSBA #24227<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>Telephone: 206-689-8500<br>Facsimile: 206-689-8501<br>Email: glingg@foum.law<br>*Attorneys for Third-party Defendant Terra Associates, Inc.* | By: */s/ Michael C. Walter via e-mail authorization*<br>Michael C. Walter, WSBA #15044<br>Jeremy W. Culumber, WSBA #35423<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>Telephone: 206-623-8861<br>Email: mwalter@kbmlawyers.com<br>Email: jculumber@kbmlawyers.com<br>*Attorneys for the City of Issaquah* |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF KULCHIN FOUNDATION DRILLING COMPANY- 4
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

STOEL RIVES LLP

By: */s/ Patrick Mullaney via e-mail authorization*
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206-624-0900
Facsimile: 206-386-7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc,
Talus 7 & 8, LLC, and Talus Management
Services LLC*

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE OF KULCHIN
FOUNDATION DRILLING COMPANY- 5
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

# ORDER

Based on the foregoing stipulation of the Parties, IT IS ORDERED:

All causes of action against Kulchin Foundation Drilling Company are dismissed with prejudice and without costs to any party.

DATED this 24th day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE OF KULCHIN
FOUNDATION DRILLING COMPANY- 6
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Presented by:

| | |
|---|---|
| OLES MORRISON RINKER & BAKER LLP | WILLIAMS, KASTNER & GIBBS PLLC |
| By: */s/ Ryan M. Gilchrist* <br> Bradley L. Powell, WSBA 11158 <br> Ryan M. Gilchrist, WSBA 50629 <br> 701 Pike Street, Suite 1700 <br> Seattle, WA 98101-3930 <br> Telephone: 206- 623-3427 <br> Facsimile:  206-682-6234 <br> Email:  powell@oles.com <br> Email:  gilchrist@oles.com <br> *Attorneys for Third-Party Defendant Kulchin* | By: */s/ Erin J. Varriano via e-mail authorization* <br> Dean G. Von Kallenbach, Esq. WSBA #12870 <br> Erin J. Varriano, Esq. WSBA #40572 <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101-2380 <br> Telephone: 206-628-6600 <br> Facsimile: 206-628-6611 <br> E-mail: DVonKallenbach@williamskastner.com <br>         evarriano@williamskastner.com <br> *Attorneys for Third-party Defendants Element Residential, Inc., Terra Talus, LLC, and Joshua Freed* |
| CAIRNCROSS & HEMPELMANN, P.S. <br><br> By: */s/ Terence J. Scanlan via e-mail authorization* <br> Terence J. Scanlan, Esq. WSBA #18487 <br> Patricia A. Laughman, Esq. WSBA #46716 <br> 524 Second Avenue, Suite 500 <br> Seattle, WA 98104-2323 <br> Telephone: 206-623-6501 <br> Facsimile: 206-447-1973 <br> Email: tscanlan@cairncross.com <br> Email: plaughman@cairncross.com <br> *Attorneys for Plaintiff/Counter-Defendant City of Issaquah* | PREG O'DONNELL & GILLETT PLLC <br><br> By: */s/ John K. Butler via e-mail authorization* <br> John K. Butler, WSBA #28528 <br> Stephanie Ballard, WSBA #49268 <br> 901 5th Avenue, Suite 3400 <br> Seattle WA 98164 <br> Telephone: 206-287-1775 <br> Email: jbutler@pregodonnell.com <br> Email: sballard@pregodonnell.com <br> *Attorneys for Third-party Defendant / Fourth-Party Plaintiff J.R. Hayes & Sons, Inc.* |
| HARRIGAN LEYH FARMER & THOMSEN, LLP <br><br> By: */s/ Tyler L. Farmer via e-mail authorization* <br> Arthur W. Harrigan, Jr., Esq. WSBA #1751 <br> Tyler L. Farmer, Esq. WSBA #39912 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Telephone: 206-623-1700 <br> Facsimile: (206) 623-8717 <br> Email: arthurh@harriganleyh.com <br> Email: tylerf@harriganleyh.com <br> *Attorneys for Defendants/ Counterclaimants ORA Talus 90, LLC and Resmark Equity Partners, LLC:* | FLOYD PFLUEGER & RINGER, P.S. <br><br> By: */s/ Douglas K. Weigel via e-mail authorization* <br> Douglas K. Weigel, WSBA #27192 <br> Amanda D. Daylong, WSBA #48013 <br> 200 W. Thomas Street, Suite 500 <br> Seattle, WA 98119 <br> Telephone: 206-441-4455 <br> Email: dweigel@floyd-ringer.com <br> Email: adaylong@floyd-ringer.com <br> *Attorneys for Big Mountain Enterprises* |
| BROWN WHITE & OSBORN LLP <br><br> By: */s/ Cynthia M. Cohen via e-mail authorization* | WILSON SMITH COCHRAN DICKERSON <br><br> By: */s/ Whitney L.C. Smith via e-mail authorization* |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF KULCHIN FOUNDATION DRILLING COMPANY- 7
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA  98101-3930
PHONE:  (206) 623-3427
FAX:  (206) 682-6234

