UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>    Third-Party Defendant,<br> v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited lability company,<br><br>    Defendant. | No. 18-cv-000910 RSM<br><br>STIPULATION AND ORDER RE-NOTING TALUS MANAGEMENT SERVICE'S MOTION FOR SUMMARY JUDGMENT AGAINST ORA TALUS 90 LLC AND RESMARK EQUITY PARTNERS, LLC |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br> v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; TERRA ASSOCIATES, INC., a Washington corporation; J.R. HAYES & SONS, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company,<br><br>    Third-Party Defendants. | |

STIPULATION AND ORDER GRANTING REQUEST TO RENOTE SUMMARY JUDGMENT HEARING DATE - 1

# I. STIPULATION

1. Talus Management Services, LLC ("TMS") timely filed a motion for summary judgment ("TMS SJM") against ORA Talus 90, LLC and Resmark Equity Partners, LLC (hereinafter collectively "ORA Talus").

2. The TMS SJM is noted for June 25, 2021.

3. The parties stipulate and agree to request leave of the Court to re-note the TMS SJM one week later, to Friday, July 2, 2021, and to move the parties' briefing dates to conform to the new noting date.

4. The reason for the request is that the parties have reached a tentative settlement of their claims against each other and are awaiting approval of the proposed settlement by a third-party. The parties believe that the approval will be obtained before the proposed re-note date.

5. A summary judgment motion brought by another party in the case is already noted for July 2, 2021, and the one-week extension will not affect other dates in the Court's pre-trial order.

HARRIGAN LEYH FARMER & THOMSEN, LLP

By: /s/ *Tyler Farmer by PJM with permission*
Arthur W. Harrigan, Jr., Esq. WSBA #1751
Tyler L. Farmer, Esq. WSBA #39912
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: 206-623-1700
Facsimile: (206) 623-8717
Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com
*Attorneys for Defendants/ Counterclaimants ORA Talus 90, LLC and Resmark Equity Partners, LLC*

STIPULATION AND ORDER GRANTING REQUEST TO RENOTE SUMMARY JUDGMENT HEARING DATE - 2

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

111377908.1 0069653-00002

BROWN WHITE & OSBORN LLP

By: /s/ Cynthia M. Cohen by PJM with permission
Cynthia M. Cohen, Admitted Pro Hac Vice
333 S. Hope Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213-613-0500
Facsimile: 213-613-0550
E-Mail: ccohen@brownwhitelaw.com
*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

FOSTER GARVEY PC

By: /s/ Jack P. Zahner by PJM with permission
Jack P. Zahner, WSBA #24505
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206-447-2886
Email: jack.zahner@foster.com
*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

PREG O'DONNELL & GILLETT PLLC

By: /s/ John K. Butler by PJM with permission
John K. Butler, WSBA #28528
Stephanie Ballard, WSBA #49268
901 5th Avenue, Suite 3400
Seattle WA 98164
Telephone: 206-287-1775
Email: jbutler@pregodonnell.com
Email: sballard@pregodonnell.com
*Attorneys for Third-party Defendant / Fourth-Party Plaintiff J.R. Hayes & Sons, Inc.*

STOEL RIVES LLP

By: /s/ Patrick J. Mullaney
Patrick Mullaney, WSBA #21982
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206-624-0900
Facsimile: 206-386-7500
Email: Patrick.mullaney@stoel.com
*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

STIPULATION AND ORDER GRANTING REQUEST TO RENOTE SUMMARY JUDGMENT HEARING DATE - 3

# ORDER

Based on the above stipulation of the parties, the Court grants the stipulated request to re-note the TMS summary judgment motion to July 2, 2021 and to adjust the parties' briefing schedule accordingly.

DATED this 25th day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Patrick J. Mullaney*

Patrick J. Mullaney, WSBA No. 21982
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
patrick.mullaney@stoel.com

STIPULATION AND ORDER GRANTING REQUEST TO RENOTE SUMMARY JUDGMENT HEARING DATE - 4

111377908.1 0069653-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*