HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, et al.<br><br>　　　　　Defendants. | Case No.: 18-cv-00910 RSM<br><br>STIPULATION AND ORDER TO WITHDRAW CERTAIN CLAIMS FOR RELIEF ALLEGED AS COUNTERCLAIMS AGAINST THE CITY OF ISSAQUAH<br><br>**NOTED ON MOTION CALENDAR:**<br>**June 24, 2021** |

## I.　　STIPULATION

1.　　ORA Talus 90, LLC and Resmark Equity Partners, LLC have agreed that they will withdraw their second, third, fourth, fifth and sixth counterclaims alleged against the City of Issaquah without prejudice to prosecution of their first counterclaim which encompasses all of their claims for relief and damages sought against the City of Issaquah.

2.　　The City of Issaquah agrees to the withdrawal of the second, third, fourth, fifth, and sixth counterclaims on these terms.

3.　　Based on the foregoing, the City of Issaquah withdraws as moot its pending Motion for Summary Judgment against ORA Talus, 90, LLC and Resmark Equity Partners, LLC.

STIPULATION AND ORDER TO WITHDRAW CERTAIN CLAIMS
FOR RELIEF ALLEGED AS COUNTERCLAIMS AGAINST THE
CITY OF ISSAQUAH- 1
(Case No. 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700　FAX (206) 623-8717

DATED this 24th day of June, 2021.

| | |
|---|---|
| CAIRNCROSS & HEMPELMANN, P.S.<br><br>By: *s/Terence J. Scanlan*<br>By: *s/Patricia A. Laughman*<br>   Terence J. Scanlan, WSBA #19498<br>   Patricia A. Laughman, WSBA # 46716<br>   524 Second Avenue, Suite 500<br>   Seattle, WA 98104-2323<br>   Telephone: 206-623-6501<br>   Facsimile: 206-447-1973<br>   Email: tscanlan@cairncross.com<br>   Email: plaughman@cairncross.com<br><br>KEATING, BUCKLIN & MCCORMACH, INC., P.S.<br><br>By: *s/Michael C. Walter*<br>   Michael C. Walter, WSBA #15044<br>   801 Second Avenue, Suite 1210<br>   Seattle, WA 98104<br>   Telephone: 206-623-8861<br>   Email: mwalter@kbmlawyers.com<br><br>*Attorneys for the City of Issaquah* | HARRIGAN LEYH FARMER & THOMSEN LLP<br><br>By: *s/Arthur W. Harrigan, Jr.*<br>By: *s/Tyler L. Farmer*<br>   Arthur W. Harrigan, Jr. WSBA #1751<br>   Tyler L. Farmer, WSBA #39912<br>   999 Third Avenue, Suite 4400<br>   Seattle, WA 98104<br>   Phone: (206) 623-1700<br>   Fax: (206) 623-8717<br>   Email: arthurh@harriganleyh.com<br>   Email: tylerf@harriganleyh.com<br><br>BROWN WHITE & OSBORN LLP<br><br>By: *s/Cynthia M. Cohen*<br>   Cynthia M. Cohen, Admitted Pro Hac Vice<br>   333 S. Hope Street, Suite 4000<br>   Los Angeles, CA 90071<br>   Telephone: (213) 613-0500<br>   Fax: (213) 613-0550<br>   Email: ccohen@brownwhitelaw.com<br><br>*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |

STIPULATION AND ORDER TO WITHDRAW CERTAIN CLAIMS FOR RELIEF ALLEGED AS COUNTERCLAIMS AGAINST THE CITY OF ISSAQUAH- 2
(Case No. 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the above stipulation of the parties, the Court grants the stipulated request that (1) |
| 3 | the second, third, fourth, fifth, and sixth counterclaims alleged by ORA Talus 90, LLC and Resmark |
| 4 | Equity Partners, LLC against the City of Issaquah be withdrawn without prejudice to prosecution |
| 5 | the first counterclaim alleged by ORA Talus 90, LLC and Resmark Equity Partners, LLC and (2) |
| 6 | the City of Issaquah's Motion for Summary Judgment against ORA Talus 90, LLC and Resmark |
| 7 | Equity Partners, LLC be withdrawn as moot. |
| 9 | DATED this 25th day of June, 2021. |

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Arthur W. Harrigan, Jr.*
By: *s/Tyler L. Farmer*
  Arthur W. Harrigan, Jr. WSBA #1751
  Tyler L. Farmer, WSBA #39912
  999 Third Avenue, Suite 4400
  Seattle, WA  98104
  Phone: (206) 623-1700
  Fax: (206) 623-8717
  Email:  arthurh@harriganleyh.com
  Email:  tylerf@harriganleyh.com

STIPULATION AND ORDER TO WITHDRAW CERTAIN CLAIMS
FOR RELIEF ALLEGED AS COUNTERCLAIMS AGAINST THE
CITY OF ISSAQUAH- 3
(Case No. 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| 1 | BROWN WHITE & OSBORN LLP |
| 2 | By: *s/Cynthia M. Cohen* |
| | Cynthia M. Cohen, Admitted Pro Hac Vice |
| 3 | 333 S. Hope Street, Suite 4000 |
| | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 613-0500 |
| 5 | Fax: (213) 613-0550 |
| | Email: ccohen@brownwhitelaw.com |

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

CAIRNCROSS & HEMPELMANN, P.S.

By: *s/Terence J. Scanlan*
By: *s/Patricia A. Laughman*
    Terence J. Scanlan, WSBA #19498
    Patricia A. Laughman, WSBA # 46716
    524 Second Avenue, Suite 500
    Seattle, WA 98104-2323
    Telephone: 206-623-6501
    Facsimile: 206-447-1973
    Email: tscanlan@cairncross.com
    Email: plaughman@cairncross.com

KEATING, BUCKLIN & MCCORMACH, INC., P.S.

By: *s/Michael C. Walter*
    Michael C. Walter, WSBA #15044
    801 Second Avenue, Suite 1210
    Seattle, WA 98104
    Telephone: 206-623-8861
    Email: mwalter@kbmlawyers.com

*Attorneys for the City of Issaquah*

STIPULATION AND ORDER TO WITHDRAW CERTAIN CLAIMS FOR RELIEF ALLEGED AS COUNTERCLAIMS AGAINST THE CITY OF ISSAQUAH- 4
(Case No. 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717