| | |
|---|---|
| | HONORABLE RICARDO S. MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, et al.<br><br>　　　　　　　Defendants.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>　　　　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>TERRA TALUS LLC,  a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; TERRA ASSOCIATES, INC., a Washington corporation; J.R. HAYES & SONS, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company,<br><br>Third-Party Defendants. | Case No.: 18-cv-00910 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BY ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC, TALUS 7 & 8 INVESTMENT, LLC AND TALUS MANAGEMENT SERVICES, LLC<br><br>**NOTED ON MOTION CALENDAR:**<br>**June 28, 2021** |

STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BY ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC, TALUS 7 & 8 INVESTMENT, LLC AND TALUS MANAGEMENT SERVICES, LLC- 1
(Case No. 18-cv-00910 RSM)
LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

## I. STIPULATION

1. In its *First Amended Third Party Complaint* (Docket #34 ("First Am. Comp."), ORA Talus 90, LLC and Resmark Equity Partners, LLC and their subrogated insurers (hereinafter collectively "ORA Talus") brought claims against Talus Management Services, LLC("TMS") and Talus 7&8 Investment, LLC ("Talus 7/8") arising out of a landslide that occurred on ORA Talus' property. Specifically, these claims were set forth in ORA Talus's First Am. Comp. Third Claim for Relief for Common Law Indemnity and Fourth Claim of Relief for Negligent Damage to Real Property;

2. In its *Third-Party Defendants Answer, Affirmative Defenses, Cross-Claims, and Counter-claims, to the Third-Party Plaintiffs' First Amended Complaint* ("Third-Party Defendants Response")(Docket #39)), TMS and Talus 7/8 brought claims against ORA Talus. Specifically, these claims were set forth in the Third Party Defendants Response First Counterclaim of JR Hayes and Talus 7/8 Against ORA Talus for Public and Private Nuisance; First Counterclaim of Talus 7/8 for Public and Private Nuisance; First Counterclaim of JR Hayes and Talus 7/8 for Common Law Indemnity; First Counterclaim of Talus 7/8 for Public and Private Nuisance; Second Counterclaim of JR Hayes and Talus 7/8 for Negligence; Sixth Crossclaim of Talus 7/8 for Breach of Contract; and Third Counterclaim of JR Hayes and Talus 7/8 for Declaratory Judgment;

3. The parties hereto have agreed to resolve these claims as against each other without prejudice or other effect on their respective claims against other parties that are contained in the same claims for relief and with each party bearing its own fees and costs;

4. TMS has a pending summary judgment motion against ORA Talus. JR Hayes and Talus 7/8 also have a pending summary judgment motion that includes requests for relief against ORA Talus. The TMS summary judgment motion is withdrawn as moot. The JR Hayes/Talus 7/8 summary judgment is partially withdrawn as moot only as it relates to the claims of ORA Talus against Talus 7/8.

STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BY ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC, TALUS 7 & 8 INVESTMENT, LLC AND TALUS MANAGEMENT SERVICES, LLC- 2
(Case No. 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

5. Based on the foregoing, the parties respectfully request that the Court enter an order of dismissal with prejudice, the effect of which will be the dismissal of all of ORA Talus's claims for relief only against TMS and Talus 7/8 and the dismissal of all of TMS's and Talus 7/8's claims for relief only against ORA Talus.

DATED this 28th day of June, 2021.

| | |
|---|---|
| FOSTER GARVEY PC | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: */s/ Jack P. Zahner* <br>     Jack P. Zahner, WSBA #24505 <br>     1111 Third Avenue, Suite 3000 <br>     Seattle, WA 98101 <br>     Telephone: 206-447-2886 <br>     Email: jack.zahner@foster.com | By: *s/Arthur W. Harrigan, Jr.* <br> By: *s/Tyler L. Farmer* <br>     Arthur W. Harrigan, Jr. WSBA #1751 <br>     Tyler L. Farmer, WSBA #39912 <br>     999 Third Avenue, Suite 4400 <br>     Seattle, WA 98104 <br>     Phone: (206) 623-1700 <br>     Fax: (206) 623-8717 <br>     Email: arthurh@harriganleyh.com <br>     Email: tylerf@harriganleyh.com |
| *Attorney for J.R. Hayes & Sons, Inc, Talus 7&8 Investment, LLC, and Talus Management Services LLC* | |
| PREG O'DONNELL & GILLETT PLLC | BROWN WHITE & OSBORN LLP |
| By: */s/ John K. Butler* <br>     John K. Butler, WSBA #28528 <br>     Stephanie Ballard, WSBA #49268 <br>     901 5th Avenue, Suite 3400 <br>     Seattle WA 98164 <br>     Telephone: 206-287-1775 <br>     Email: jbutler@pregodonnell.com <br>     Email: sballard@pregodonnell.com | By: *s/Cynthia M. Cohen* <br>     Cynthia M. Cohen, Admitted Pro Hac Vice <br>     333 S. Hope Street, Suite 4000 <br>     Los Angeles, CA 90071 <br>     Telephone: (213) 613-0500 <br>     Fax: (213) 613-0550 <br>     Email: ccohen@brownwhitelaw.com |
| *Attorneys for J.R. Hayes & Sons, Inc.* | *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |
| STOEL RIVES LLP | |
| By: */s/ Patrick J. Mullaney* <br>     Patrick Mullaney, WSBA #21982 <br>     600 University Street, Suite 3600 <br>     Seattle, WA 98101 <br>     Telephone: 206-624-0900 <br>     Facsimile: 206-386-7500 <br>     Email: Patrick.mullaney@stoel.com | |
| *Attorneys for J.R. Hayes & Sons, Inc, Talus 7&8 Investment, LLC, and Talus Management Services LLC* | |

STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BY ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC, TALUS 7 & 8 INVESTMENT, LLC AND TALUS MANAGEMENT SERVICES, LLC- 3
(Case No. 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# ORDER

Based on the above stipulation of the parties, the Court orders as follows:

1. Talus Management Services, LLC's motion for summary judgment is withdrawn as moot. The JR Hayes & Sons, Inc./Talus 7&8 Investment, LLC motion for summary judgment is partially withdrawn as moot only as it relates to the claims of ORA Talus 90, LLC and Resmark Equity Partners, LLC against Talus 7&8 Investment, LLC.

2. The Court dismisses the ORA Talus 90, LLC's and Resmark Equity Partners, LLC's claims for relief only as against Talus Management Services, LLC and Talus 7&8 Investment, LLC. The Court also dismisses Talus Management Services, LLC's and Talus 7&8 Investment, LLC's claims for relief only as against ORA Talus 90, LLC and Resmark Equity Partners, LLC. The dismissals are with prejudice as to the dismissed parties only and are without prejudice or other effect on the respective claims alleged by the dismissed parties against other parties, not being dismissed here, that are contained in the same claims for relief and with each party bearing its own costs.

DATED this 29th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Arthur W. Harrigan, Jr.*
By: *s/Tyler L. Farmer*

STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BY ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC, TALUS 7 & 8 INVESTMENT, LLC AND TALUS MANAGEMENT SERVICES, LLC- 4
(Case No. 18-cv-00910 RSM)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| 1 | Arthur W. Harrigan, Jr. WSBA #1751 |
| 2 | Tyler L. Farmer, WSBA #39912 |
| | 999 Third Avenue, Suite 4400 |
| 3 | Seattle, WA 98104 |
| | Phone: (206) 623-1700 |
| 4 | Fax: (206) 623-8717 |
| | Email: arthurh@harriganleyh.com |
| 5 | Email: tylerf@harriganleyh.com |
| 6 | BROWN WHITE & OSBORN LLP |
| 7 | By: *s/Cynthia M. Cohen* |
| | Cynthia M. Cohen, Admitted Pro Hac Vice |
| 8 | 333 S. Hope Street, Suite 4000 |
| 9 | Los Angeles, CA 90071 |
| | Telephone: (213) 613-0500 |
| 10 | Fax: (213) 613-0550 |
| | Email: ccohen@brownwhitelaw.com |
| 11 | |
| 12 | *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |
| 13 | |
| | FOSTER GARVEY PC |
| 14 | |
| 15 | By: */s/ Jack P. Zahner* |
| | Jack P. Zahner, WSBA #24505 |
| 16 | 1111 Third Avenue, Suite 3000 |
| | Seattle, WA 98101 |
| 17 | Telephone: 206-447-2886 |
| | Email: jack.zahner@foster.com |
| 18 | *Attorneys for J.R. Hayes & Sons, Inc, Talus 7&8 Investment, LLC, and Talus Management Services LLC* |
| 19 | |
| 20 | PREG O'DONNELL & GILLETT PLLC |
| 21 | By: */s/ John K. Butler* |
| | John K. Butler, WSBA #28528 |
| 22 | Stephanie Ballard, WSBA #49268 |
| | 901 5th Avenue, Suite 3400 |
| 23 | Seattle WA 98164 |
| 24 | Telephone: 206-287-1775 |
| | Email: jbutler@pregodonnell.com |
| 25 | Email: sballard@pregodonnell.com |
| 26 | *Attorneys for J.R. Hayes & Sons, Inc.* |

STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BY ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC, TALUS 7 & 8 INVESTMENT, LLC AND TALUS MANAGEMENT SERVICES, LLC- 5
(Case No. 18-cv-00910 RSM)

| | |
|---|---|
| 1 | STOEL RIVES LLP |
| 2 | By: */s/ Patrick J. Mullaney* |
| 3 | Patrick Mullaney, WSBA #21982 |
| | 600 University Street, Suite 3600 |
| 4 | Seattle, WA 98101 |
| | Telephone: 206-624-0900 |
| 5 | Facsimile: 206-386-7500 |
| | Email: Patrick.mullaney@stoel.com |
| 6 | *Attorneys for J.R. Hayes & Sons, Inc,* |
| 7 | *Talus 7&8 Investment, LLC, and Talus Management* |
| | *Services LLC* |

STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BY ORA TALUS 90, LLC, RESMARK EQUITY PARTNERS, LLC, TALUS 7 & 8 INVESTMENT, LLC AND TALUS MANAGEMENT SERVICES, LLC- 6
(Case No. 18-cv-00910 RSM)