THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>                      Defendants.<br><br>ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>                      Third-Party Plaintiffs,<br><br>v.<br><br>TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; and TERRA ASSOCIATES, INC., a Washington corporation;<br><br>                      Third-Party Defendants. | Case No. 2:18-cv-00910-RSM<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL OF CLAIMS BY J.R. HAYES AND TALUS 7&8 AGAINST BIG MOUNTAIN ENTERPRISE WITH PREJUDICE**<br><br>**NOTED ON MOTION CALENDAR:**   July 1, 2021 |

STIPULATED MOTION AND ORDER FOR DISMISSAL
OF CLAIMS - 1
(Case No. 2:18-cv-00910-RSM)

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3296
Phone (206) 447-4400/ Fax (206) 447-9700

TALUS 7 & 8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation,

        Fourth-Party Plaintiffs,

v.

KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation; and BIG MOUNTAIN ENTERPRISES, LLC, a Washington limited liability company,

        Fourth-Party Defendants.

AND RELATED COUNTERCLAIMS AND CROSSCLAIMS

## I. STIPULATION

1. J.R. Hayes & Sons, Inc. ("J.R. Hayes") and Talus 7&8 Investment LLC ("Talus 7&8") and Big Mountain Enterprise, LLC ("Big Mountain") (collectively, "the Parties") hereby stipulate that due to the absence of evidence and/or expert opinion that Big Mountain contributed in any way to, or could be at fault for, the earth movement on Talus Parcel 9 occurring in the fall of 2015, J.R. Hayes' and Talus 7&8's causes of action against Big Mountain should be dismissed from this case with prejudice and without fees or costs to any of the Parties.

2. Big Mountain withdraws its Motion for Summary Judgment (Dkt. #175) as moot.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATED MOTION AND ORDER FOR DISMISSAL OF CLAIMS - 2
(Case No. 2:18-cv-00910-RSM)

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3296
Phone (206) 447-4400/ Fax (206) 447-9700

1  DATED this 1st day of July, 2021.

| PREG O'DONNELL & GILLETT PLLC<br><br>By: */s/ John K. Butler via e-mail authorization*<br>    John K. Butler, WSBA #28528<br>    David S. Cottnair, WSBA #28206<br>    901 5th Avenue, Suite 3400<br>    Seattle WA 98164<br>    Telephone: 206-287-1775<br>    Email: jbutler@pregodonnell.com<br>    Email: sballard@pregodonnell.com<br>    ***Attorneys for Third-party Defendant / Fourth-Party Plaintiff J.R. Hayes & Sons, Inc.*** | FOSTER GARVEY PC<br><br>By: */s/ John P. Zahner*<br>    John P. Zahner, WSBA #24505<br>    Devra R. Cohen, WSBA No. 49952<br>    Third Avenue, Suite 3000<br>    Seattle, WA 98101<br>    Telephone: 206-447-2886<br>    Email: jack.zahner@foster.com<br>    ***Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services LLC*** |
| --- | --- |
| STOEL RIVES LLP<br><br>By: */s/ Patrick Mullaney via e-mail authorization*<br>    Patrick Mullaney, WSBA #21982<br>    600 University Street, Suite 3600<br>    Seattle, WA 98101<br>    Telephone: 206-624-0900<br>    Facsimile: 206-386-7500<br>    Email: Patrick.mullaney@stoel.com<br>    ***Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*** | FLOYD PFLUEGER & RINGER, P.S.<br><br>By: */s/ Douglas K. Weigel via e-mail authorization*<br>    Douglas K. Weigel, WSBA #27192<br>    Amanda D. Daylong, WSBA #48013<br>    200 W. Thomas Street, Suite 500<br>    Seattle, WA 98119<br>    Telephone: 206-441-4455<br>    Email: dweigel@floyd-ringer.com<br>    Email: adaylong@floyd-ringer.com<br>    ***Attorneys for Big Mountain Enterprises, LLC*** |

