HONORABLE RICARDO MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF ISSAQUAH, a municipal corporation, <br><br> Plaintiff, <br><br> v. <br><br> ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, <br><br> Defendants. | NO. 18-CV-00910 RSM <br><br> STIPULATED MOTION AND ORDER TO DISMISS <br><br> **NOTE ON MOTION CALENDAR:** <br> **JUNE 15, 2022** |
| ORA TALUS 90, LLC, a Delaware limited liability company; and RESMARK EQUITY PARTNERS, LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> TERRA TALUS LLC, a Washington limited liability company; ELEMENT RESIDENTIAL INC., a Washington corporation; JOSHUA FREED, an individual; J.R. HAYES & SONS, INC., a Washington corporation; TERRA ASSOCIATES, INC., a Washington corporation; TALUS MANAGEMENT SERVICES LLC, a Washington limited liability company; and TALUS 7&8, LLC, a Washington limited liability company, <br><br> Third-Party Defendants. | |

STIPULATED MOTION AND ORDER TO DISMISS - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }

TALUS 7&8 INVESTMENT, LLC, a Washington limited liability company; J.R. HAYES & SONS, INC., a Washington corporation,

      Fourth-Party Plaintiffs,

 v.

KULCHIN FOUNDATION DRILLING COMPANY, a Washington corporation, and BIG MOUNTAIN ENTERPRISE LLC, a Washington limited liability company,

      Fourth-Party Defendants.

AND RELATED COUNTERCLAIMS AND CROSSCLAIMS

## I. RELIEF REQUESTED

The Parties, by and through their respective counsel, respectfully notify the Court that the Parties reached a settlement of all claims for relief and affirmative defenses in the above-captioned case. The Parties hereby stipulate and agree that all such claims and defenses shall be dismissed with prejudice and without attorneys' fees or costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 15th day of June, 2022.

| CAIRNCROSS & HEMPELMANN, P.S. | KEATING, BUCKLIN & MCCORMACK, INC., P.S. |
|---|---|
| By: *s/Patricia A. Laughman*<br> Terence J. Scanlan, WSBA #19498<br> Patricia A. Laughman, WSBA #46716<br> 524 Second Avenue, Suite 500<br> Seattle, WA 98104-2323<br> Telephone: 206-623-6501<br> Facsimile: 206-447-1973<br> Email: tscanlan@cairncross.com<br> Email: plaughman@cairncross.com<br><br>*Attorneys for the City of Issaquah* | By: *s/Michael C. Walter*<br> Michael C. Walter, WSBA #15044<br> Jeremy W. Culumber, WSBA #35423<br> 801 Second Avenue, Suite 1210<br> Seattle, WA 98104<br> Telephone: 206-623-8861<br> Email: mwalter@kbmlawyers.com<br> Email: jculumber@kbmlawyers.com<br><br>*Attorneys for the City of Issaquah* |

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }

| | |
|---|---|
| BROWN WHITE & OSBORN LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/Cynthia M. Cohen*<br>Cynthia M. Cohen, Admitted Pro Hac Vice<br>333 S. Hope Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213-613-0500<br>Facsimile: 213-613-0550<br>E-Mail: ccohen@brownwhitelaw.com | By: *s/Tyler L. Farmer*<br>Arthur W. Harrigan, WSBA #1751<br>Tyler L. Farmer, WSBA #39912<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Telephone: 206-623-1700<br>Facsimile: (206) 623-8717<br>Email: arthurh@harriganleyh.com<br>Email: tylerf@harriganleyh.com |
| *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* | *Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC* |
| FOSTER GARVEY PC | STOEL RIVES LLP |
| By: *s/Jack P. Zahner*<br>Jack P. Zahner, WSBA #24505<br>Devra R. Cohen, WSBA #49952<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone: 206-447-2886<br>Email: jack.zahner@foster.com<br>Email: devra.cohen@foster.com | By: *s/Patrick Mullaney*<br>Patrick Mullaney, WSBA #21982<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206-624-0900<br>Facsimile: 206-386-7500<br>Email: Patrick.mullaney@stoel.com |
| *Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* | *Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC* |

PREG O'DONNELL & GILLETT PLLC

By: s/*John K. Butler*
    John K. Butler, WSBA #28528
    Stephanie Ballard, WSBA #49268
    901 5th Avenue, Suite 3400
    Seattle WA 98164
    Telephone: 206-287-1775
    Email: jbutler@pregodonnell.com
    Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc.*

---

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }

| | |
|---|---|
| WILLIAMS, KASTNER & GIBBS PLLC | CLEMENT & DROTZ, PLLC |

By: *s/Erin J. Varriano*  
    Erin J. Varriano, WSBA #40572  
    Christine J. Lee, WSBA #43232  
    601 Union Street, Suite 4100  
    Seattle, WA 98101-2380  
    Telephone: 206-628-6600  
    Facsimile: 206-628-6611  
    Email: evarriano@williamskastner.com  
    Email: clee@williamskastner.com  

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

By: *s/W. Scott Clement*  
    W. Scott Clement, WSBA #16243  
    100 W. Harrison Street, Suite N350  
    Seattle, WA 98119  
    Telephone: 206-448-2565  
    Facsimile: 206-448-2235  
    Email: sclement@clementdrotz.com  

*Attorneys for Joshua Freed*

FORSBERG & UMLAUF, P.S.