| | |
|---|---|
| Cynthia M. Cohen, Admitted Pro Hac Vice<br>333 S. Hope Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213-613-0500<br>Facsimile: 213-613-0550<br>E-Mail: ccohen@brownwhitelaw.com<br>*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* | Whitney L.C. Smith, WSBA #21159<br>Brian Buron, WSBA #27206<br>901 5th Ave., Suite 1700<br>Seattle, WA 98164-2050<br>Telephone: 206-623-4100<br>Facsimile: 206-623-9273<br>Email: smithw@wscd.com<br>Email: buron@wscd.com<br>*Attorneys for Terra Talus, LLC* |

FOSTER GARVEY PC

By: */s/ Jack P. Zahner via e-mail authorization*
Jack P. Zahner, WSBA #24505
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206-447-2886
Email: jack.zahner@foster.com
*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

CLEMENT & DROTZ, PLLC

By: */s/ W. Scott Clement via e-mail authorization*
W. Scott Clement, Esq. WSBA #16243
Rachel Staines, Esq. WSBA #55252
100 W. Harrison Street, Suite N350
Seattle, WA 98119
Telephone: 206-448-2565
Facsimile: 206-448-2235
Email: sclement@clementdrotz.com
Email: rstaines@clementdrotz.com
*Attorneys for Third-party Defendants Element Residential, Inc., Terra Talus, LLC, and Joshua Freed*

FORSBERG & UMLAUF, P.S.

By: */s/ A. Grant Lingg via e-mail authorization*
A. Grant Lingg, WSBA #24227
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Telephone: 206-689-8500
Facsimile: 206-689-8501
Email: glingg@foum.law
*Attorneys for Third-party Defendant Terra Associates, Inc.*

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Michael C. Walter via e-mail authorization*
Michael C. Walter, WSBA #15044
Jeremy W. Culumber, WSBA #35423
801 Second Avenue, Suite 1210
Seattle, WA 98104
Telephone: 206-623-8861
Email: mwalter@kbmlawyers.com
Email: jculumber@kbmlawyers.com
*Attorneys for the City of Issaquah*

STOEL RIVES LLP

By: */s/ Patrick Mullaney via e-mail authorization*
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600
Seattle, WA 98101

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF KULCHIN FOUNDATION DRILLING COMPANY- 8
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Telephone: 206-624-0900
Facsimile: 206-386-7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc,
Talus 7 & 8, LLC, and Talus Management
Services LLC*

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE OF KULCHIN
FOUNDATION DRILLING COMPANY- 9
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

## DECLARATION OF SERVICE

I, Catherine A. Trimbour, hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

DATED at Seattle, Washington, this 23rd day of June, 2021.

/s/ *Catherine A. Trimbour*
Catherine A. Trimbour, Legal Assistant

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF KULCHIN FOUNDATION DRILLING COMPANY- 10
USDC No. 18-cv-00910 RSM

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234