**STIPULATED MOTION AND ORDER FOR DISMISSAL OF CLAIMS - 3**
**(Case No. 2:18-cv-00910-RSM)**

**FOSTER GARVEY PC**
**1111 Third Avenue, Suite 3000**
**Seattle, Washington 98101-3296**
Phone (206) 447-4400/ Fax (206) 447-9700

## II.   ORDER

Based on the foregoing Stipulation of J.R. Hayes & Sons, Inc., Talus 7&8 Investment LLC, and Big Mountain Enterprise, LLC, IT IS ORDERED:

All causes of action asserted by J.R. Hayes & Sons, Inc. and Talus 7&8 Investment LLC against Big Mountain Enterprise, LLC are dismissed with prejudice and without fees or costs to any party. Further, Big Mountain Enterprise, LLC's Motion for Summary Judgment (Dkt. #175) is withdrawn as moot.

DATED this 2nd day of   July  , 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

presented by:

| PREG O'DONNELL & GILLETT PLLC | FOSTER GARVEY PC |
|---|---|
| By: */s/ John K. Butler via e-mail authorization*<br>    John K. Butler, WSBA #28528<br>    David S. Cottnair, WSBA #28206<br>    901 5th Avenue, Suite 3400<br>    Seattle WA 98164<br>    Telephone: 206-287-1775<br>    Email: jbutler@pregodonnell.com<br>    Email: sballard@pregodonnell.com<br>***Attorneys for Third-party Defendant / Fourth-Party Plaintiff J.R. Hayes & Sons, Inc.*** | By: */s/John P. Zahner*<br>    John P. Zahner, WSBA #24505<br>    Devra R. Cohen, WSBA No. 49952<br>    Third Avenue, Suite 3000<br>    Seattle, WA 98101<br>    Telephone: 206-447-2886<br>    Email: jack.zahner@foster.com<br>***Attorneys for J.R. Hayes & Sons, Inc., Talus 7 & 8, LLC, and Talus Management Services LLC*** |

STIPULATED MOTION AND ORDER FOR DISMISSAL OF CLAIMS - 4
(Case No. 2:18-cv-00910-RSM)

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3296
Phone (206) 447-4400/ Fax (206) 447-9700

| STOEL RIVES LLP | FLOYD PFLUEGER & RINGER, P.S. |
|---|---|
| By: */s/ Patrick Mullaney via e-mail authorization*<br>    Patrick Mullaney, WSBA #21982<br>    600 University Street, Suite 3600<br>    Seattle, WA 98101<br>    Telephone: 206-624-0900<br>    Facsimile: 206-386-7500<br>    Email: Patrick.mullaney@stoel.com<br>***Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*** | By: */s/ Douglas K. Weigel via e-mail authorization*<br>    Douglas K. Weigel, WSBA #27192<br>    Amanda D. Daylong, WSBA #48013<br>    200 W. Thomas Street, Suite 500<br>    Seattle, WA 98119<br>    Telephone: 206-441-4455<br>    Email: dweigel@floyd-ringer.com<br>    Email: adaylong@floyd-ringer.com<br>***Attorneys for Big Mountain Enterprises, LLC*** |

**STIPULATED MOTION AND ORDER FOR DISMISSAL OF CLAIMS - 5**
**(Case No. 2:18-cv-00910-RSM)**

**FOSTER GARVEY PC** ,
**1111 Third Avenue, Suite 3000**
**Seattle, Washington 98101-3296**
**Phone (206) 447-4400/ Fax (206) 447-9700**

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I electronically filed the foregoing document using the CM/ECF system which will provide notification of such filing to all attorneys of record.

SIGNED this 1st day of July, 2021 at Seattle, Washington.

s/ *Jan Howell*
Jan Howell, Legal Assistant

**CERTIFICATE OF SERVICE - 1**
**(Case No. 2:18-cv-00910-RSM)**

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:54294455.3