By: *s/A. Grant Lingg*  
    A. Grant Lingg, WSBA #24227  
    901 Fifth Avenue, Suite 1400  
    Seattle, WA 98164  
    Telephone: 206-689-8500  
    Facsimile: 206-689-8501  
    Email: glingg@foum.law  

*Attorneys for Terra Associates, Inc.*

WILSON SMITH COCHRAN DICKERSON

By: *s/Whitney L.C. Smith*  
    Whitney L.C. Smith, WSBA #21159  
    Brian Buron, WSBA #27206  
    1000 2nd Ave., Suite 2050  
    Seattle, WA 98104-3629  
    Telephone: 206-623-4100  
    Facsimile: 206-623-9273  
    Email: smithw@wscd.com  
    Email: buron@wscd.com  

*Attorneys Terra Talus, LLC*

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 4

CAIRNCROSS & HEMPELMANN, P.S.  
ATTORNEYS AT LAW  
524 Second Avenue, Suite 500  
Seattle, Washington  98104-2323  
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }

# ORDER

PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED.

DATED this 16th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| CAIRNCROSS & HEMPELMANN, P.S. | KEATING, BUCKLIN & MCCORMACK, INC., P.S. |
| By: *s/Patricia A. Laughman*<br>  Terence J. Scanlan, WSBA #19498<br>  Patricia A. Laughman, WSBA #46716<br>  524 Second Avenue, Suite 500<br>  Seattle, WA 98104-2323<br>  Telephone: 206-623-6501<br>  Facsimile: 206-447-1973<br>  Email: tscanlan@cairncross.com<br>  Email: plaughman@cairncross.com<br><br>*Attorneys for the City of Issaquah* | By: *s/Michael C. Walter*<br>  Michael C. Walter, WSBA #15044<br>  Jeremy W. Culumber, WSBA #35423<br>  801 Second Avenue, Suite 1210<br>  Seattle, WA 98104<br>  Telephone: 206-623-8861<br>  Email: mwalter@kbmlawyers.com<br>  Email: jculumber@kbmlawyers.com<br><br>*Attorneys for the City of Issaquah* |
| BROWN WHITE & OSBORN LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/Cynthia M. Cohen*<br>  Cynthia M. Cohen, Admitted Pro Hac Vice<br>  333 S. Hope Street, Suite 4000<br>  Los Angeles, CA 90071<br>  Telephone: 213-613-0500<br>  Facsimile: 213-613-0550<br>  E-Mail: ccohen@brownwhitelaw.com | By: *s/Tyler L. Farmer*<br>  Arthur W. Harrigan, WSBA #1751<br>  Tyler L. Farmer, WSBA #39912<br>  999 Third Avenue, Suite 4400<br>  Seattle, WA  98104<br>  Telephone: 206-623-1700<br>  Facsimile: (206) 623-8717 |

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 5

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

FOSTER GARVEY PC

By: *s/Jack P. Zahner*
    Jack P. Zahner, WSBA #24505
    Devra R. Cohen, WSBA #49952
    1111 Third Avenue, Suite 3000
    Seattle, WA 98101
    Telephone: 206-447-2886
    Email: jack.zahner@foster.com
    Email: devra.cohen@foster.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

PREG O'DONNELL & GILLETT PLLC

By: *s/John K. Butler*
    John K. Butler, WSBA #28528
    Stephanie Ballard, WSBA #49268
    901 5th Avenue, Suite 3400
    Seattle WA 98164
    Telephone: 206-287-1775
    Email: jbutler@pregodonnell.com
    Email: sballard@pregodonnell.com

*Attorneys for J.R. Hayes & Sons, Inc.*

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/Erin J. Varriano*
    Erin J. Varriano, WSBA #40572
    Christine J. Lee, WSBA #43232
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: 206-628-6600
    Facsimile: 206-628-6611
    Email: evarriano@williamskastner.com
    Email: clee@williamskastner.com

Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com

*Attorneys for ORA Talus 90, LLC and Resmark Equity Partners, LLC*

STOEL RIVES LLP

By: *s/Patrick Mullaney*
    Patrick Mullaney, WSBA #21982
    600 University Street, Suite 3600
    Seattle, WA 98101
    Telephone: 206-624-0900
    Facsimile: 206-386-7500
    Email: Patrick.mullaney@stoel.com

*Attorneys for J.R. Hayes & Sons, Inc, Talus 7 & 8, LLC, and Talus Management Services LLC*

CLEMENT & DROTZ, PLLC

By: *s/W. Scott Clement*
    W. Scott Clement, WSBA #16243
    100 W. Harrison Street, Suite N350
    Seattle, WA 98119
    Telephone: 206-448-2565
    Facsimile: 206-448-2235
    Email: sclement@clementdrotz.com

*Attorneys for Joshua Freed*

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 6

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }

*Attorneys for Element Residential Inc., Terra Talus, LLC and Joshua Freed*

FORSBERG & UMLAUF, P.S.

By: *s/A. Grant Lingg*
    A. Grant Lingg, WSBA #24227
    901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
    Telephone: 206-689-8500
    Facsimile: 206-689-8501
    Email: glingg@foum.law

*Attorneys for Terra Associates, Inc.*

WILSON SMITH COCHRAN DICKERSON

By: *s/Whitney L.C. Smith*
    Whitney L.C. Smith, WSBA #21159
    Brian Buron, WSBA #27206
    1000 2nd Ave., Suite 2050
    Seattle, WA 98104-3629
    Telephone: 206-623-4100
    Facsimile: 206-623-9273
    Email: smithw@wscd.com
    Email: buron@wscd.com

*Attorneys Terra Talus, LLC*

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 7

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 8

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04537538.DOCX;1 }